OMB Approval No. 0348-0006

| FEDERAL ASSISTANCE | 2. APPLI-CANT'S APPLI-CATION IDENTI-FIER | a. NUMBER | 3. STATE APPLI-CATION IDENTI-FIER | a. NUMBER AL880127-0021 |
|---|---|---|---|---|
| 1. TYPE OF SUBMISSION (Mark appropriate box) ☐ NOTICE OF INTENT (OPTIONAL) ☐ PREAPPLICATION ☒ APPLICATION | | b. DATE  Year month day  1988  6  1 | NOTE: TO BE ASSIGNED BY STATE  Leave Blank | b. DATE ASSIGNED  Year month day  19 88  1  29 |

**4. LEGAL APPLICANT/RECIPIENT**
- a. Applicant Name: Larry L. Hodge
- b. Organization Unit: Medical-Legal Consultants (MLC)
- c. Street/P.O. Box: P.O. Box 51
- d. City: Alberta
- e. County: Wilcox
- f. State: Alabama
- g. ZIP Code: 36720-0051
- h. Contact Person (Name & Telephone No.): Larry Hodge 205, 627-3638

**5. EMPLOYER IDENTIFICATION NUMBER (EIN):** 63-0963852

**6. PROGRAM (From CFDA)**
- a. NUMBER: 1 3 . 2 2 4
- MULTIPLE ☐
- b. TITLE: 42PHS

**7. TITLE OF APPLICANT'S PROJECT** (Use section IV of this form to provide a summary description of the project.)
provision of health services, by MLC.
CHC for Marengo, Perry, Wilcox and Dallas Counties

**8. TYPE OF APPLICANT/RECIPIENT**
A—State  G—Special Purpose District
B—Interstate  H—Community Action Agency
C—Substate Organization  I—Higher Educational Institution
D—County  J—Indian Tribe
E—City  K—Other (Specify):
F—School District  non-profit organization
Enter appropriate letter [k]

**9. AREA OF PROJECT IMPACT** (Names of cities, counties, states, etc.)
northern Wilcox county, southern Perry county, eastern Marengo county, western Dallas county

**10. ESTIMATED NUMBER OF PERSONS BENEFITING:** 3,000 - 6,000

**11. TYPE OF ASSISTANCE**
A—Basic Grant  D—Insurance
B—Supplemental Grant  E—Other
C—Loan
Enter appropriate letter(s) [A]

**12. PROPOSED FUNDING**
| | |
|---|---|
| a. FEDERAL | $1,380,954 .00 |
| b. APPLICANT | -0- .00 |
| c. STATE | -0- .00 |
| d. LOCAL | -0- .00 |
| e. OTHER | .00 |
| f. Total | $1,380,954 .00 |

**13. CONGRESSIONAL DISTRICTS OF:**
- a. APPLICANT: 7
- b. PROJECT: 7 (#9)

**15. PROJECT START DATE** Year month day: 19 88 7 15

**16. PROJECT DURATION:** 12 Months

**18. DATE DUE TO FEDERAL AGENCY** ► Year month day: 19 88 6 1

**14. TYPE OF APPLICATION**
A—New  C—Revision  E—Augmentation
B—Renewal  D—Continuation
Enter appropriate letter [A]

**17. TYPE OF CHANGE** (For 14c or 14e)
A—Increase Dollars  F—Other (Specify):
B—Decrease Dollars
C—Increase Duration
D—Decrease Duration
E—Cancellation
Enter appropriate letter(s) ☐☐☐

**19. FEDERAL AGENCY TO RECEIVE REQUEST:** Department of Health and Human Services
- a. ORGANIZATIONAL UNIT (IF APPROPRIATE): Office of Grants Management
- b. ADMINISTRATIVE CONTACT (IF KNOWN): Wayne Cuthcens, Director
- c. ADDRESS: Suite 1121, Public Health Service, 101 Marietta Tower, Atlanta, GA 30323

**20. EXISTING FEDERAL GRANT IDENTIFICATION NUMBER:** NA

**21. REMARKS ADDED:** ☒ Yes ☐ No

**22. THE APPLICANT CERTIFIES THAT** ► To the best of my knowledge and belief, data in this preapplication/application are true and correct, the document has been duly authorized by the governing body of the applicant and the applicant will comply with the attached assurances if the assistance is approved.

a. YES, THIS NOTICE OF INTENT/PREAPPLICATION/APPLICATION WAS MADE AVAILABLE TO THE STATE EXECUTIVE ORDER 12372 PROCESS FOR REVIEW ON:
DATE January 19, 1988

b. NO, PROGRAM IS NOT COVERED BY E.O. 12372 ☐
OR PROGRAM HAS NOT BEEN SELECTED BY STATE FOR REVIEW ☐

**23. CERTIFYING REPRESENTATIVE**
- a. TYPED NAME AND TITLE: Larry L. Hodge, Treasurer
- b. SIGNATURE: [signature]

**24. APPLICATION RECEIVED** Year month day: 19

**25. FEDERAL APPLICATION IDENTIFICATION NUMBER**

**26. FEDERAL GRANT IDENTIFICATION**

**27. ACTION TAKEN**
☐ a. AWARDED
☐ b. REJECTED
☐ c. RETURNED FOR AMENDMENT
☐ d. RETURNED FOR E.O. 12372 SUBMISSION BY APPLICANT TO STATE
☐ e. DEFERRED
☐ f. WITHDRAWN

**28. FUNDING**
| | | |
|---|---|---|
| a. FEDERAL | $ | .00 |
| b. APPLICANT | | .00 |
| c. STATE | | .00 |
| d. LOCAL | | .00 |
| e. OTHER | | .00 |
| f. TOTAL | $ | .00 |

**29. ACTION DATE** ► Year month day: 19

**30. STARTING DATE** Year month date: 19

**31. CONTACT FOR ADDITIONAL INFORMATION** (Name and telephone number)

**32. ENDING DATE** Year month date: 19

**33. REMARKS ADDED:** ☐ Yes ☐ No

PLAINTIFF'S EXHIBIT 10 07/25/2005

7540-01-003-8162
PREVIOUS EDITION NOT USABLE

STANDARD FORM 424 PAGE 1 (Rev. 4-84)
Prescribed by OMB Circular A-102