**Internal Revenue Service**
**District Director**

**Department of the Treasury**

P.O. BOX 941, RM 1112
ATLANTA, GA  30301

Date: **SEP 2 1 1988**

MEDICAL-LEGAL CONSULTANTS MLC
PO BOX 51
ALBERTA, AL  36720

Employer Identification Number:
    63-0963852
Contact Person:
    ROGER MCMURREY
Contact Telephone Number:
    (404) 331-6040

Accounting Period Ending:
    12-31
Foundation Status Classification:
    509(a)(1)
Advance Ruling Period Ends:
    12-31-91
 Caveat Applies:
    No

Dear Applicant:

    Based on information supplied, and assuming your operations will be as stated in your application for recognition of exemption, we have determined you are exempt from Federal income tax under section 501(c)(3) of the Internal Revenue Code.

    Because you are a newly created organization, we are not now making a final determination of your foundation status under section 509(a) of the Code. However, we have determined that you can reasonably be expected to be a publicly supported organization described in sections 509(a)(1) and 170(b)(1)(A)(vi).

    Accordingly, you will be treated as a publicly supported organization, and not as a private foundation, during an advance ruling period. This advance ruling period begins on the date of your inception and ends on the date shown above.

| Name of organization | Date |
|---|---|
| MEDICAL-LEGAL CONSULTANTS (MLC) | 4/27/88 |

| Officer or trustee having authority to sign | |
|---|---|
| Signature ▶ ✓ *Jay Hodge Treasurer* | |

| District Director | Date |
|---|---|
| Paul Williams | *Sept. 10, 1988* |

By ▶ *Elizabeth M. Wilson, Acting* , E.O. Group Manager, 7253

☆ U.S. Government Printing Office: 1987—181-447/40131

For Paperwork Reduction Act Notice, see page 1 of the Form 1023 Instructions.

PLAINTIFF'S
EXHIBIT
11
07/25/2005