Department of the Treasury
Internal Revenue Service

# 2004
## Returns for Private Foundations or Section 4947(a)(1) Nonexempt Charitable Trusts Treated as Private Foundations

This package contains the following forms and related instructions:

| | | |
|---|---|---|
| Form 990-PF | Form 4720 | Schedule B (Form 990, 990-EZ, or 990-PF) |
| Form 990-T | Form 8868 | |
| Form 990-W | | |

All forms are placed in this package for easy removal. Also enclosed is a completed sample Form 990-PF with supplemental instructions.

The IRS will assess penalties for an incomplete or inaccurate return. Organizations that do not file a complete return will receive a letter requesting the missing information. If missing or correct information is not furnished or reasonable cause is not established, the organization will be assessed a penalty under section 6652(c)(1). See the Form 990-PF instructions for penalty amounts. Accordingly, we caution you to make certain the return is complete and correct and urge you to respond promptly to any letter requests for missing information.

Organizations, including private foundations, that are eligible to receive tax deductible contributions are listed in Pub. 78, Cumulative List of Organizations described in Section 170(c) of the Internal Revenue Code of 1986.

A private foundation may be removed from this listing if our records show that it did not file a return on Form 990-PF. However, contributions to such an organization may continue to be deductible by the general public until the IRS publishes a notice to the contrary in the Internal Revenue Bulletin.

A private foundation must:

• Make its annual returns and exemption application available for public inspection, including all attachments and schedules.

• Provide a copy without charge (other than a reasonable fee for reproduction and actual postage costs) of all or any part of any exemption application or annual return required to be made available for public inspection, to any individual who makes a request for a copy in person or in writing or make the exemption application and annual returns widely available. See General Instruction Q.

**Payments to Victims of Terrorism.** If your foundation made payments to victims of terrorism under the terms of section 104 of the Victims of Terrorism Tax Relief Act of 2001, you must specifically describe these payments in your narrative of Purpose of grant or contribution on Part XV, line 3, of Form 990-PF (unless an exception under 1a or 1b (below) is met). If the IRS needs more information concerning these payments, we will issue further guidance.

## Avoiding Common Mistakes

Mistakes may result in penalties being assessed and in notices being sent to you. Please:

1. Complete Part XV unless:
   a. The foundation's assets are less than $5,000 for the entire year, or
   b. The foundation is a foreign foundation that meets the requirements described in Part XV.

2. Complete Part XV, line 3, if Part I, line 25, has an amount entered and the foundation does not meet an exception listed in 1 above.

3. Complete all of Part II if the foundation's total assets are $5,000 or more at any time during the year. If the foundation has less than $5,000 of total assets at all times during the year, complete all of columns (a) and (b), and only line 16 of column (c).

4. Do not check the box on Part VI, line 1a, if the foundation has been in existence less than 10 years or does not have an IRS ruling that establishes it as a section 4940(d)(2) exempt operating foundation.

5. Be sure to check the box on Part I, line 2, if Schedule B (Form 990, 990-EZ, or 990-PF), Schedule of Contributors, is not attached.

Internal Revenue Service
WADC-9999
Rancho Cordova, CA 95743-9999

Peel off the label and place it in the address area of the Form 990-PF you file. If someone else prepares the return, please give the preparer the peel-off label and ask the preparer to use it. Make necessary corrections on the label.

**Official Business**
Penalty for Private Use, $300

**Do Not Forward**

PRSRT STD
Postage and Fees Paid
Internal Revenue Service
Permit No. G-48

```
23344              *******AUTO**3-DIGIT 367       I
MEDICAL-LEGAL CONSULTANTS              P 69      R
MLC                                    B 94      S
PO BOX 75
SAFFORD AL   36773-0075
```

age 990-PF
Cat. No. 47192P


PLAINTIFF'S EXHIBIT
12
07/25/2005