Larry L. Hodge
Medical-Legal Consultants (MLC)
P.O. Box 51
Alberta, Alabama 36720-0051

2/18/1988

Mr. Richard C. Lee
Chief, DSAB, ODAM, BHPr, HRSA
Parklawn Bldg., Room 8-57
5600 Fishers Lane
Rockville, MD 20857

RE: Designation of Area with a Primary Medical Care Manpower Shortage.

Dear Mr. Lee:

This letter is a request to designate, as a health manpower shortage area, the far western section of Dallas county, 1979 census population of 58,800 with a 32.3% poverty rate and the far eastern section of Marengo county, 1979 census population of 25,800 with a 33.4% poverty rate. (see attachments A,B)

This area is a rational area for the delivery of primary medical care services.

The surrounding area Physicians include: in Orrville, a M.D. who accepts private pay only; in Arlington, one FTE; in Linden, one FTE and a M.D. who accepts private pay and medicare only; in Pine Hill, one FTE; in Uniontown, one FTE and a M.D.
Transportation patterns reflect 20-35 minutes travel time for persons in the population group.

Thank you, for your considerations and concerns in our behalf.

Sincerely,

Larry L. Hodge

Thank you for your letter of _____February 18, 1988_____ requesting designation of _____Dallas & Marengo Counties, AL_____ as a health manpower shortage area.

In conformance with the regulations for designation of shortage areas under section 332 of the Public Health Service Act, we are providing a copy of your designation request to the appropriate Health Systems Agency, State Health Planning and Development Agency, and Governor for their review and recommendations. We cannot take final action on your request until those parties have commented or have been provided at least 30 days for comment. However, we are now reviewing your request, and will be in touch with you and/or the Health Systems Agency or State Agency if further information is needed.

Notification of our action on your request will normally be provided within about 60 days.

*Richard C. Lee*
Chief, Distribution and Shortage Analysis Branch



PLAINTIFF'S EXHIBIT 13 07/25/2005