PATRICK J. LEAHY, VERMONT, CHAIRMAN

EDWARD ZORINSKY, NEBRASKA
JOHN MELCHER, MONTANA
DAVID H. PRYOR, ARKANSAS
DAVID L. BOREN, OKLAHOMA
HOWELL HEFLIN, ALABAMA
TOM HARKIN, IOWA
KENT CONRAD, NORTH DAKOTA
WYCHE FOWLER, JR., GEORGIA
THOMAS A. DASCHLE, SOUTH DAKOTA

RICHARD G. LUGAR, INDIANA
ROBERT DOLE, KANSAS
JESSE HELMS, NORTH CAROLINA
THAD COCHRAN, MISSISSIPPI
RUDY BOSCHWITZ, MINNESOTA
MITCH McCONNELL, KENTUCKY
CHRISTOPHER S. "KIT" BOND, MISSOURI
PETE WILSON, CALIFORNIA

# United States Senate

COMMITTEE ON
AGRICULTURE, NUTRITION, AND FORESTRY
WASHINGTON, DC 20510-6000

February 10, 1988

Larry Hodge
Medical-Legal Consultants, (MLC)
P.O. Box 51
Alberta, AL  36720

Dear Mr. Hodge:

    This is to acknowledge receipt of a copy of your letter to Donna Snowden, SPOC regarding a request for clearinghouse review of the project, provision of health services, by MLC.

    Thank you for making me aware of this project. If there is anything I can do for you at the federal level please just let me know.

    I wish you the best of luck with this project.

    With kindest regards, I am

                            Sincerely,

                            Howell Heflin

HH/slb


PLAINTIFF'S EXHIBIT 15  07/25/2005