# TABLE OF CONTENTS

| | | |
|---|---|---|
| PART I | PROJECT NARRATIVE | 5 |
| | PROJECT DESCRIPTION | 6 |
| | PROJECT MAPS | 7 |
| PART II | NEEDS/DEMAND ASSESSMENT | 11 |
| | CLEARINGHOUSE REVIEW | 25 |
| PART III | BUDGET | 35 |
| | FINANCIAL PLAN NARRATIVE | 37 |
| | POSITION DESCRIPTIONS | 42 |
| | RESUMES | 48 |
| | KEY PERSONNEL | 53 |
| | BUDGET | 55 |
| | BUDGET JUSTIFICATION | 57 |
| PART IV | PATIENT CARE MANAGEMENT | 62 |
| | QUALITY ASSURANCE PROGRAM GUIDE | 63 |
| | SLIDING FEE SCALE PROGRAM | 66 |
| | COLLECTION | 69 |
| | PATIENT CARE REPORTING | 72 |
| | FEES/CHARGES | 77 |
| | LABORATORY (PROPOSED) CAPABILITIES | 79 |
| PART V | MLC CONSTITUTION | 80 |
| | BOARD MEMBERS | 83 |
| | MLC BOARD OF DIRECTORS | 85 |
| | MLC BYLAWS | 86 |
| | MLC ZERO BUDGET | 94 |
| | CHC ORGANIZATION DESCRIPTION | 95 |


PLAINTIFF'S EXHIBIT 16
07/25/2005