IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2005 JUL 25 P 3:28

LARRY L. HODGE,
    Plaintiff,

against

ALABAMA POWER, ASPLUNDH, et al.,
    Defendant.

CIVIL ACTION NO. 2:05CV679-F

## PLAINTIFF"S SUPPLEMENTAL BRIEF AND DEFINITIONS

NOW COMES Plaintiff and alleges and avers as follows:

1. The area of responsibility of Alabama power in maintaining power line service is 32 feet and 16 feet on each side of the overhead power line...

2. In 2004, Asplundh did not spray Plaintiff's property away from Plaintiff's house and Plaintiff's fruit trees are close to 6.5 to 7.5 feet high in this area of responsibility, (exhibit 1-C)...

3. Defendant did spray the same type fruit trees that were only 4 feet high in a contiguous area to Plaintiff's residence and the out of control spraying damaged some of Plaintiff's pine trees that are on the edge of the area of responsibilty, (exhibit 1-C, and see exhibit 2-B for mature fruit tree look)...

4. In 1986, Asplundhi (now called Asplundh...), must have sprayed everything toward's Plaintiff's house in their successful efforts to kill Plaintiff's berry bushes...(exhibit 1-A and 1-D...)...

page 1

DEFINITIONS

1. Interference  A tort in violating the right of another to be secure in his business and contract relationships and in his relationship with another as an employer or employee.  A tort actionable as malicious in the legal sense where not justified or constituting an exercise of an absolute right...(see also exhibit 3...).

2. Proton:  An elementary particle having a positive charge equivalent to the negative charge of the electron but possessing a mass approximately 1837 times as great.  The proton is in effect the positive nucleus of the hydrogen atom...

3. Neutron:  A neutral elementary particle of a mass number 1.  It is believed to be a constituent particle of all nuclei of mass number greater than 1.  It is unstable with respect to beta-decay with a half life of about 12 minutes.  It produces no detectable primary ionization in its passage through matter, but interacts with matter predominantly by collisions and, to a lesser extent, magnetically.

4. Half-life:  Used to measure the rate of radioactive decay of disintegration.  The time lapse during which a radioactive mass losses half of its radioactivity.

5. Decay:  The spontaneous transformation of one radioactive nuclide into a daughter nuclide, which may be radioactive or may not, with the emission of one or more particles or protons.

6. Radioactivity: The spontaneous disintegration of certain atomic nuclei accompanied by the emission of the alpha-particles (helium nuclei), beta-particles (electrons or positrons), or gamma radiation (short-wavelength electromagnetic waves). The rate of disintegration is uninfluenced by chemical changes or any normal changes in their environment. ...radioactivity can be induced in many nuclides by bombarding them with neutrons or other particles.

7. Radioactive nuclides: Atoms that disintegrate by emission of corpuscular or electromagnetic radiations. The rays most commonly emitted are alpha or beta or gamma rays. The 3 classes are: 1) primary, which have half life times exceeding $10^8$ years. These may be alpha-emitters or beta-emitters. 2) Secondary, which are formed in radioactive transformations starting with U238, U235, or TH232. 3) Induced, having geologically short lifetimes and formed by induced nuclear reactions occuring in nature. All these reactions result in transmutation.

8. Transmutation: A nuclear change producing a new element from an old one.

9. Decay: The time required for half the original nuclides to decay (i.e. $N=\frac{1}{2}No$) is called the half-life of the nuclide. The same terms are applied to elementary particles that spontaneously transform into other particles. For example, a free neutron decays into a proton and an electron.

10. Nuclide: A species of atom distinguished by the constitution of

its nucleus. The nuclear constitution is specified by the number of protons, Z; number of neutrons, N; and energy content. (or, by the atomic number, Z; mass number A (=N+Z) and atomic mass.

11. Electron: An elementary particle...Electrons are present in all atoms in groupings called shells around the nucleus; when they are detached from the atom they are called free electrons. The electron is a small particle having a unit negative electrical charge, a small mass, and a small diameter. Every atom consists of one nucleus and one or more electrons. Cathode rays and beta rays are electrons.

12. Positron: The antiparticle of the electron is the positron. The positron is a particle of the same mass as an ordinary electron. It has a positive electrical charge of exactly the same amount as that of an ordinary electron (which is sometimes called negatron). Positrons are created either by the radioactive decay of certain unstable nuclei or, together with a negatron, in a collision between an energetic (more than one Mev=million electron volts) photon and an electrically charged particle (or another photon). A positron does not decay spontaneously but on passing through matter it sooner or later collides with an ordinary electron and in this collision the positron-negatron pair is annihilated. The rest energy of the 2 particles, which is given by Einstein's relation $E=MC^2$ and amounts to 1.0216 Mev altogether, is converted into electromagnetic radiation in the form of one or more photons.

13. Electromotive force: Is defined as that which causes a flow of current. The electromotive force of a cell is measured by the maximum difference of potential between its plates. The electromagnetic unit of potential difference is that against which one erg of work is done in the transfer of electromagnetic unit quantity. The volt is that potential difference against which one joule of work is done in the transfer of one coulomb. One volt is equivalent to $10^8$ electromagnetic units of potential. The international volt is the electrical potential which when steadily applied to a conductor whose resistance is one international ohm will cause a current of one international ampere to flow.

14. Hall effect: When a steady current is flowing in steady magnetic field, electromotive forces are developed which are at right angles both to the magnetic force and to the current and are proportional to the product of the intensity of the current, the magnetic force and the sine of the angle between the directions of these quantities.

   See exhibits 4 through 9...

Respectfully submitted,

Dated July 25, 2005

Larry L. Hodge
Attorney Pro Se
P.O. Box 75
Safford, Alabama 36773-0075
(334)573-9664