**interfere** /ɪntəˈfɪə/ v. L15. ME. [Branch I f. OFr. *entreferir*; branch II f. OFr. *s'entreferir* strike each other; both f. as ENTER-[1], INTER- + *ferir* (mod. *férir*) f. L *ferire* to strike.]
†I v.t. 1 Intermingle; intersperse *with*; interpose. LME–L15.
II v.i. 2 Of a person or persons: enter into something without right or invitation, or intending to hinder or obstruct (foll. by *with*). Of a thing: come into conflict or collision (*with*). Of things: strike against each other (now *rare*). LME. b Foll. by *with*: molest or assault sexually. M20. 3 Of a horse: = CUT v. 30. Of a hoof or foot: strike the inside of the fetlock of another leg. M16. †4 v.i. Clash in opinions, tendencies, etc.; conflict. M17–M19. †5 Intersect, cross each other. M17–E18. 6 Intervene so as to affect an action. (Foll. by *in*, *between*.) M18. 7 Of light or other waves: mutually act upon each other and produce interference. (Foll. by *with*.) E19. 8 *Chess*. Of a piece: obstruct the line of action of another piece. (Foll. by *with*.) E20. 9 *Broadcasting*. Transmit a signal which is received simultaneously *with* the signal sought by the receiver; cause or emit interference. E20. 10 *Baseball & Amer. Football*. Interpose so as to obstruct an opposing player. E20.
2 B. T. BRADFORD I wouldn't want her to think he was interfering, queering her pitch. A. STORR The primary instinct was being blocked or interfered with. J. JOHNSTON Her nails.. were.. short, so as not to interfere with her piano playing. 6 P. G. WODEHOUSE It is better for a third party to quarrel with a buzz-saw than to interfere between husband and wife. N. COWARD I'm not going to interfere Let them fight if they want to. *Times* Nato should not seek to interfere in Italy's internal affairs.
**interferer** n. E19. **interfering** ppl a. that interferes; esp. (of a person) having a propensity to interfere in other people's affairs: L16. **interferingly** adv. M19. **interferingness** n. L19.

**interference** /ɪntəˈfɪər(ə)ns/ n. M18. [f. prec. + -ENCE, after *difference* etc.] 1 The action or fact of interfering or meddling (*with* a person, *in* a thing, etc.). M18. 2 *Sci*. The mutual action of two waves of similar wavelength when they combine and form a resultant wave in which the amplitude is increased or reduced. M19. 3 Disturbance of the transmission or reception of radio waves by extraneous signals or phenomena; signals etc. causing such disturbance; unwanted effects arising from such disturbance. L19. 4 *Mech.* a The collision of the tips of the teeth of a gearwheel with the flanks of those of the mating wheel. E20. b The amount by which the external dimension of a part exceeds the internal dimension of the part into which it has to fit. M20. 5 *Ling.* The influence of the pronunciation or other features of a person's native language on a later acquired language. M20.
1 M. IGNATIEFF He sought to defend the autonomy of the universities from government interference. 3 A. MCCOWEN When his car came down the drive, electrical interference could be seen on our new television set.
*Comb.*: **interference fit** *Mech.* a fit between two mating parts for which, within the tolerances, there is always an interference between them; **interference fringe** each of a series of light and dark bands, or bands of different colours, produced by the interference of light (e.g. from two point sources); usu. in *pl.*; **interference pattern**: of interference fringes.

**interferential** /ɪntəfəˈrɛnʃ(ə)l/ a. L19. [f. prec. + -IAL, after *differential* etc.] Involving or employing interference, esp. of light.

PLAINTIFF'S EXHIBIT 3(a) 07/25/2005