**eliminable** /ɪˈlɪmɪnəb(ə)l/ a. M19. [f. ELIMINATE + -ABLE.] Able to be eliminated.
  **elimina'bility** n. the property or quality of being eliminable M20.

**eliminant** /ɪˈlɪmɪnənt/ a. & n. L19. [L. *eliminant-* pres. ppl stem of *eliminare*: see next, -ANT[1].] A adj. Causing or promoting excretion, esp. of harmful substances. L19. B n. 1 *Math.* A function obtained by eliminating variables from a set of homogeneous polynomial equations. L19. 2 *Med.* An eliminant agent. L19.

**eliminate** /ɪˈlɪmɪneɪt/ v.t. M16. [L. *eliminat-* pa. ppl stem of *eliminare* thrust out of doors, expel, f. *e-* E- + *limin-*, *limen* threshold: see -ATE[3].] 1 Drive out, expel. Now *rare* or *obs.* M16. †b Divulge (a secret); set at liberty. E17–M18. 2 Remove, get rid of, do away with; cause to exist no longer; *spec.* (*a*) exclude from further participation in a competition etc. by defeat; (*b*) murder. B18. 3 a *Physiol.* Expel (waste matter etc.) from the body. L18. b *Chem.* Remove (a simpler substance) from a compound. L19. 4 *Math.* Get rid of (a quantity in an equation) by combining equations. M19. 5 Ignore as irrelevant to an argument or idea. M19. 6 Extract, isolate, disentangle (a fact, principle, etc.) from a mass of details; elicit, deduce. *colloq.* M19.

  2 *Times Lit. Suppl.* The result of the late war has been to eliminate Germany from the map. T. BENN We aim to eliminate poverty. M. MCCARTHY Modern machinery and factory processes.. had eliminated all danger of bacteria.
  **elimi'nation** n. the action or process of eliminating E17. **eliminative** a. that eliminates or tends to eliminate M19. **eliminator** n. a person who or thing which eliminates L19. **eliminatory** a. (*rare*) of or pertaining to elimination M19.

**elint** /ɪˈlɪnt/ n. M20. [f. el(ectronic int(elligence.] Covert intelligence-gathering by electronic means. Freq. *attrib.*

**elinvar** /ˈɛlɪnvɑː/ n. E20. [Fr. *élinvar*, f. *élasticité invariable* invariable elasticity.] An alloy, mainly of iron and nickel, whose modulus of elasticity is relatively independent of temperature changes.

**eliotropus** n. see HELIOTROPE.

**eliquate** /ˈɛlɪkweɪt/ v. LME. [L. *eliquat-* pa. ppl stem of *eliquare* (in late L) liquefy, dissolve, f. *e-* E- + *liquare* melt, dissolve, liquefy: see -ATE[3].] †1 v.t. Melt; liquefy; cause to dissolve or flow freely. LME–E18. 2 v.t. & i. Separate by partial fusion. *rare.* M19.

PLAINTIFF'S EXHIBIT 3 (13) 07/25/2005