**interrupt** /ɪntəˈrʌpt/ n. M20. [f. the vb.] *Computing.* (A signal causing) an interruption of the execution of a program, e.g. to allow immediate execution of another program.

†**interrupt** a. LME–M17. [OFr. f. L *interruptus* pa. pple, f. as next.] Interrupted; *rare* forming a breach or gap.
  MILTON Our adversarie, whom no bounds Prescrib'd .. nor yet the main abyss Wide interrupt, can hold.

**interrupt** /ɪntəˈrʌpt/ v. LME. [L *interrupt-* pa. ppl stem of *interrumpere*, f. as INTER- + *rumpere* to break.] †1 v.t. Stop or prevent (an action); thwart (a person) in some action (foll. by *of, to do*). LME–M17. b Put an end to, destroy. L16–B17. 2 v.t. & i. Act so as to break (usu. temporarily) the continuous progress of (an action, condition, etc.); break in on the activity, esp. speech, of (a person). LME. †b v.t. Suspend (a law). LME–L16. c v.t. Say in interruption. E19. 3 v.t. Break the continuity of, make a gap or space in; obstruct (a view etc.). M17.
  2 R. GRAVES This condition would interrupt his right over her as a permanent chattel. G. VIDAL 'I was not aware ... ' I began, but she interrupted me with an airy wave of her hand. P. HOWARD The First World War interrupted these pioneering experiments. c C. HOPE 'The trouble was ...'. Blashford interrupted angrily, 'The trouble was Lynch was mad.' 3 K. ISHIGURO An expanse of paved concrete interrupted occasionally by thin young trees.
  **interruptable** a. = INTERRUPTIBLE M20. **interrupter** n. (a) a person who interrupts; (b) a device for interrupting an electric current: L16. **interruptible** a. able to be interrupted B17. **interruptingly** adv. in the way of interruption M17. **interruptive** a. having the quality of interrupting M17. **interruptor** n. [L] = INTERRUPTER E16. **interruptory** a. = INTERRUPTIVE M19.

**interrupted** /ɪntəˈrʌptɪd/ a. M16. [f. prec. + -ED¹.] 1 That has been interrupted. M16. 2 *Bot.* Of an inflorescence etc.: divided by intervals of bare axis; discontinuous. Of a pinnate leaf: having smaller leaflets interposed between the main leaflets. M19.
  *Special collocations:* **interrupted cadence** *Mus.*: where the penultimate dominant chord is followed not by the expected chord of the tonic but by another, usu. that of the submediant. **interrupted screw**: with part of its thread cut away.
  **interruptedly** adv. M17.

**interruption** /ɪntəˈrʌpʃ(ə)n/ n. LME. [(O)Fr., or L *interruptio(n-)*, f. as INTERRUPT v.: see -ION.] †1 The action or an act of preventing something or thwarting someone; obstruction. LME–L16. 2 A break (usu. temporary) in the continuous progress of an action, condition, etc., esp. speech; (a) hindrance of the course or continuance of something. LME. b Temporary cessation, suspension. E17. 3 A breach of continuity in space or order; the formation or existence of a gap or space. LME. 4 *Law.* (A) legal action to prevent the exercise of a right or privilege. Long only *spec.* (*Sc.*) (a) legal action taken to lengthen the period of time during which a prescriptive right is established. LME.

**inter se** /ɪntə ˈseɪ/ adv. phr. M19. [L.] Between or among themselves.



PLAINTIFF'S EXHIBIT 3 (c) 07/25/2005