




PLAINTIFF'S EXHIBIT 3 (D) 07/25/2005