**biochemorphology-** the study of the relationship between chemical constitution and biological action

**pharmacogenomics-** genome-the total gene complement of a set of chromosomes found in higher life forms(the haploid set in a eukaryotic cell), Or the functionally similar but simpler linear arrangements found in bacteria and viruses.
**pharmacodynamics-** the study of the actions of drugs on living systems
**teratology-** division of embryology and pathology which deals with abnormal development and congenital malformations
**toxicology-** the sum of what is known regarding poisons; the scientific study of poisons, their actions, their detection, and the treatment of the conditions produced by them
**posology-** the science of dosage or a system of dosage
**pharmacognosy-** that branch of pharmacology which deals with the biological, biochemical, and economic features of natural drugs and their constituents
**galenicals-** medicines prepaired according to the formulas of Galen. the term is now used to den denote standard preparations containing on or several organic ingredients, as contrasted with pure chemical substances.
**Galen-**(claudius or clarissimus;Galenus) 129-199AD, celebrated Greek physician and medical writer influence on medicine profound. his **teleology-** the study of evidences of design in nature, a doctrine(as in vitalism-a doctrine that the processes of life are not explicable by the laws of physics and chemistry alone and that life is in some part selfdetermining) that ends are immanen in nature-a doctrine explaining phenomena by final causes. the fact or character attributed to nature or natural processes of being directed toward an end or shaped by a purpose. the use of design or purpose as an explanation of natural phenomena. **nature does nothing in vain.**
**pharmacodynamics-** the study of the actions of drugs on living systems. all drug effects, beneficial and undesired, as well as the bodies compensatory homeostatic adjustments to the presence of a drug.
**homeostasis-** tendency to stability of the normal body states (internal environment) of the organism. It is achieved by a system of contral mechanisms activated by negative feedback.

PLAINTIFF'S
EXHIBIT
4
07/25/2005