## Atomic Weights*

Based on the assigned relative mass of $^{12}C = 12$. For the sake of completeness, all known elements are included in the list. Several of those more recently discovered are represented only by the unstable isotopes. The value in parentheses in the atomic weight column is, in each case, the mass number of the most stable isotope.

| Name | Symbol | Atomic No. | Atomic Weight | Valence | Name | Symbol | Atomic No. | Atomic Weight | Valence |
|---|---|---|---|---|---|---|---|---|---|
| Actinium | Ac | 89 | (227) | ... | Mercury (hydrargyrum) | Hg | 80 | 200.59 | 1,2 |
| Aluminum | Al | 13 | 26.9815 | 3 | Molybdenum | Mo | 42 | 95.94 | 3,4,6 |
| Americium | Am | 95 | (243) | 3,4,5,6 | Neodymium | Nd | 60 | 144.24 | 3 |
| Antimony (stibium) | Sb | 51 | 121.75 | 3,5 | Neon | Ne | 10 | 20.179 | 0 |
| Argon | Ar | 18 | 39.948 | 0 | Neptunium | Np | 93 | 237.0482 | 4,5,6 |
| Arsenic | As | 33 | 74.9216 | 3,5 | Nickel | Ni | 28 | 58.71 | 2,3 |
| Astatine | At | 85 | ~210 | 1,3,5,7 | Niobium (columbium) | Nb | 41 | 92.9064 | 3,5 |
| Barium | Ba | 56 | 137.33 | 2 | Nitrogen | N | 7 | 14.0067 | 3,5 |
| Berkelium | Bk | 97 | (247) | 3,4 | Nobelium | No | 102 | (259) | ... |
| Beryllium | Be | 4 | 9.0122 | 2 | Osmium | Os | 76 | 190.2 | 2,3,4,8 |
| Bismuth | Bi | 83 | 208.9808 | 3,5 | Oxygen | O | 8 | 15.9994 | 2 |
| Boron | B | 5 | 10.81 | 3 | Palladium | Pd | 46 | 106.4 | 2,4,6 |
| Bromine | Br | 35 | 79.904 | 1,3,5,7 | Phosphorus | P | 15 | 30.9736 | 3,5 |
| Cadmium | Cd | 48 | 112.41 | 2 | Platinum | Pt | 78 | 195.09 | 2,4 |
| Calcium | Ca | 20 | 40.08 | 2 | Plutonium | Pu | 94 | (244) | 3,4,5,6 |
| Californium | Cf | 98 | (251) | ... | Polonium | Po | 84 | (~210) | ... |
| Carbon | C | 6 | 12.011 | 2,4 | Potassium (kalium) | K | 19 | 39.0983 | 1 |
| Cerium | Ce | 58 | 140.12 | 3,4 | Praseodymium | Pr | 59 | 140.907 | 3 |
| Cesium | Cs | 55 | 132.9054 | 1 | Promethium | Pm | 61 | (145) | 3 |
| Chlorine | Cl | 17 | 35.453 | 1,3,5,7 | Protoactinium | Pa | 91 | 231.0359 | ... |
| Chromium | Cr | 24 | 51.996 | 2,3,6 | Radium | Ra | 88 | 226.0254 | 2 |
| Cobalt | Co | 27 | 58.9332 | 2,3 | Radon | Rn | 86 | (~222) | 0 |
| Columbium (see Niobium) | | | | | Rhenium | Re | 75 | 186.2 | ... |
| Copper | Cu | 29 | 63.546 | 1,2 | Rhodium | Rh | 45 | 102.9055 | 3 |
| Curium | Cm | 96 | (247) | 3 | Rubidium | Rb | 37 | 85.467 | 1 |
| Dysprosium | Dy | 66 | 162.50 | 3 | Ruthenium | Ru | 44 | 101.07 | 3,4,6,8 |
| Einsteinium | Es | 99 | (254) | ... | Samarium | Sm | 62 | 150.4 | 2,3 |
| Erbium | Er | 68 | 167.26 | 3 | Scandium | Sc | 21 | 44.9559 | 3 |
| Europium | Eu | 63 | 151.96 | 2,3 | Selenium | Se | 34 | 78.96 | 2,4,6 |
| Fermium | Fm | 100 | (257) | ... | Silicon | Si | 14 | 28.086 | 4 |
| Fluorine | F | 9 | 18.9984 | 1 | Silver (argentum) | Ag | 47 | 107.868 | 1 |
| Francium | Fr | 87 | (223) | 1 | Sodium (natrium) | Na | 11 | 22.9898 | 1 |
| Gadolinium | Gd | 64 | 157.25 | 3 | Strontium | Sr | 38 | 87.62 | 2 |
| Gallium | Ga | 31 | 69.72 | 2,3 | Sulfur | S | 16 | 32.06 | 2,4,6 |
| Germanium | Ge | 32 | 72.59 | 4 | Tantalum | Ta | 73 | 180.9479 | 5 |
| Gold (aurum) | Au | 79 | 196.9665 | 1,3 | Technetium | Tc | 43 | 98.9062 | 6,7 |
| Hafnium | Hf | 72 | 178.49 | 4 | Tellurium | Te | 52 | 127.60 | 2,4,6 |
| Helium | He | 2 | 4.0026 | 0 | Terbium | Tb | 65 | 158.9254 | 3 |
| Holmium | Ho | 67 | 164.9304 | 3 | Thallium | Tl | 81 | 204.37 | 1,3 |
| Hydrogen | H | 1 | 1.0079 | 1 | Thorium | Th | 90 | 232.0381 | 4 |
| Indium | In | 49 | 114.82 | 3 | Thulium | Tm | 69 | 168.9342 | 3 |
| Iodine | I | 53 | 126.9045 | 1,3,5,7 | Tin (stannum) | Sn | 50 | 118.69 | 2,4 |
| Iridium | Ir | 77 | 192.22 | 3,4 | Titanium | Ti | 22 | 47.90 | 3,4 |
| Iron (ferrum) | Fe | 26 | 55.847 | 2,3 | Tungsten (wolfram) | W | 74 | 183.85 | 6 |
| Krypton | Kr | 36 | 83.80 | 0 | Uranium | U | 92 | 238.029 | 4,6 |
| Lanthanum | La | 57 | 138.9055 | 3 | Vanadium | V | 23 | 50.9414 | 3,5 |
| Lawrencium | Lr | 103 | (260) | ... | Xenon | Xe | 54 | 131.30 | 0 |
| Lead (plumbum) | Pb | 82 | 207.2 | 2,4 | Ytterbium | Yb | 70 | 173.04 | 2,3 |
| Lithium | Li | 3 | 6.941 | 1 | Yttrium | Y | 39 | 88.9059 | 3 |
| Lutetium | Lu | 71 | 174.97 | 3 | Zinc | Zn | 30 | 65.38 | 2 |
| Magnesium | Mg | 12 | 24.305 | 2 | Zirconium | Zr | 40 | 91.22 | 4 |
| Manganese | Mn | 25 | 54.9380 | 2,3,4,6,7 | | | | | |
| Mendelevium | Md | 101 | (258) | ... | | | | | |

*Modified and reproduced, with permission, from Weast RC (editor): *Handbook of Chemistry and Physics*, 57th ed. Chemical Rubber Publishing Co., 1976–1977.



PLAINTIFF'S EXHIBIT 5
07/25/2005