

EMBDEN-MEYERHOF PATHWAY OF GLUCOSE METABOLISM
(after Mazur and Harrow)

PLAINTIFF'S EXHIBIT 6  07/25/2005