# ANATOMY OF THE FUNCTIONAL AREAS OF THE BRAIN

**Brain Stem**
- Motor and sensory pathway to body and face
- Vital centers: cardiac, respiratory, vasomotor

**Cerebellum**
- Balance
- Posture
- Motor coordination, including eye movements

**Corpus Callosum**
- Transmission of messages from one side of the brain to the other

**Frontal Lobe**
- Attention
- Behavior
- Abstract thought
- Reflection
- Problem solving
- Creative thought
- Emotion
- Intellect
- Judgment
- Initiative
- Inhibition
- Coordinated movements
- Generalized and mass movements
- Some eye movements
- Muscle movements
- Skilled movements
- Sense of smell
- Supplementary motor skills
- Physical reaction
- Sexual urges

**Hypothalamus**
- Hormonal body processes
- Moods
- Motivational states
- Sexual maturation
- Temperature regulation

**Occipital Lobe**
- Reading
- Vision

**Optic Chiasm**
- Optic nerves – vision

**Parietal Lobe**
- Appreciation of form through touch (stereognosis)
- Tactile sensation
- Response to internal stimuli (proprioception)
- Sensory combination and comprehension
- Some language and reading functions
- Some visual functions

**Pineal Body**
- Unknown

**Pituitary Gland**
- Hormonal body processes
- Physical maturation
- Growth – height and form
- Sexual maturation
- Sexual function

**Spinal Cord**
- Source of sensation and movement

**Temporal Lobe**
- Auditory memories
- Some hearing
- Visual memories
- Some vision pathways
- Other memory
- Music
- Fear
- Some language
- Some speech
- Some behavior

**Ventricles and Cerebral Aqueduct**
- Contain the cerebrospinal fluid that bathes the brain and spinal cord

CEREBRUM
PITUITARY GLAND
PONS
SPINAL CORD
MEDULLA OBLONGATA
CEREBELLUM
CORPUS CALLOSUM
CHOROID PLEXUS OF THIRD VENTRICLE

MEDIAL ASPECT

RONTAL LOBE
TEMPORAL LOBE
CEREBELLUM
OCCIPITAL LOBE
PARIETAL LOBE

LATERAL ASPECT

BRAIN

CRANIAL NERVES
1. OLFACTORY
2. OPTIC
3. OCULOMOTOR
4. TROCHLEAR
6. ABDUCENS
5. TRIGEMINAL
MASTICATOR NERVE
7. FACIAL MUSCLES OF FACE
GLOSSOPALATINE
AUDITORY
VESTIBULAR
8. ACOUSTIC
9. GLOSSOPHARYNGEAL
MOTOR NERVE
SENSORY NERVE
10. VAGUS
11. ACCESSORY
12. HYPOGLOSSAL

PLAINTIFF'S EXHIBIT 7 07/25/2005