## MECHANISMS OF DISEASE



**Figure 1.** Model of a Pancreatic Beta Cell and the Proteins Implicated in Maturity-Onset Diabetes of the Young (MODY).
Glucose is transported into the beta cell by a specific glucose-transporter protein (GLUT-2) on the cell surface. The MODY-associated glycolytic enzyme glucokinase (associated with MODY 2) catalyzes the transfer of phosphate from ATP to glucose to form glucose-6-phosphate. By means of this reaction, glucokinase functions as the glucose sensor of the beta cell. The generation of ATP by glycolysis and the Krebs cycle leads to inhibition and closure of the ATP-sensitive potassium channels (the target of sulfonylurea drugs), depolarization of the plasma membrane, opening of the voltage-dependent calcium channels, and influx of extracellular calcium and mobilization of calcium from intracellular stores, leading to the fusion of insulin-containing secretory granules with the plasma membrane and the release of insulin into the circulation. A mutation in one of the alleles of the gene encoding glucokinase leads to a reduction in beta-cell glucokinase activity, resulting in decreased glucose phosphorylation in the beta cell and glucose-stimulated insulin release at any blood glucose concentration. The MODY-associated transcription factors — hepatocyte nuclear factor (HNF) $4\alpha$ (associated with MODY 1), HNF-$1\alpha$ (MODY 3), insulin promoter factor 1 (IPF-1 [MODY 4]), HNF-$1\beta$ (MODY 5), and neurogenic differentiation factor 1 (NeuroD1), or beta-cell E-box transactivator 2 (BETA2 [MODY 6]) — function in the nucleus of the beta cell and regulate the transcription of the insulin gene (either directly, as in the case of HNF-$1\alpha$, HNF-$1\beta$, IPF-1, and NeuroD1 or BETA2, or indirectly, through effects on the expression of other transcription factors, as in the case of HNF-$4\alpha$); they also regulate the transcription of genes encoding enzymes involved in the transport and metabolism of glucose as well as other proteins required for normal beta-cell function.

PENGAD-Bayonne, N.J.
PLAINTIFF'S
EXHIBIT
8
07/25/2005