We begin our study of electric and magnetic phenomena by investigating the fields of stationary electric charges.

We shall start with Coulomb's law and deduce from it, in this chapter, the electric field intensity and the electric potential for any distribution of stationary electric charges.

## 2.1 COULOMB'S LAW

It is found experimentally that the force between two stationary electric *point charges* $Q_a$ and $Q_b$ (a) acts along the line joining the two charges, (b) is proportional to the product $Q_a Q_b$, and (c) is inversely proportional to the square of the distance $r$ separating the charges.

If the charges are extended, the situation is more complicated in that the "distance between the charges" has no definite meaning. Moreover, the presence of $Q_b$ can modify the charge distribution within $Q_a$, and vice versa, leading to a complicated variation of force with distance.

We thus have *Coulomb's law* for stationary point charges:

$$\mathbf{F}_{ab} = \frac{1}{4\pi\epsilon_0}\frac{Q_a Q_b}{r^2}\mathbf{r}_1, \qquad (2\text{-}1)$$

where $\mathbf{F}_{ab}$ is the force exerted by $Q_a$ on $Q_b$, and $\mathbf{r}_1$ is a unit vector pointing in the direction *from* $Q_a$ *to* $Q_b$, as in Fig. 2-1. The force is repulsive if $Q_a$ and $Q_b$ are of the same sign; it is attractive if they are of different signs. As usual, $F$ is measured in newtons, $Q$ in *coulombs*, and $r$ in meters. The constant $\epsilon_0$

PENGAD-Bayonne, N. J.

PLAINTIFF'S
EXHIBIT
9 (a)
07/25/2005

4/

is the *permittivity of free space*:

$$\epsilon_0 = 8.854\ 187\ 82 \times 10^{-12}\ \text{farad/meter.}[1] \qquad (2\text{-}2)$$



Figure 2-1 Charges $Q_a$ and $Q_b$ separated by a distance $r$. The force exerted on $Q_b$ by $Q_a$ is $\mathbf{F}_{ab}$ and is in the direction of $\mathbf{r}_1$ along the line joining the two charges.

Coulomb's law applies to a pair of point charges in a vacuum. It also applies in dielectrics and conductors if $\mathbf{F}_{ab}$ is the *direct* force between $Q_a$ and $Q_b$, irrespective of the forces arising from other charges within the medium.

Substituting the value of $\epsilon_0$ into Coulomb's law,

$$\mathbf{F}_{ab} \approx 9 \times 10^9 \frac{Q_a Q_b}{r^2}\mathbf{r}_1, \qquad (2\text{-}3)$$

where the factor of 9 is accurate to about one part in 1000; it should really be 8.987 551 79.

The Coulomb forces in nature are enormous when compared with the gravitational forces. The gravitational force between two masses $m_a$ and $m_b$ separated by a distance $r$ is

$$F = 6.6720 \times 10^{-11} m_a m_b / r^2. \qquad (2\text{-}4)$$

[1] From Eq. 2-1, $\epsilon_0$ is expressed in coulombs squared per newton-square meter. However, a coulomb squared per newton-meter, or a coulomb squared per joule, is a farad, as we shall see in Sec. 4.3.

4/2