The next eight chapters will deal with the magnetic fields of electric currents and of magnetized matter.

We shall start here by studying the magnetic induction **B** and the vector potential **A**. These two quantities correspond, respectively, to the electric field intensity **E** and to the potential $V$.

For the moment, we consider only constant conduction currents and non-magnetic materials.

## 8.1 THE MAGNETIC INDUCTION B

Figure 8-1 shows a circuit carrying a current $I$. We define the *magnetic induction* at the point $P$ as follows:

$$\mathbf{B} = \frac{\mu_0}{4\pi} I \oint \frac{d\mathbf{l} \times \mathbf{r}_1}{r^2}, \qquad (8\text{-}1)$$

where the integration is carried out over the closed circuit. As usual, the unit vector $\mathbf{r}_1$ points *from* the source *to* the point of observation: it points *from* the element $d\mathbf{l}$ *to* the point $P$. Magnetic inductions are expressed in *teslas*.

The constant $\mu_0$ is *defined* as follows:

$$\mu_0 \equiv 4\pi \times 10^{-7} \text{ tesla meter/ampere}, \qquad (8\text{-}2)$$

and is called the *permeability of free space*.

If the current $I$ is distributed in space with a current density **J** amperes per square meter, then $I$ becomes $J\,da$ and must be put under the integral

202

The gravitational force on a proton at the surface of the sun (mass = $2.0 \times 10^{30}$ kilograms, radius = $7.0 \times 10^{8}$ meters) is equal to the electric force between a proton and one *microgram* of electrons, separated by a distance equal to the sun's radius.

It is remarkable indeed that we should not be conscious of these enormous forces in everyday life. The positive and negative charges carried respectively by the proton and the electron are very nearly, if not exactly, the same. Experiments have shown that they differ, if at all, by at most one part in $10^{22}$. Ordinary matter is thus neutral, and the enormous Coulomb forces prevent the accumulation of any appreciable quantity of charge of either sign.

## 2.2 THE ELECTRIC FIELD INTENSITY E

We think of the force between the point charges $Q_a$ and $Q_b$ in Coulomb's law as the product of $Q_a$ and the *field of* $Q_b$, or vice versa. We define the *electric field intensity* **E** to be the force per unit charge exerted on a test charge in the field. Thus the electric field intensity due to the point charge $Q_a$ is

F/q

$$\mathbf{E}_a = \frac{\mathbf{F}_{ab}}{Q_b} = \frac{Q_a}{4\pi\epsilon_0 r^2}\mathbf{r}_1. \qquad (2\text{-}5)$$

The electric field intensity is measured in volts per meter.

The electric field intensity due to the point charge $Q_a$ is the same, whether the test charge $Q_b$ is in the field or not, even if $Q_b$ is large compared to $Q_a$.

## 2.3 THE PRINCIPLE OF SUPERPOSITION

If the electric field is produced by more than one charge, each one produces its own field, and the resultant **E** is simply the vector sum of the individual **E**'s. This is the *principle of superposition*.

43

