**Figure 8-1** The magnetic induction $d\mathbf{B} = (\mu_0/4\pi)I\,d\mathbf{l} \times \mathbf{r}_1/r^2$ produced by an element $I\,d\mathbf{l}$ of the current $I$ in a circuit.

sign. Then $J\,da\,d\mathbf{l}$ can be written as $\mathbf{J}\,d\tau'$, where $d\tau'$ is an element of volume, and

$$\mathbf{B} = \frac{\mu_0}{4\pi} \int_{\tau'} \frac{\mathbf{J} \times \mathbf{r}_1}{r^2} d\tau', \qquad (8\text{-}3)$$

as in Fig. 8-2. The integration is carried out over the volume $\tau'$ occupied by the currents.

We assume that $\mathbf{J}$ is not a function of time and that there are no magnetic materials in the field.



**Figure 8-2** The magnetic induction $d\mathbf{B}$ due to an element $\mathbf{J}\,d\tau'$ of a volume distribution of current.

As in electrostatics, we can describe a magnetic field by drawing *lines of* $\mathbf{B}$ that are everywhere tangent to $\mathbf{B}$.

Similarly, it is convenient to use the concept of flux, the *flux of the magnetic induction* $\mathbf{B}$ through a surface $S$, defined as the normal component of $\mathbf{B}$ integrated over $S$:

$$\Phi = \int_S \mathbf{B} \cdot d\mathbf{a}. \qquad (8\text{-}4)$$

The flux $\Phi$ is expressed in *webers*. Thus the tesla is one weber per square meter.

**8.1.1    EXAMPLE: LONG STRAIGHT WIRE CARRYING A CURRENT**

An element $d\mathbf{l}$ of a long straight wire carrying a current $I$, as in Fig. 8-3, produces a magnetic induction

$$d\mathbf{B} = \frac{\mu_0 I\,dl\,\sin\theta}{4\pi\,r^2}\,\boldsymbol{\varphi}_1, \qquad (8\text{-}5)$$

where $\boldsymbol{\varphi}_1$ is the unit vector pointing in the azimuthal direction. The positive directions for $\boldsymbol{\varphi}_1$ and $I$ are related by the right-hand screw rule.

**Figure 8-3** The magnetic induction $d\mathbf{B}$ produced by an element $I\,d\mathbf{l}$ of the current $r$ = a long straight wire.

PLAINTIFF'S EXHIBIT 9 07/25/2005 PENGAD-Bayonne, N.J.