

**Figure 8-4** Lines of **B** in a plane perpendicular to a long straight wire carrying a current $I$. The density of the lines is inversely proportional to the distance to the wire. Lines close to the wire are not shown.

Expressing $dl$, $\sin\theta$, and $r^2$ in terms of $\alpha$ and $\rho$,

$$\mathbf{B} = \frac{\mu_0 I}{4\pi\rho} \int_{-\pi/2}^{+\pi/2} \cos\alpha \, d\alpha \, \boldsymbol{\varphi}_1 = \frac{\mu_0 I}{2\pi\rho} \boldsymbol{\varphi}_1. \qquad (8\text{-}6)$$

The magnitude of **B** thus falls off inversely as the first power of the distance from an infinitely long wire. The lines of **B** are concentric circles lying in a plane perpendicular to the wire, as in Fig. 8-4.

### EXAMPLE: CIRCULAR LOOP, MAGNETIC DIPOLE MOMENT m

A circular loop of radius $a$ carries a current $I$, as in Fig. 8-5.

An element $I\,\mathbf{dl}$ of current produces a $\mathbf{dB}$ having a component $dB_z$ on the axis, as indicated in the figure. By symmetry, the total **B** is along the axis, and

$$dB_z = \frac{\mu_0 I}{4\pi} \frac{dl}{r^2} \cos\theta, \qquad (8\text{-}7)$$

$$B_z = \frac{\mu_0 I}{4\pi} \frac{2\pi a}{r^2} \cos\theta = \frac{\mu_0 I a^2}{2(a^2 + z^2)^{3/2}}. \qquad (8\text{-}8)$$

Therefore, on the axis, the magnetic induction is maximum at the center of the ring and drops off as $z^3$ for $z^2 \gg a^2$.

Figure 8-6 shows lines of **B** in a plane containing the axis of the loop.



**Figure 8-5** The magnetic induction $\mathbf{dB}$ produced by an element $I\,\mathbf{dl}$ at a point on the axis of circular current loop of radius $a$. The projection of $\mathbf{dB}$ on the axis is $dB_z$.



**Figure 8-6** Lines of **B** in a plane containing the axis of the loop of Fig. 8-5. The direction of the current in the loop is shown by the dot and the cross.

PENGAD-Bayonne, N. J.

PLAINTIFF'S EXHIBIT 9d 07/25/2005