82

Far from the loop, the field is the same as that of an electric dipole (Sec. 2.5.1), except that the factor $1/4\pi\epsilon_0$ is replaced by $\mu_0/4\pi$, and that the electric dipole moment **p** is replaced by the magnetic dipole moment **m**. The *magnetic dipole moment* **m** is a vector whose magnitude is $\pi a^2 I$ and that is normal to the plane of the loop, in the direction given by the right-hand screw rule with respect to the current $I$.

## THE DIVERGENCE OF B

Consider a current element $I\,d\mathbf{l}$ and a volume $d\tau$ containing a point $P$ as in Fig. 8-7. The current element produces at $P$ a magnetic induction

$$d\mathbf{B} = \frac{\mu_0}{4\pi} \frac{I\,d\mathbf{l} \times \mathbf{r}_1}{r^2} \quad (8\text{-}9)$$

As we saw in Sec. 8.1.1, the lines of **B** due to the element $I\,d\mathbf{l}$ are circles situated in planes perpendicular to a line through $d\mathbf{l}$ and centered on it as



**Figure 8-7** The current element $I\,d\mathbf{l}$ produces a magnetic induction **B**. The net outward flux of **B** through the surface of the element of volume $d\tau$ is zero.

207

## 10.6 INVARIANCE OF THE VELOCITY OF LIGHT

Experiments designed to measure the velocity of light $c$ in a vacuum, with respect to reference frames moving at various velocities, always give the same value. Thus $c$ is said to be *invariant*.

10.6.1   EXAMPLE: THE VELOCITY OF LIGHT IS UNAFFECTED BY THE EARTH'S ORBITAL VELOCITY

The orbital velocity of the earth around the sun is $3 \times 10^4$ meters per second. This is two orders of magnitude larger than the tangential velocity due to the rotation of the earth about its own axis. At noontime, the orbital velocity is westward while, at midnight, it is eastward. If one measures $c$ in the east-west direction in the laboratory, first at noontime and then at midnight, one finds precisely the same value, within the experimental error.

## 10.7 INVARIANCE OF ELECTRIC CHARGE

Electric charge is also invariant. This is again an experimental fact.

10.7.1   EXAMPLE: THE ELECTRON CHARGE

In the *Millikan oil-drop experiment*, one measures the velocity of an electrically charged microscopic oil drop in an electric field. The velocity is of the order of millimeters per minute and is a measure of the electric charge on the drop. The charge carried by a drop is always a multiple of the electron charge, $1.602 \times 10^{-19}$ coulomb.

If now one measures in the laboratory frame the charge on an electron emerging from an accelerator with a velocity approaching the velocity of light, by deflecting it in a known magnetic field, one finds again $1.602 \times 10^{-19}$ coulomb.

† *Electromagnetic Fields and Waves*, Chapter 5.

240

PLAINTIFF'S EXHIBIT 9(e) 07/25/2005   PENGAD-Bayonne, N.J.