## 10.8 TRANSFORMATION OF ELECTRIC AND MAGNETIC FIELDS

The expression for the Lorentz force in Eq. 10-2 gives us a clue as to how to transform a magnetic field. In this expression, $\mathbf{F}$, $Q$, $\mathbf{E}$, $\mathbf{v}$, $\mathbf{B}$ are all measured in the same reference frame $S_1$, which is normally the laboratory frame:

$$\mathbf{F}_1 = Q(\mathbf{E}_1 + \mathbf{v} \times \mathbf{B}_1). \tag{10-14}$$

Now call $S_2$ the reference frame of the particle, moving at the velocity $\mathbf{v}$ at a certain instant.

What is the field in $S_2$? Let us assume for the moment that $v^2 \ll c^2$, where $c$ is the velocity of light. In that case, the force is the same in both reference frames. In $S_2$, the particle velocity is zero and there can be no magnetic force. Then the force in $S_2$ must be $Q\mathbf{E}_2$, where

$$\mathbf{E}_2 = \mathbf{E}_1 + \mathbf{v} \times \mathbf{B}_1. \tag{10-15}$$

So the *magnetic* field $\mathbf{B}_1$ in frame 1 becomes an *electric* field $\mathbf{v} \times \mathbf{B}_1$ in frame 2.

The above equation is valid only for $v^2 \ll c^2$. When $v$ approaches $c$, it is shown in relativity theory that the forces in the two reference frames are different, and the correct value of $\mathbf{E}_2$ is as follows:[†]

$$\mathbf{E}_{2\perp} = \gamma(\mathbf{E}_{1\perp} + \mathbf{v} \times \mathbf{B}_1), \tag{10-16}$$

$$\mathbf{E}_{2\|} = \mathbf{E}_{1\|}, \tag{10-17}$$

where the subscripts refer to the components that are either perpendicular or parallel to the velocity $vi$ of frame $S_2$ with respect to $S_1$, as in Fig. 10-3; $\gamma$ is as defined in Eq. 10-13.

The magnetic field in $S_2$ is given by

$$\mathbf{B}_{2\perp} = \gamma\left(\mathbf{B}_{1\perp} - \frac{1}{c^2}\mathbf{v} \times \mathbf{E}_1\right), \tag{10-18}$$

$$\mathbf{B}_{2\|} = \mathbf{B}_{1\|}. \tag{10-19}$$

Equations 10-16 to 10-19 are the equations of *transformation for* $\mathbf{E}$ *and* $\mathbf{B}$.

[†] *Electromagnetic Fields and Waves*, pages 262 and 288.



Figure 10-3 The components $\mathbf{E}_\|$ and $\mathbf{E}_\perp$ of $\mathbf{E}$.

Thus, given a field $\mathbf{E}_1$, $\mathbf{B}_1$ in frame $S_1$, one can calculate the field $\mathbf{E}_2$, $\mathbf{B}_2$ in frame $S_2$. The inverse transformation is obtained, as usual, by interchanging the subscripts 1 and 2, and changing the sign of $v$.

When $v^2 \ll c^2$, $\gamma \approx 1$ and

$$\mathbf{E}_2 = \mathbf{E}_1 + \mathbf{v} \times \mathbf{B}_1, \tag{10-20}$$

$$\mathbf{B}_2 = \mathbf{B}_1 - \frac{1}{c^2}\mathbf{v} \times \mathbf{E}_1. \tag{10-21}$$

Note that the expression for the Lorentz force given in Eq. 10-2 remains true, even if $v \approx c$.

### 10.8.1 EXAMPLE: THE HALL EFFECT

Semiconductors contain either one or both of two types of mobile charges, namely conduction electrons and holes (Sec. 5.1). When a current flows through a bar of semiconductor in the presence of a transverse magnetic field $\mathbf{B}$, as in Fig. 10-4, the mobile charges drift, not only in the direction of the applied electric field $\mathbf{E}$ but also in a direction perpendicular to both the applied electric and magnetic fields, because of the $Q\mathbf{v} \times \mathbf{B}$ force. This gives rise to a voltage difference $V$ between the upper and lower electrodes. The drift is similar to the motion of the ions in the mass-spectrometer of Sec. 10.1.1.


PLAINTIFF'S EXHIBIT 9 P 07/25/2005
PENGAD-Bayonne, N.J