which is based on the *Lorentz transformation*:

$$x_1 = \gamma(x_2 + vt_2), \quad (10\text{-}9)$$

$$y_1 = y_2, \quad (10\text{-}10)$$

$$z_1 = z_2, \quad (10\text{-}11)$$

$$t_1 = \gamma\left(t_2 + \frac{v}{c^2}x_2\right), \quad (11\text{-}12)$$

with

$$\gamma = \frac{1}{[1-(v/c)^2]^{1/2}}, \quad (10\text{-}13)$$

and $c$ equal to the velocity of light in a vacuum, $2.997\,924\,58 \times 10^8$ meters per second.

It is possible to deduce from this set of equations other transformation equations for a mass, a velocity, etc. A given electric charge $Q$ and the velocity of light $c$ always have the same value, whatever the velocity of the reference frame with respect to which they are measured.

For a given field $\mathbf{E}_1$, $\mathbf{B}_1$ in frame $S_1$, the field in $S_2$, moving at a velocity $\mathbf{v}$ with respect to $S_1$, is given by

$$\mathbf{E}_{2\perp} = \gamma(\mathbf{E}_{1\perp} + \mathbf{v} \times \mathbf{B}_1), \quad (10\text{-}16)$$

$$\mathbf{E}_{2\parallel} = \mathbf{E}_{1\parallel}, \quad (10\text{-}17)$$

$$\mathbf{B}_{2\perp} = \gamma\left(\mathbf{B}_{1\perp} - \frac{1}{c^2}\mathbf{v} \times \mathbf{E}_1\right), \quad (10\text{-}18)$$

$$\mathbf{B}_{2\parallel} = \mathbf{B}_{1\parallel}. \quad (10\text{-}19)$$

If $v^2 \ll c^2$, then $\gamma = 1$ and

$$\mathbf{E}_2 = \mathbf{E}_1 + \mathbf{v} \times \mathbf{B}_1, \quad (10\text{-}20)$$

$$\mathbf{B}_2 = \mathbf{B}_1 - \frac{1}{c^2}\mathbf{v} \times \mathbf{E}_1. \quad (10\text{-}21)$$

In this last chapter on alternating currents we shall be concerned with the transfer of power from a source to a load, first directly, and then through a transformer.

Transmission lines that carry large amounts of power over large distances must operate, for reasons of efficiency, at voltages of a few hundred thousand volts; some even operate at close to one million volts. But insulation problems prevent generators in power plants from being operated above about 20,000 volts. At the other end of the lines, consumers require electric power at voltages ranging from a fraction of a volt for soldering guns to 6000 volts for electric motors of a few hundred kilowatts.

It is the function of transformers to change the ratio $V/I$ with little loss of power. In this way, electric power can be produced, transmitted, and utilized at the most convenient voltages, within limits. Transformers are also used for impedance matching, as we shall see in Sec. 18.6.

Transformers can act only on alternating currents.

## 18.1 POWER DISSIPATION

Let us consider the processes whereby the electric and magnetic energy flowing in a circuit is dissipated. Until now, we have considered only the $I^2R$ loss in a resistance $R$ carrying a current $I$. Of course, many other processes are possible. For example, electric motors produce mechanical energy, storage batteries can produce chemical energy, light bulbs and antennas produce electromagnetic waves, loudspeakers produce acoustic waves, and so forth.

PLAINTIFF'S EXHIBIT 9a 07/25/2005  PENGAD-Bayonne, N.J.