Any one of these devices, when connected to a source, draws a current, and the ratio $\mathbf{V}/\mathbf{I}$ is its impedance. How is this impedance related to the power that is withdrawn from the circuit?

Let us think of a current $\mathbf{I}$ flowing through an impedance $R + jX$. If the applied voltage $\mathbf{V}$ is $V_0 \exp j\omega t$,

$$\mathbf{I} = \frac{\mathbf{V}}{R + jX} = \frac{\mathbf{V}}{R^2 + X^2}(R - jX) = \frac{\mathbf{V}}{|Z|^2}(R - jX), \quad (18\text{-}1)$$

$$= \frac{V_0 \exp j\omega t}{|Z|^2}[R + X\exp(-j\pi/2)] \quad (18\text{-}2)$$

and, since $I$ is the real part of $\mathbf{I}$,

$$I = \frac{V_0}{|Z|^2}[R \cos \omega t + X \cos(\omega t - \pi/2)]. \quad (18\text{-}3)$$

The instantaneous power absorbed by the impedance is the product of this quantity by $V_0 \cos \omega t$:

$$P_{\text{inst}} = \frac{V_0^2}{|Z|^2}[R \cos^2 \omega t + X \cos(\omega t - \pi/2) \cos \omega t]. \quad (18\text{-}4)$$

Now the average of $\cos^2 \omega t$ over one cycle is $\tfrac{1}{2}$, while the average value of the second term between the brackets is zero. Thus the average power absorbed by the impedance $R + jX$ is

$$P_{\text{av}} = \frac{1}{2}\frac{V_0^2}{|Z|^2} R = \frac{V_{\text{rms}}^2}{|Z|^2} R = I_{\text{rms}}^2 R. \quad (18\text{-}5)$$

Note that $P_{\text{av}}$ is $I_{\text{rms}}^2 R$, as for direct currents, but that it is $V_{\text{rms}}^2/R$ only if $X = 0$.

If the impedance is that of some device that draws power from a circuit, then $I_{\text{rms}}^2 R$ must account for *all* the electric power that is absorbed.

### 18.1.1 EXAMPLES: A LIGHT BULB, A RADIO-FREQUENCY ANTENNA, AN ELECTRIC MOTOR

In a light bulb, $I_{\text{rms}}^2 R$ is equal to the heat energy that is lost by conduction and convection, plus the electromagnetic energy that is radiated in one second.

A radio-frequency antenna is usually tuned to have a purely resistive impedance $R$, which is called its *radiation resistance*. If the current fed to the antenna is $I$, then $I_{\text{rms}}^2 R$ is the radiated power.

In an alternating-current electric motor, $I_{\text{rms}}^2 R$ includes: Joule losses (Sec. 5.2.1) in the copper conductors; hysteresis losses (Sec. 14.9) in the iron; eddy-current losses (Sec. 11.3) both in the copper and in the iron; friction losses in the bearings; windage losses in the air; and, finally, useful mechanical power. The resistance $R$ of an electric motor in operation is thus the sum of many terms. It is much larger than the resistance measured with an ohmmeter when the motor is stopped. See Prob. 18-1.

## 18.2 THE POWER FACTOR

The ratio $R/|Z|$ of an impedance is called its *power factor* and is usually expressed as a percentage. If the impedance $Z$ is represented in the complex plane, as in Fig. 18-1, the power factor is $\cos \varphi$, $\varphi$ being the phase angle (Sec. 17.1).

Whenever large amounts of power must be transmitted from a source to a load over a line of appreciable resistance, care must be taken to adjust the power factor close to unity. The reason for this is that the component of $\mathbf{I}$ that is in quadrature with $\mathbf{V}$ produces no useful power in the load, but nonetheless gives rise to a power loss and to a voltage drop in the line connecting the source to the load.



Figure 18-1 Impedance $Z$ represented in the complex plane. The cosine of the phase angle $\varphi$ is called the *power factor*.

PLAINTIFF'S EXHIBIT 9(h) 07/25/2005  PENGAD-Bayonne, N.J.