**18.1**

Electric motors are inductive loads, and, in large installations, the power factor is corrected by connecting capacitors across the line, as close as possible to the motors. See Probs. 18-2 and 18-3.

*EXAMPLES: RESISTORS, CAPACITORS, AND INDUCTORS*

The power factor of a resistor is 100%, and that of a capacitor is 0%. Real inductors have both resistance and inductance.† If $R = \omega L$, then $\varphi =$ 45 degrees, and the power factor is 70.7%.

## 18.3 POWER TRANSFER FROM SOURCE TO LOAD

In Fig. 18-2, we have replaced the source by an ideal voltage source $V$, in series with an impedance $R_s + jX_s$. This is the general form of Thévenin's theorem (Sec. 5.12).



Figure 18-2 Source feeding an impedance $Z_L = R_L + jX_L$.

† If the frequency is quite high they become capacitive. See Prob. 17-2.

432

---

The *average* power dissipated in the load is

$$P_L = I_{rms}^2 R_L = \frac{V_{rms}^2}{(R_L + R_s)^2 + (X_L + X_s)^2} R_L. \qquad (18\text{-}6)$$

Under what conditions is $P_L$ maximum, for a given $V_{rms}$? First, $X_L + X_s$ should be zero:

$$X_L = -X_s. \qquad (18\text{-}7)$$

In other words, the reactance of the load should be of the same magnitude as the reactance of the source, but of the opposite sign.

If that condition is satisfied, or if the reactances are both zero,

$$P_L = \frac{R_L V_{rms}^2}{(R_L + R_s)^2}. \qquad (18\text{-}8)$$

We can now find the optimum value of $R_L$ by setting

$$\frac{dP_L}{dR_L} = \frac{(R_L + R_s)^2 - R_L \times 2(R_L + R_s)}{(R_L + R_s)^4} V_{rms}^2 = 0. \qquad (18\text{-}9)$$

Then

$$R_L = R_s. \qquad (18\text{-}10)$$

Thus, for maximum power transfer to the load,

$$X_L = -X_s, \qquad R_L = R_s. \qquad (18\text{-}11)$$

The load impedance is then said to be *matched* to that of the source. The maximum power that can be dissipated in the load, for a given open-circuit voltage $V_{rms}$ is

$$P_{Lmax} = I_{rms}^2 R_L = \left(\frac{V_{rms}}{2R_s}\right)^2 R_s = \frac{V_{rms}^2}{4R_s}. \qquad (18\text{-}12)$$

Also, from Eqs. 18-8 and 18-12,

$$\frac{P_L}{P_{Lmax}} = \frac{R_L V_{rms}^2}{(R_L + R_s)^2} \frac{4R_s}{V_{rms}^2} = \frac{4(R_L/R_s)}{[(R_L/R_s) + 1]^2}. \qquad (18\text{-}13)$$

433