PENGAD-Bayonne, N. J.
07/25/2005
PLAINTIFF'S EXHIBIT 9(j)



**Figure 18-3** *A*: $P_L/P_{Lmax}$ as a function of $R_L/R_s$. The power dissipated in the load is maximum when the load resistance is equal to the resistance of the source. *B*: Efficiency as a function of $R/R_s$. The efficiency tends to unity as $R \to \infty$. It is only 50% at maximum power transfer.

Figure 18-3 shows $P_L/P_{Lmax}$ as a function of $R_L/R_s$. It will be observed that the condition $R_L = R_s$ for maximum power transfer is not critical. For example, with $R_L = 2R_s$, the power $P_L$ dissipated in the load is still 89% of $P_{Lmax}$.

The *efficiency* may be defined as the ratio $P_L/(P_L + P_s)$, where $P_s$ is the power dissipated in the source:

$$\frac{P_L}{P_L + P_s} = \frac{I_{rms}^2 R_L}{I_{rms}^2(R_L + R_s)} = \frac{R_L}{R_L + R_s}, \quad (18\text{-}14)$$

$$= \frac{R_L/R_s}{(R_L/R_s) + 1}. \quad (18\text{-}15)$$

Figure 18-3 also shows how the efficiency varies with the ratio $R_L/R_s$. The efficiency is equal to unity when $R_L/R_s \to \infty$, but then the power dissipated in the load tends to zero. For $R_L = R_s$, the power dissipated in the load is maximum and the efficiency is only 50%.

### 18.3.1 EXAMPLE: WHIP ANTENNA

A radio-frequency transmitter has an output resistance of 50 ohms. It is to be connected to the whip-antenna of Fig. 18-4, which has a radiation resistance of 37 ohms. What will be the efficiency of power transfer?

In this case,

$$R_s = 50, \quad X_s = 0, \quad R_L = 37, \quad X_L = 0. \quad (18\text{-}16)$$

The efficiency will be 37/(50 + 37), or about 43%. This is satisfactory, compared with the optimum value of 50%.†



**Figure 18-4** Quarter-wave whip antenna *A* mounted on a metal car top. The whip is one-quarter wavelength long and is supported by a feed-through insulator *F*. It is fed by a transmitter situated at the back of the car through a coaxial line *C*. The whip, together with its image *I* (Prob. 3-15) forms a half-wave antenna. Charges flowing in the antenna form lines of force that detach themselves and escape into space at the velocity of light. This type of antenna is used at frequencies ranging from 150 to 450 megahertz.

---

† One could achieve 50% efficiency by using a matching circuit. See, for example, *The Radio Amateur's Handbook*, American Radio Relay League, Newington, Conn., U.S.A. (published every other year).