

Figure 18-5 (a) Transformer fed by a source and feeding a load impedance $Z_L$. (b) Equivalent circuit.

## 18.5 MAGNETIC-CORE TRANSFORMERS

Magnetic-core transformers as in Fig. 18-6 are used at frequencies ranging from a few hertz to about one megahertz.

A magnetic-core transformer has two essential features. First, for a given core cross-section, the magnetic flux per ampere-turn in the primary is larger than with an air core by several orders of magnitude. Second, the magnetic flux through the secondary is nearly equal to that through the primary.

Thus, the magnetic core permits the design of transformers that are smaller and have fewer turns, both in the primary and in the secondary

437

## 18.4 TRANSFORMERS

A transformer is a mutual inductor that is used to change the voltage level of an electric current, as explained briefly in the introduction to this chapter.

The mutual inductor can have either a magnetic or a non-magnetic core. The former type is commonly referred to as a *magnetic-core transformer*, and the latter as an *air-core transformer*. Air-core transformers are used at high frequencies where eddy-current and hysteresis losses in a magnetic core would be excessive (Secs. 11.3 and 14.9).

The equivalent star circuit (Sec. 17.5) will give us some general results that are exact for air cores, and only approximate for magnetic cores.

Figure 18-5a shows a transformer inserted between a source supplying a voltage $\mathbf{V}_1$, and a load impedance $Z_L$. The impedance $R_1 + j\omega L_1$ of the primary winding is $Z_1$, and the impedance $R_2 + j\omega L_2$ of the secondary winding plus $Z_L$, is $Z_2$.

The mutual inductance is

$$M = k(L_1 L_2)^{1/2}. \qquad (18\text{-}17)$$

Since the circuit of Fig. 18-5b is equivalent to that of Fig. 18-5a, from Sec. 17.5, the impedance "seen" by the source, or the *input impedance* $Z_{in}$ of the transformer is

$$Z_{in} = Z_1 + j\omega M + \frac{(Z_2 + j\omega M)(-j\omega M)}{Z_2 + j\omega M - j\omega M}, \qquad (18\text{-}18)$$

$$= Z_1 + \frac{\omega^2 M^2}{Z_2}. \qquad (18\text{-}19)$$

The input impedance is therefore $Z_1$, plus the term $\omega^2 M^2/Z_2$, which is called the *reflected impedance* of the secondary.

The current $\mathbf{I}_1$ in the primary is of course

$$\mathbf{I}_1 = \mathbf{V}_1/Z_{in}. \qquad (18\text{-}20)$$

The current in the secondary can be found by applying Kirchoff's voltage law to the circuit of Fig. 18-5b, using the value of $\mathbf{I}$ given in Eqs. 18-19 and 18-20:

$$\mathbf{I}_2 = -\frac{j\omega M}{Z_1 Z_2 + \omega^2 M^2} \mathbf{V}_1. \qquad (18\text{-}21)$$

436

PLAINTIFF'S EXHIBIT 9K 07/25/2005  PENGAD-Bayonne, N.J.