438

**Figure 18-6** (a) Common type of magnetic-core transformer. The core has the shape of a figure eight. The primary and secondary windings $P$ and $S$ are wound on the center leg. The core is made of two types of lamination, one having the shape of an $E$, and the other the shape of an $I$, placed one next to the other. The laminations are assembled after the coil has been wound. (b) Schematic diagram of a magnetic-core transformer.



Also, with a magnetic core, there is very little stray magnetic field. For example, one can operate two such transformers side by side with negligible interaction.

Cores made of iron alloys are usually formed of parallel insulated sheets called *laminations*. This reduces the losses due to the eddy currents induced by the changing magnetic field. The laminations have a thickness of a fraction of a millimeter. At audio frequencies the alloy is sometimes in the form of a fine powder molded in a bonding agent. One then has a *powdered iron core*.

*Ferrites* are used at audio frequencies and above. These are ceramic-type materials that are molded from oxides of iron and various other metals. Their main advantage is that their conductivities are low, of the order of 1 siemens per meter, which is about $10^{-6}$ times that of transformer iron. The eddy current losses in ferrites are thus low.

The analysis of magnetic-core transformers is rendered difficult by several factors. First, the relationship between **B** and **H** in ferromagnetic materials is not linear (Sec. 14.9). For example, if the flux linkage in a circuit is $\Lambda$ when it carries a current $I$, then the self-inductance $L$ is $\Lambda/I$, as in Sec. 12.3. If there are no magnetic materials in the field, $\Lambda$ is proportional to $I$ and $\Lambda/I$ depends solely on the geometry of the circuit. However, in

---

439

the presence of magnetic materials, $\Lambda$ is not proportional to $I$ and the self-inductance $L$ required for the calculations can only be approximate.

Moreover, the losses in a magnetic-core transformer are complex: there are eddy-current losses (Sec. 11.3) both in the iron core and in the copper windings, hysteresis losses in the iron core (Sec. 14.9), and Joule losses resulting from the currents flowing in the windings. All these losses can be expressed as an $I^2R$ loss in the primary, but, for a given transformer, $R$ depends on the voltage applied to the primary, on the current drawn from the secondary, and on the frequency.

### 18.5.1 THE IDEAL TRANSFORMER

We shall make the following three assumptions. (a) There are no Joule or eddy-current losses. (b) The hysteresis loop for the core is a straight line through the origin. Then **B** is proportional to **H** and there are no hysteresis losses either. (c) There is zero leakage flux. Then the coefficient of coupling $k$ is equal to unity, and the flux through the primary is equal to that through the secondary.

As a consequence of the first two assumptions, the transformer is lossless, and its efficiency is 100%.

A fictitious transformer having these characteristics is called an *ideal transformer*.

The assumption that $B$ is proportional to $H$, and hence to $I$, is most undesirable, but difficult to avoid.

As to the efficiency, it is close to 100% for large industrial transformers, but only about 70 or 80% for a small power transformer supplying, say, 10 watts.

Finally, we shall consider the usual situation, in which the load impedance is real and much smaller than the reactance of the secondary winding:

$$Z_L = R_L \ll \omega L_2. \qquad (18\text{-}22)$$

### 18.5.2 THE RATIO $V_1/N_2$

With these assumptions, the voltage applied to the primary is

$$V_1 = N_1 \frac{d\Phi}{dt} = N_1 j\omega\Phi, \qquad (18\text{-}23)$$

PENGAD-Bayonne, N.J.  
PLAINTIFF'S EXHIBIT 9(L) 07/25/2005