and the voltage across the secondary is

$$V_2 = N_2 \frac{d\Phi}{dt} = N_2 j\omega\Phi = I_2 R_L, \quad (18\text{-}24)$$

where $N_1$ and $N_2$ are the numbers of turns in the primary and in the secondary windings, respectively, and where $\Phi$ is the magnetic flux in the core:

$$\Phi = \Phi_1 + \Phi_2, \quad (18\text{-}25)$$

$$= \frac{N_1 I_1}{\mathcal{R}} + \frac{N_2 I_2}{\mathcal{R}}, \quad (18\text{-}26)$$

where $\mathcal{R}$ is the reluctance of the core, from Sec. 15:1. Thus

$$V_1/V_2 = N_1/N_2 \quad (18\text{-}27)$$

and, for an ideal transformer and for a given $V_1$, $V_2$ is independent of the load current. Also, $V_2$ is either in phase with $V_1$, or $\pi$ radians out of phase. Of course, the phase of $V_2$ can be changed by $\pi$ radians at will by interchanging the wires coming out of the secondary winding.

Note that $V_1$ is equal to $N_1 j\omega\Phi$. Thus, for a given applied voltage, the total flux $\Phi_1 + \Phi_2$ is approximately independent of the current drawn from the secondary.

Also, $\Phi$ is $B$ times the cross-section of the core. Since the maximum possible value for $B$ depends on the core material, Eq. 18-23 shows that an increase in frequency permits the use of a core having a smaller cross-section.

### 18.5.3 THE RATIO $L_1/L_2$

Note that

$$L_1 = \Lambda_1/I_1 = N_1\Phi_1/I_1 = N_1^2/\mathcal{R}. \quad (18\text{-}28)$$

Similarly,

$$L_2 = N_2^2/\mathcal{R}, \quad (18\text{-}29)$$

so that

$$L_1/L_2 = N_1^2/N_2^2. \quad (18\text{-}30)$$

### 18.5.4 THE INPUT IMPEDANCE $Z_{in}$

Since the coupling coefficient $k$ is equal to unity, then, from Sec. 12.4,

$$M = (L_1 L_2)^{1/2}. \quad (18\text{-}31)$$

Also,

$$Z_1 = j\omega L_1, \quad Z_2 = R_L + j\omega L_2, \quad (18\text{-}32)$$

where $R_L$ is the load resistance connected between the terminals of the secondary.

Thus, from Eq. 18-19,

$$Z_{in} = j\omega L_1 + \frac{\omega^2 L_1 L_2}{R_L + j\omega L_2} = j\omega L_1\left(1 - \frac{j\omega L_2}{R_L + j\omega L_2}\right), \quad (18\text{-}33)$$

$$= \frac{R_L j\omega L_1}{R_L + j\omega L_2} \quad (18\text{-}34)$$

$$= \frac{L_1}{L_2}R_L = \left(\frac{N_1}{N_2}\right)^2 R_L. \quad (R_L \ll \omega L_2) \quad (18\text{-}35)$$

### 18.5.5 THE RATIO $I_1/I_2$

From Sec. 18.4,

$$I_1 = \frac{V_1}{Z_{in}} = \frac{R_L + j\omega L_2}{R_L j\omega L_1}V_1, \quad (18\text{-}36)$$

$$I_2 = -\frac{j\omega M}{Z_1 Z_2 + \omega^2 M^2}V_1 = -\frac{j\omega M}{j\omega L_1(R_L + j\omega L_2) + \omega^2 L_1 L_2}V_1, \quad (18\text{-}37)$$

$$= -\frac{j\omega M}{R_L j\omega L_1}V_1, \quad (18\text{-}38)$$

440

441

PLAINTIFF'S EXHIBIT 9 (m) 07/25/2005 PENGAD-Bayonne, N.J.