## 18.6 POWER TRANSFER FROM SOURCE TO LOAD THROUGH A TRANSFORMER

As we saw in Sec. 18.3, the power dissipated in a load is maximum when its resistance $R_L$ is equal to the internal resistance of the source $R_s$, and when $X_L = -X_s$. As a rule, the reactances are zero. If it is impossible to vary either $R_L$ or $R_s$, then one can still achieve optimum power transfer by inserting a transformer between source and load as in Fig. 18-7a. Let us see how this comes about.

Let us assume that the transformer has a magnetic core, that the approximations used in Sec. 18.5.1 are satisfactory, and that $X_s = X_L = 0$. Then, from Eq. 18-35, the transformer has an input impedance of $(N_1/N_2)^2 R_L$ ohms. In other words, the current and the power supplied by the source are precisely the same as if the transformer and its load resistance $R_L$ were replaced by the resistance $(N_1/N_2)^2 R_L$, as in Fig. 18-7b. Remember that, with our approximation, the transformer has an efficiency of 100%.



**Figure 18-7** (a) Source feeding a load resistance $R_L$ through a magnetic-core transformer. (b) Equivalent circuit.



442

$$\frac{I_1}{I_2} = -\frac{R_L + j\omega L_2}{j\omega M}$$

Disregarding the sign,

$$I_1/I_2 = L_2/M = (L_2/L_1)^{1/2} = N_2/N_1. \qquad (R_L \ll \omega L_2) \qquad (18\text{-}40)$$

Then, with a transformer as in Fig. 18-7a, the power transfer is optimum when

$$R_s = \frac{N_1^2}{N_2^2} R_L, \qquad (18\text{-}41)$$

or when the turns ratio is

$$N_1/N_2 = (R_s/R_L)^{1/2}. \qquad (18\text{-}42)$$

When this condition is satisfied, the power dissipation in the load is maximum, but the efficiency is again only 50%. The transformer is then said to be used for *impedance matching*.

## 18.7 SUMMARY

Any device that transforms the energy flowing in an electric circuit into some other form has a resistance $R$ such that $I^2 R$ accounts for all the energy withdrawn from the circuit.

The *power factor* of the load is the ratio $R/|Z|$, or the cosine of the phase of I with respect to V, and is usually expressed as a percentage.

For maximum power dissipation in a load, the following two conditions should be satisfied:

$$X_L = -X_s, \qquad R_L = R_s. \qquad (18\text{-}11)$$

where the subscripts $L$ and $s$ refer, respectively, to the load and to the source. The impedances are then said to be *matched*, and the efficiency is 50%. The *efficiency* is defined as the power delivered to the load, divided by the power produced by the source.

The *input impedance of a transformer* is equal to the impedance $Z_1$ of the primary winding, plus the *reflected impedance* of the secondary circuit, which is $\omega^2 M^2/Z_2$, where $Z_2$ is the impedance of the secondary winding, plus the load impedance $Z_L$.

For an *ideal magnetic-core transformer*,

$$V_2/V_1 = I_1/I_2 = N_2/N_1 \qquad (18\text{-}27, 18\text{-}40)$$

443