Case 2:05-cv-00679-MEF-VPM    Document 3-35    Filed 07/25/2005    Page 1 of 1

and the input impedance is

$$Z_{in} = \frac{L_1}{L_2} R_L = \frac{N_1^2}{N_2^2} R_L. \qquad (18\text{-}35)$$

A transformer can serve to match the impedance of a load to that of a source, by making

$$N_1/N_2 = (R_s/R_L)^{1/2}. \qquad (18\text{-}42)$$

The efficiency under these conditions is again 50%.

## PROBLEMS

**18-1E** *DIRECT-CURRENT MOTORS*

Let us see how a direct-current motor operates. Figure 18-8 shows a highly schematic diagram of a *series motor*. The term "series" refers to the fact that the field winding and the rotating coil, called the *armature*, are



**Figure 18-8** Schematic diagram of a direct-current series motor. The armature A rotates about the vertical axis AX. It is connected in series with the coils producing the magnetic field **B** through a commutator C. The commutator is a split copper ring. Contact to the ring is made with carbon brushes. The direction of the current through the armature is inverted twice every turn. The magnetic core is not shown. See Prob. 18-1.



**Figure 18-9** Equivalent circuit $V'$, $R$ of the electric motor of Fig. 18-8.

in series. In a *shunt motor* they are in parallel. *Compound motors* obtain part of their field with a series winding, and part with a shunt winding.

When the motor is stopped, it acts as a resistance. The resistance of the armature is much smaller than that of the field windings.

When the motor is in operation, the motion of the armature in the magnetic field generates a *counterelectromotive force V'* that opposes the flow of current as in Fig. 18-9. Here $R$ is the resistance associated with the various losses enumerated in Sec. 18.1.1.

a) Use the substitution theorem to show that the mechanical power is equal to $IV'$.

b) How would you define the efficiency?

c) If a direct-current series motor is connected to a source of power and run without a load, it will gain more and more speed and, very probably, the armature will burst. A direct-current series motor that is not connected directly to its load is therefore dangerous.

Why is this?

Remember that $V'$ is proportional to the speed of the motor, multiplied by the magnetic induction at the armature winding.

d) What happens when the mechanical power is increased?

**18-2** *POWER-FACTOR CORRECTION*

A load has a power factor of 65% and draws a current of 100 amperes at 600 volts.

a) Calculate the magnitude of $Z$, its phase angle, and its real and imaginary parts.

b) Calculate the in-phase and quadrature components of the current.

c) What size capacitor should be placed in parallel with the load to cancel the reactive current at 60 hertz?

**18-3** *POWER-FACTOR CORRECTION WITH FLUORESCENT LAMPS*

A *fluorescent lamp* consists of an evacuated tube containing mercury vapor and coated on the inside with a fluorescent powder. A discharge is established inside the tube, between electrodes situated at each end. The discharge emits most of its energy



445

PLAINTIFF'S EXHIBIT 96 07/25/2005