IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LARRY L. HODGE, | ) |
| | ) |
|    Plaintiff, | ) |
| v. | )   CASE NO. 2:05-cv-679-F |
| | ) |
| ALABAMA POWER, *et al.*, | ) |
| | ) |
|    Defendants. | ) |

## **O R D E R**

It is hereby ORDERED that, pursuant to 28 U.S.C. § 636(b)(1), this case is referred to Magistrate Judge Vanzetta P. McPherson for all pretrial proceedings and entry of any orders or recommendations as may be appropriate.

DONE this 26th day of July, 2005.

                                              /s/ Mark E. Fuller
                                    CHIEF UNITED STATES DISTRICT JUDGE.