IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| LARRY L. HODGE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:05CV679-F |
| | ) | |
| ALABAMA POWER, et al., | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER ON MOTION

Upon consideration of the plaintiff's Motion For Leave to Proceed in forma pauperis, filed on 22 July 2005 (Doc. # 2), and for good cause, it is

ORDERED that the motion is GRANTED.

DONE this 27th day of July, 2005.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE