THIS IS AN IMPORTANT RECORD
SAFEGUARD IT.

**PERSONAL DATA**

| 1. LAST NAME-FIRST NAME-MIDDLE NAME | 2. SERVICE NUMBER | 3. SOCIAL SECURITY NUMBER |
|---|---|---|
| HODGE, LARRY LINSTROME | NONE | ███-██-5293 |

| 4. DEPARTMENT COMPONENT AND BRANCH OR CLASS | 5a. GRADE, RATE OR RANK | b. PAY GRADE | 6. DATE OF RANK DAY / MONTH / YEAR |
|---|---|---|---|
| ARMY  AUS  AGC | SP4 | E4 | 3 / Jul / 71 |

| 7. U.S. CITIZEN | 8. PLACE OF BIRTH (City and State or Country) | 9. DATE OF BIRTH DAY / MONTH / YEAR |
|---|---|---|
| [X] YES [ ] NO | Kalamazoo, Michigan | 7 / Apr / 49 |

**SELECTIVE SERVICE DATA**

| 10a. SELECTIVE SERVICE NUMBER | b. SELECTIVE SERVICE LOCAL BOARD NUMBER, CITY, COUNTY, STATE AND ZIP CODE | c. DATE INDUCTED DAY / MONTH / YEAR |
|---|---|---|
| 20 40 49 449 | LB #40 Kalamazoo, Michigan | 14 / Sep / 70 |

**TRANSFER OR DISCHARGE DATA**

| 11a. TYPE OF TRANSFER OR DISCHARGE | b. STATION OR INSTALLATION AT WHICH EFFECTED |
|---|---|
| Transferred to USAR (See #16) | Fort Knox, Kentucky |

| c. REASON AND AUTHORITY | d. EFFECTIVE DATE DAY / MONTH / YEAR |
|---|---|
| EARLY SEPARATION OF EM ASSIGNED TO MEDICAL HOLD CO  AR 635-200  SPN 412 | 24 / Apr / 72 |

| 12. LAST DUTY ASSIGNMENT AND MAJOR COMMAND | 13a. CHARACTER OF SERVICE | b. TYPE OF CERTIFICATE ISSUED |
|---|---|---|
| A Co 1st TC BN  USARPAC | HONORABLE | None |

| 14. DISTRICT AREA COMMAND OR CORPS TO WHICH RESERVIST TRANSFERRED | 15. REENLISTMENT CODE |
|---|---|
| USAR Control Group (Annual Tng) USARCP&AC St. Louis, Missouri | RE-3B |

| 16. TERMINAL DATE OF RESERVE/UMT&S OBLIGATION | 17. CURRENT ACTIVE SERVICE OTHER THAN BY INDUCTION | b. TERM OF SERVICE (Years) | c. DATE OF ENTRY |
|---|---|---|---|
| 13 Sep 76 | a. SOURCE OF ENTRY: [ ] ENLISTED (First Enlistment) [ ] ENLISTED (Prior Service) [ ] REENLISTED [ ] OTHER  NA | NA | NA |

| 18. PRIOR REGULAR ENLISTMENTS | 19. GRADE, RATE OR RANK AT TIME OF ENTRY INTO CURRENT ACTIVE SVC | 20. PLACE OF ENTRY INTO CURRENT ACTIVE SERVICE (City and State) |
|---|---|---|
| None | PV1  E1 | Detroit, Michigan |

| 21. HOME OF RECORD AT TIME OF ENTRY INTO ACTIVE SERVICE | 22. STATEMENT OF SERVICE | YEARS | MONTHS | DAYS |
|---|---|---|---|---|
| 2019 Heather Lane Kalamazoo, Kalamazoo, Michigan 49001 | a. CREDITABLE FOR BASIC PAY PURPOSES (1) NET SERVICE THIS PERIOD | 1 | 6 | 12 |
|  | (2) OTHER SERVICE | 0 | 0 | 0 |
| 23a. SPECIALTY NUMBER & TITLE  b. RELATED CIVILIAN OCCUPATION AND D.O.T. NUMBER | (3) TOTAL (Line (1) plus Line (2)) | 1 | 6 | 12 |
| 71B20 Clerk Typ  13Jan71   209.388 | b. TOTAL ACTIVE SERVICE | 1 | 6 | 12 |
| PMOS ES: None   Clerk Typist | c. FOREIGN AND/OR SEA SERVICE USARPAC | 1 | 0 | 4 |

24. DECORATIONS, MEDALS, BADGES, COMMENDATIONS, CITATIONS AND CAMPAIGN RIBBONS AWARDED OR AUTHORIZED

National Defense Service Medal

25. EDUCATION AND TRAINING COMPLETED

None

PLAINTIFF'S EXHIBIT
20
08/10/2005

| 26a. NON-PAY PERIODS TIME LOST (Preceding Two Years) | b. DAYS ACCRUED LEAVE PAID | 27a. INSURANCE IN FORCE (NSLI or USGLI) | b. AMOUNT OF ALLOTMENT | c. MONTH ALLOTMENT DISCONTINUED |
|---|---|---|---|---|
| 25Mar-23Apr72 | UNK | [ ] YES [X] NO | NA | NA |
|  | 28. VA CLAIM NUMBER  C- NA | 29 SERVICEMEN'S GROUP LIFE INSURANCE COVERAGE  [X] $15,000 [ ] $10,000 [ ] $5,000 [ ] NONE | | |

30. REMARKS

Highest civilian educational level attained: College - 60 Semester Hours
Blood Group: O+
29 days lost under Title 10 USC 972 from: 25Mar-23Apr72
VIETNAM--26Mar71-29Mar72, INDOCHINA--Yes, KOREA--No
EM separated on Temporary Records

| 31. PERMANENT ADDRESS FOR MAILING PURPOSES AFTER TRANSFER OR DISCHARGE | 32. SIGNATURE OF PERSON BEING TRANSFERRED OR DISCHARGED |
|---|---|
| See #21 | |

| 33. TYPED NAME, GRADE AND TITLE OF AUTHORIZING OFFICER | 34. SIGNATURE OF OFFICER AUTHORIZED TO SIGN |
|---|---|
| H. L. HAYCOX, CW2 USA, Asst AG | [signature] |

DD FORM 214  1 JUL 70      PREVIOUS EDITION OF THIS FORM IS TO BE USED.      ARMED FORCES OF THE UNITED STATES
REPORT OF TRANSFER OR DISCHARGE                                              2