| CAUTION: NOT TO BE USED FOR IDENTIFICATION PURPOSES | THIS IS AN IMPORTANT RECORD SAFEGUARD IT | ANY ALTERATIONS IN SHADE AREAS RENDER FORM VOID |
|---|---|---|

**DD FORM 214** 1 JUL 79

PREVIOUS EDITIONS OF THIS FORM ARE OBSOLETE.

**CERTIFICATE OF RELEASE OR DISCHARGE FROM ACTIVE DUTY**

| 1. NAME (Last, first, middle) | 2. DEPARTMENT, COMPONENT AND BRANCH | 3. SOCIAL SECURITY NO. |
|---|---|---|
| HODGE, LARRY LINSTROME | NAVY/USN | ▉▉ 5293 |

| 4a. GRADE, RATE OR RANK | 4b. PAY GRADE | 5. DATE OF BIRTH | 6. PLACE OF ENTRY INTO ACTIVE DUTY |
|---|---|---|---|
| HM3 | E4 | 7 APR 49 | ATLANTA, GA |

| 7. LAST DUTY ASSIGNMENT AND MAJOR COMMAND | 8. STATION WHERE SEPARATED |
|---|---|
| NOS BRANCH CLINIC, INDIAN HEAD, MD | PERSUPPDET, N.O.S. INDIAN HEAD, MD 20640 |

| 9. COMMAND TO WHICH TRANSFERRED | 10. SGLI COVERAGE |
|---|---|
| N/A | AMOUNT $ 20,000  ☐ NONE |

| 11. PRIMARY SPECIALTY NUMBER, TITLE AND YEARS AND MONTHS IN SPECIALTY (Additional specialty numbers and titles involving periods of one or more years) | 12. RECORD OF SERVICE | YEAR(s) | MON(s) | DAY(s) |
|---|---|---|---|---|
| HM-8404, Medical Field Service Tech 3 Years, 6 Months | a. Date Entered AD This Period | 76 | 05 | 26 |
| | b. Separation Date This Period | 80 | 05 | 25 |
| | c. Net Active Service This Period | 04 | 00 | 00 |
| | d. Total Prior Active Service | 01 | 06 | 12 |
| | e. Total Prior Inactive Service | 00 | 00 | 00 |
| | f. Foreign Service | 00 | 00 | 00 |
| | g. Sea Service | 00 | 00 | 00 |
| | h. Effective Date of Pay Grade | 79 | 02 | 16 |
| | i. Reserve Oblig. Term. Date | N/A | | |

**13. DECORATIONS, MEDALS, BADGES, CITATIONS AND CAMPAIGN RIBBONS AWARDED OR AUTHORIZED (All periods of service)**

NONE

**14. MILITARY EDUCATION (Course Title, number weeks, and month and year completed)**

NAVAL HOSPITAL CORPS SCHOOL, 10 Weeks, 1 SEP 76.
FIELD MEDICAL SERVICE SCHOOL, 6 Weeks, 29 OCT 76.

| 15. MEMBER CONTRIBUTED TO POST-VIETNAM ERA VETERANS' EDUCATIONAL ASSISTANCE PROGRAM | 16. HIGH SCHOOL GRADUATE OR EQUIVALENT | 17. DAYS ACCRUED LEAVE PAID |
|---|---|---|
| ☐ YES  ☒ NO | ☒ YES  ☐ NO | 23.5 |

**18. REMARKS**

| 19. MAILING ADDRESS AFTER SEPARATION | 20. MEMBER REQUESTS COPY 6 BE |
|---|---|
| C/O MEHARRY MEDICAL COLLEGE, 1005 18TH Ave North NASHVILLE, TN 37208 | SENT TO TN DIR. OF VET AFFAIRS  ☒ YES  ☐ NO |

| 21. SIGNATURE OF MEMBER BEING SEPARATED | 22. TYPED NAME, GRADE, TITLE AND SIGNATURE OF OFFICIAL AUTHORIZED TO SIGN |
|---|---|
| *(signature)* | L. R. HEBERT, FNCS, USN, OFFICER IN CHARGE |

S/N 0102-LF-000-2140

MEMBER

PLAINTIFF'S EXHIBIT 21 08/10/2005