Mr. Hodge's responses to the Wechsler Adult Intelligence Scale-3rd Edition (WAIS-III) indicates that estimates of current general mental ability fall in this same Low Average to Average range. No evidence for gross intellectual deterioration from a premorbid level was obtained. His responses to the WAIS-III resulted in a pro-rated Verbal IQ of 95 and a pro-rated Performance IQ of 86. It is interesting to note that Mr. Hodge was able to accurately recall a string of eight digits forwards, but could only manage a string of three digits when required to recall them in reverse order. (This indicates a difficulty on tasks requiring more active attention or concentration) This may help to explain the fact that Mr. Hodge had more difficulty solving arithmetic word problems without the use of paper and pencil on the WAIS-III (age-adjusted scaled score of 7) than he did performing basic computations using these aids on the WRAT-3.

Results Signature: ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ PH.D. ▇▇▇ 07/11/2000 1:39 pm
CLINICAL PSYCHOLOGIST

================================================================================

HODGE, LARRY L ▇▇▇▇▇▇▇▇▇▇▇                        CONSULTATION SHEET   (Continued)
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            04/07/1949                 ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

---

**PATIENT'S LAST NAME-FIRST NAME-MIDDLE NAME:** Hodge, Larry L
**REGISTER NO.:** 2F425947
**WARD NO.:**
**AGE:** 70
**SEX:** M
**EXAMINATION REQUESTED:** Chest PA/Lat

**PERTINENT CLINICAL HISTORY, OPERATIONS, PHYSICAL FINDINGS, AND PROVISIONAL DIAGNOSIS**

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   **DATE OF REQUEST:** 8-12-75   **REQUESTED BY:** [signature]

**RADIOGRAPHIC REPORT**

CHEST, DATED 8-13-75: Two small calcified granuloma are in the periphery of the right lung, otherwise the lungs are clear. Cardiac silhouette is within normal limits. Remainder of the examination is negative. Except for the calcified granulomas and calcified nodes in right hilum, the examination is negative.

**DATE OF REPORT:** 8-14-75
**SIGNATURE:** S. KRANTZ, M.D.

Standard Form 519-A (Rev. Aug. 1954)
Promulgated by Bureau of the Budget
Circular A-32 (Rev.)
RADIOGRAPHIC REPORT
519-207-02

PLAINTIFF'S EXHIBIT 22 08/10/2005