November 6, 2002

Tamala R. Mallett, M.D.
2030 Portage Road
Portage, MI 49001

RE: LARRY HODGE
    CHART #20438

Dear Tamala:

Larry was seen today in followup. CAT scan was presented and he does have some evidence of thickening of inferior maxillary sinus with possible representation of a mucosal cyst in the inferior aspect of the left maxillary sinus. The remainder of the sinuses are free of any disease. Treatment consisted of Biaxin 500 mg b.i.d. and Flonase, two puffs q day for 28 days. He will follow up with his primary care physician for any additional necessary treatment. We will see him again at their request.

Thank you again for this referral.

Sincerely,



Douglas J. Raedy, D.O.
DJR/dmk

PLAINTIFF'S
EXHIBIT
23
08/10/2005