

SOUTH FAMILY HEALTH CENTER
403284                   User: 135
HODGE, LARRY
Dob: 04/07/49     Sex: M
2019 HEATHER LANE
KALAMAZOO, MI 49048
PM 1=PHP OF SW MICH

| 1st VISIT | APPT TIME | TIME IN |
|---|---|---|
| YES | | |
| NO | 4:00pm | 3:56pm |
| Date: 10/04/04 | Account: 16799.1 | Route Slip: 4040194 |

H 269-
W

| OFFICE VISITS-ESTABLISHED PT. | | CONSULTS | | IN-HOUSE LABORATORY | | INJECTIONS | |
|---|---|---|---|---|---|---|---|
| Nurse | 99211-5 | Focused | 99241-15 | Draw Fee | 36415 | Admin. of therapeutic injection | 90782 |
| Expanded Problem Focused | 99212-10 | Expanded | 99242-30 | Blood, occult by feces | 82270 | Allergy Single | 95115 |
| Detailed Problem Focused | 99213-15 | Detailed | 99243-40 | Finger Stick (Glucose) | 82962 | Allergy Multiple | 95117 |
| Comprehensive | 99214-20 | Comprehensive | 99244-60 | Fungi Tissue Examination | 87220 | Depo-Provera | J1055 |
| Complex | 99215-40 | Complex | 99245-60 | HCT | 85014 | Haldol/50mg | J1631 |
| Prenatal Care | PRNTL | Pre Op Exam | 87284 | Hgb A1-C | 83036 | Kenelog/10mg | J3301 |
| Dietician Services | 99071 | SURGERY FOLLOW UP | | Strep A, Screen | 87430 | Rocephin/250mg | J0696 |
| OFFICE VISITS-NEW PATIENT | | Surgery F/U, Post Partum Check | 99024 | Urinalysis, Non-Auto., w/o Microscopy | | Injection of antibiotic | 90788 |
| Problem Focused | 99201-10 | Suture Removal from other office | 99024 | Urine Pregnancy Test | 81025 | Solu-Medrol 40mg | J2920 |
| Expanded Problem Focused | 99202-20 | Suture Removal this office | 99024 | Wet Mount, Simple Stain | 87210 | Solu-Medrol 125mg | J2730 |
| Detailed Problem Focused | 99203-30 | SUPPLIES | | Hemoglobin | 85018 | Visteril/50mg | J3410 |
| Comprehensive | 99204-45 | Unna Boot | 29580 | IMMUNIZATIONS | | Vitamin B-12/1000mcg | J3420 |
| Complex | 99205-60 | Mirena IUD | J7302 | Admin. of 1 immunization | 90471 | Demerol 100mg | J2175 |
| PREVENTIVE-ESTABLISHED PT. | | Other IUD Device | J7300 | Admin. of ea. add. immunization | 90472 | Prolixin 25mg | J2680 |
| Under 1 Year | 99391 | PROCEDURES | | DTaP | 90700 | Insulin | J1820 |
| 1-4 Years | 99392 | Anoscopy | 46600 | 1  2  3  4  5 | | Other | |
| 5-11 Years | 99393 | Anoscopy w/Biopsy | 46606 | Hep. B 0-19 yrs. | 90744 | INSTRUCTIONS | |
| 12-17 Years | 99394 | Callous Removal | 11055 | 1  2  3 | | | |
| 18-39 Years | 99395 | Colposcopy 1 Biopsy | 57454 | Hep. B 20+ yrs. | 90746 | | |
| 40-64 Years | 99396 | Ear Irrigation | 69210 | 1  2  3 | | | |
| 65+ Years | 99397 | EKG w/Interpretation | 93000 | HIB; HbOC 4 Dose | 90645 | | |
| Hearing Screening | 92551 | Endometrial Biopsy | 58100 | 1  2  3  4 | | | |
| Vision Screening | 99173 | Flex Sigmoidoscopy | 45330 | IPV | 90713 | | |
| Well Child Exam | V202 | Flex Sigmoidoscopy w/Biopsy | 45331 | 1  2  3  4 | | | |
| HME | V700 | I & D Abscess | | MMR | 90707 | | |
| PPB | V723 | Size          Site | 10060 | 1  2  3 | | | |
| Pre Op Exam w/Dx | V7284 | Laceration: | | Td-7 yr. + | 90718 | DIAGNOSIS: Number in Order of Severity | |
| PREVENTIVE-NEW PATIENT | | Size | | 1  2  3  4 | | | |
| Under 1 Year | 99381 | Simple/Complex     #Sutures | | Varicella | 90716 | | |
| 1-4 Years | 99382 | Nail Trimming | 11719 | 1  2 | | | |
| 5-11 Years | 99383 | Nebulizer Treatment | 94640 | Prevnar | 90669 | | |
| 12-17 Years | 99384 | Peak Flow | 94200 | 1  2  3  4 | | | |
| 18-39 Years | 99385 | Pulse Oximetry | 94760 | Influenza 6 mos. – 3 yrs. .25ml/2 Doses | 90658 | | |
| 40-64 Years | 99386 | Removal of Foreign Body Simple | 10120 | 1  2 | | | |
| 65+ Years | 99387 | Removal of Foreign Body Complex | 10121 | Influenza 3 yrs. – Adult | 90658 | | |
| Hearing Screening | 92551 | Spirometry | 94010 | 1  2 | | | |
| Vision Screening | 99173 | Toenail Excision | 11765 | Medicare Flu | 90658M | TREATMENT/PAYMENT AGREEMENT: | |
| Well Child Exam | V202 | IUD Service | J7300 | 1  2 | | | |
| HME | V700 | Fetal Non Stress | 59025 | Medicare Pneumovax | 90732M | | |
| PPB | V723 | Wart Destruction up to 14 Lesions | 17110 | 1  2 | | | |
| Pre Op Exam w/Dx | V7284 | Other | | Pneumovax | 90732 | | |
| | | Biopsy of skin single lesion | 11000 | PPD/tuberculosis Intradermal Skin Test | 86580 | | |
| | | Removal of skin tags | 11200 | Other | | | |
| | | Shaving of epidermal lesion/no closure | 11300 | Ready to Read | | | |

I understand the course of Medical treatment recommended by FHC and therefore give my consent to allow the FHC to diagnose and treat my medical condition.

I also authorize the FHC to release any medical information, in any form, to my insurance company and any other Medical providers referred by the FHC for diagnosing and treating my Medical condition.

I fully understand that I will be held financially responsible for any deductibles, co-payments, and service fees not paid for my Insurance company.

The FHC has the legal right to refuse medical treatment should I refuse to sign this release.

☐ Follow-Up _____ Days _____ Weeks _____ Months     Provider X

☐ PE

☐ WCB

**PLAINTIFF'S EXHIBIT**
24
08/10/2005

X _____

Date: 10/04/2004

| DATE LAST PAID | PREV PT BALANCE | TODAY'S CHARGE | DISCOUNT AMOUNT | AMOUNT DUE | AMOUNT PAID | BALANCE DUE |
|---|---|---|---|---|---|---|

**MEDICAL ENCOUNTER FORM**