| MEDICAL RECORD | PROGRESS NOTES |
|---|---|

DATE: 4-26-83
TIME: 9:20 AM   Age: 34   Race: Cau   Sex: Male   Occupation: Nurse Tech   Marital Status: Married

EMERGENCY/TRIAGE - - - - - - - - - - - - - - - ASSESSMENT

(Circle one) Informant: Ambulance Attendant / (Patient) / Relative / Other

SUBJECTIVE: Chief Complaint: Need psychiatric evaluation

PRESENT ILLNESS: Some difficulty c concentration following tour in Vietnam - 1972. Still having problems after 10-15 min of concentration c studies. Now a nursing student.

Allergies: No known   Smokes: No   ETOH: No   (How much? How long?)   Last Tetanus: 1979

MEDICATIONS: Refer to Medication Sheet   None

CIRCLE if (+)   Family History: Diab / (Hypertension) / TB / CA / Heart Disorder —

Vital Signs:
OBJECTIVE: (position) BP  See 10-10M   T.   P.   Resp.   Wt.

CIRCLE appropriately:
Level of Consciousness: (Alert)  (Oriented)  Disoriented
Lethargic  Arousable  (Calm)  Restless  Irritable  Combative

Responds to simple commands    Responds to painful stimuli

Seizure: Grand-mal / Petit-mal / Myoclonic / Jacksonian / Post-ictal

Pupils: equal / unequal    react / non-react    dilated / pin-point

Odor of ETOH: No    Extremities: Moves x 4

Heart rate: Regular / Irregular / Gallop / Murmur

Skin: Color: ___   Temp: ___ moist / (dry)   diaphoretic

General Appearance: ambulates, NAD

HODGE, LARRY
1005 18TH AVE N
NASHVILLE TENN 37208

5293   MH 040749 626

47    5   7V
      AR  NA

PLAINTIFF'S EXHIBIT 25

PROGRESS NOTES Side 1
STANDARD FORM 509 (Rev. 11-77)
Prescribed by GSA/ICMR
FPMR (41 CFR) 101-11.806-8
509-110