| MEDICAL RECORD | PROGRESS NOTES |
|---|---|
| DATE | |

**4/26/83 11:45 AM** — Psychiatry: Mr. Hodge was interviewed and agree c̄ Ms Blachman's assessment. Vet does not request medication. He says he needed the evaluation because his lawyer had advised him to get one. He also does not request referral to Vietnam group but has been informed that he can contact ~~Dr. Babbitt~~ utilise available facilities here to treat Vietnam related problems if he needs to.

[signature] 28 Apr 83

(Continue on reverse side)

PATIENT'S IDENTIFICATION — Hodge, Larry

REGISTER NO. — ███-██5293

WARD NO.

**PROGRESS NOTES**
STANDARD FORM 509 (Rev. 11-77)
Prescribed by GSA/ICMR
FPMR (41 CFR) 101-11.806-8
509-110

PLAINTIFF'S EXHIBIT 26  08/10/2005