# thiothixene hydrochloride
Navane♦*

## INDICATIONS & DOSAGE
*Acute agitation—*
**Adults:** 4 mg I.M. b.i.d. to q.i.d.

Italicized side effects are common or life-threatening.
*Liquid form contains alcohol.   **May contain tartrazine.

Maximum 30 mg daily I.M. Change to P.O. as soon as possible.
*Mild to moderate psychosis—*
**Adults:** initially, 2 mg P.O. t.i.d. May increase gradually to 15 mg daily.
*Severe psychosis—*
**Adults:** initially, 5 mg P.O. b.i.d. May increase gradually to 15 to 30 mg daily. Maximum recommended daily dose 60 mg. Not recommended in children under 12 years.

## SIDE EFFECTS
**Blood:** *transient leukopenia, agranulocytosis.*
**CNS:** *extrapyramidal reactions (high incidence),* sedation (low incidence); pseudoparkinsonism, EEG changes, dizziness.
**CV:** orthostatic hypotension, tachycardia, EKG changes.
**EENT:** ocular changes, blurred vision.
**GI:** dry mouth, constipation.
**GU:** *urinary retention,* dark urine, menstrual irregularities, gynecomastia, inhibited ejaculation.
**Hepatic:** *cholestatic jaundice.*
**Metabolic:** hyperprolactinemia.
**Skin:** mild photosensitivity, dermal allergic reactions, *exfoliative dermatitis.*
**Local:** pain at I.M. injection site, sterile abscess.
**Other:** weight gain, increased appetite.
**After abrupt withdrawal of long-term therapy:** gastritis, nausea, vomiting, dizziness, tremors, feeling of warmth or cold, sweating, tachycardia, headache, insomnia.

## INTERACTIONS
None significant.

*[handwritten: PDR→Same]*

## NURSING CONSIDERATIONS
• Contraindicated in convulsive seizures, circulatory collapse, coma, CNS depression, blood dyscrasias, bone-marrow depression, alcohol withdrawal, akathisia or restlessness, subcortical damage, and with use of spinal or epidural anesthetic or adrenergic blocking agents. Use cautiously with other CNS depressants, anticholinergics; in elderly or debilitated patients; and in patients with hepatic disease, arteriosclerosis or cardiovascular disease (may cause sudden drop in blood pressure), exposure to extreme heat or cold (including antipyretic therapy) or undue sunlight, respiratory disorders, hypocalcemia, severe reactions to insulin or electroshock therapy, suspected brain tumor or intestinal obstruction, glaucoma, or prostatic hypertrophy.
• Hold dose and notify doctor if patient develops jaundice, symptoms of blood dyscrasias (fever, sore throat, infection, cellulitis, weakness), persistent (longer than a few hours) extrapyramidal reactions, or any such reactions during pregnancy.
• Monitor therapy by weekly bilirubin tests during first month; periodic blood tests (CBC, liver function); and ophthalmic tests (long-term therapy).
• Check intake/output for urinary retention or constipation.
• Tell patient to use sunscreening agents and protective clothing to avoid photosensitivity reactions.
• Warn against activities that require alertness or good psychomotor coordination until CNS response to drug is determined. Drowsiness and dizziness usually subside after a few weeks.
• Avoid combining with alcohol or other depressants.
• Watch for orthostatic hypotension, especially with parenteral administration. Keep patient in a supine position for 1 hour afterward. Advise patient to change positions slowly.
• Give I.M. only in upper outer quadrant of buttocks or midlateral thigh. Massage slowly afterward to prevent sterile abscess. Injection may sting.
• I.M. form must be stored in refrigerator.
• Slight yellowing of injection or concentrate is common; does not affect potency. Discard markedly discolored solutions.
• Prevent contact dermatitis by keeping

Unmarked trade names available in the United S
♦ Also available in Canada.   ♦♦ Availa

drug off patient's skin and clothes.
• Dilute liquid concentrate with fruit juice, milk, or semisolid food just before giving.
• Do not withdraw abruptly unless required by severe side effects.
• Dry mouth may be relieved with sugarless gum, sour hard candy, or rinsing with mouthwash.
• Drug is a thioxanthene derivative but produces responses similar to phenothiazines and butyrophenones.
• Dose of 4 mg is therapeutic equivalent of 100 mg chlorpromazine.

# trifluoperazine hydrochloride
Novoflurazine♦♦, Solazine♦♦, Stelazine♦, Terfluzine♦♦, Triflurin♦♦

## INDICATIONS & DOSAGE
*Anxiety states—*
**Adults:** 1 to 2 mg P.O. b.i.d.



NURSING DRUG HANDBOOK
ISSN 0273-320X
ISBN 0-916730-62-X
NDA-030184

© 1984, 1981 by Springhouse Corporation, 1111 Bethlehem Pike, Springhouse, Pa. 19477. All rights reserved. Reproduction in whole or in part by any means whatsoever without written permission of the publisher is prohibited by Printed in the United States of America

…individual application; treatment recommendations must be considered in light of the patient's clinical condition and, before administration of new or infrequently used drugs, in light of latest package-insert information. The authors and the publisher disclaim responsibility for any adverse effects resulting directly or indirectly from the suggested procedures, from any undetected errors, or from the reader's misunderstanding of the text.

PLAINTIFF'S EXHIBIT
27
08/10/2005
PENGAD-Bayonne, N.J.