

PDR'S DESK REFERENCE

**PRODUCT INFORMATION**

Patient characteristics and other factors differ from those prevailed in the clinical trials. Similarly, the cited figures cannot be compared with figures obtained from other clinical investigations involving different treatments, uses, and investigators. The cited figures, however, do provide the prescribing physician with some basis for estimating the relative contribution of drug and nondrug factors to the adverse incidence rate in the population studied.

**Adverse Events in Placebo-Controlled Trials**—Table 1 enumerates the most common treatment-emergent adverse events associated with the use of ZOLOFT (incidence of at least 5% for ZOLOFT and at least twice that for placebo within at least one of the indications) for the treatment of adult patients with major depressive disorder/other*, OCD, panic disorder or PTSD in placebo-controlled clinical trials. Most patients received doses of 50 to 200 mg/day. Table 2 enumerates treatment-emergent adverse events that occurred in 2% or more of adult patients treated with ZOLOFT and with incidence greater than placebo who participated in controlled trials comparing ZOLOFT with placebo in treatment of major depressive disorder/other*, OCD, panic disorder and PTSD. Table 2 provides combined data pooled for studies that are provided separately by indication of Table 1.

[Table 1 at top of page 2753]
[Table 2 on previous page]

**Events Associated with Discontinuation in Placebo-Controlled Trials**

Table 3 lists the adverse events associated with discontinuation of ZOLOFT® (sertraline hydrochloride) treatment (incidence at least twice that for placebo and at least 1% for ZOLOFT in clinical trials) in major depressive disorder/other*, OCD, panic disorder and PTSD.

[Table 3 at right]

**Male and Female Sexual Dysfunction with SSRIs**

Although changes in sexual desire, sexual performance and sexual satisfaction often occur as manifestations of a psychiatric disorder, they may also be a consequence of pharmacologic treatment. In particular, some evidence suggests that selective serotonin reuptake inhibitors (SSRIs) can cause such untoward sexual experiences. Reliable estimates of the incidence and severity of untoward experiences involving sexual desire, performance and satisfaction are difficult to obtain, however, in part because patients and physicians may be reluctant to discuss them. Accordingly, estimates of the incidence of untoward sexual experience and performance cited in product labeling, are likely to underestimate their actual incidence.

Table 4 below displays the incidence of sexual side effects reported by at least 2% of patients taking ZOLOFT in placebo-controlled trials.

[Table 4 at right]

There are no adequate and well-controlled studies examining sexual dysfunction with sertraline treatment.

Priapism has been reported with all SSRIs.

While it is difficult to know the precise risk of sexual dysfunction associated with the use of SSRIs, physicians should routinely inquire about such possible side effects.

**Adverse Events in Pediatric Patients**—In approximately 250 pediatric patients treated with ZOLOFT, the overall profile of adverse events was generally similar to that seen in adult studies, as shown in Tables 1 and 2. However, the following adverse events, not appearing in Tables 1 and 2, were reported at an incidence of at least 2% and occurred at a rate of at least twice the placebo rate in a controlled trial (N=187): hyperkinesia, twitching, fever, malaise, purpura, weight decrease, concentration impaired, hyperkinesia, emotional lability, thinking abnormal, and...

**Other Events Observed During the Premarketing Evaluation of ZOLOFT**® (sertraline hydrochloride)—Following is a list of treatment-emergent adverse events reported during premarketing assessment of ZOLOFT in clinical trials (over 4000 adult subjects) except those already listed in the previous tables or elsewhere in labeling.

The definitions that follow, a World Health Organization dictionary of terminology has been used to classify reported events. The frequencies presented, therefore, represent the proportion of the over 4000 adult individuals exposed to multiple doses of ZOLOFT who experienced an event of the type cited on at least one occasion while receiving ZOLOFT. All events are included except those already listed in the previous tables or elsewhere in labeling and those events in terms so general as to be uninformative and those for which a causal relationship to ZOLOFT treatment seemed remote. It is important to emphasize that although the events reported occurred during treatment with sertraline, they were not necessarily caused by it.

Events are further categorized by body system and listed in order of decreasing frequency according to the following definitions: frequent adverse events are those occurring on one or more occasions in at least 1/100 patients; infrequent adverse events are those occurring in 1/100 to 1/1000 patients; rare events are those occurring in fewer than 1/1000 patients.

Events of major clinical importance are also described in the PRECAUTIONS section.

**Autonomic Nervous System Disorders**—Frequent: impotence; flushing, increased saliva, cold clammy...

### TABLE 3
**MOST COMMON ADVERSE EVENTS ASSOCIATED WITH DISCONTINUATION IN PLACEBO-CONTROLLED CLINICAL TRIALS**

| Adverse Event | Major Depressive Disorder/Other*, OCD, Panic Disorder and PTSD combined (N=2198) | Major Depressive Disorder/Other* (N=861) | OCD (N=533) | Panic Disorder (N=430) | PTSD (N=374) |
|---|---|---|---|---|---|
| Agitation | 1% | 1% | – | 2% | – |
| Diarrhea | 2% | 2% | 2% | 1% | – |
| Dizziness | 1% | – | 1% | – | – |
| Dry Mouth | – | 1% | – | – | – |
| Dyspepsia | – | – | – | 1% | – |
| Ejaculation Failure[1] | 1% | 1% | 1% | 2% | 1% |
| Headache | 1% | 2% | – | – | – |
| Insomnia | 2% | 1% | 3% | 2% | – |
| Nausea | 3% | 4% | 3% | 3% | 2% |
| Nervousness | – | – | – | 2% | – |
| Somnolence | 2% | 1% | 2% | 2% | – |
| Tremor | – | 2% | – | – | – |

[1] Primarily ejaculatory delay. Denominator used was for male patients only (N=271 major depressive disorder/other, N=296 OCD; N=216 panic disorder; N=130 PTSD).
*Major depressive disorder and other premarketing controlled trials.

### TABLE 4

| Treatment | Ejaculation failure (primarily delayed ejaculation) | | Decreased libido | |
|---|---|---|---|---|
| | N (males only) | Incidence | N (males and females) | Incidence |
| ZOLOFT | 913 | 14% | 2198 | 6% |
| Placebo | 773 | 1% | 1877 | 1% |

tension, peripheral ischemia, syncope, edema, dependent edema; *Rare:* precordial chest pain, substernal chest pain, aggravated hypertension, myocardial infarction, cerebrovascular disorder.

**Central and Peripheral Nervous System Disorders**—*Frequent:* hypertonia, hypoesthesia; *Infrequent:* twitching, confusion, hyperkinesia, vertigo, ataxia, migraine, abnormal coordination, hyperesthesia, leg cramps, abnormal gait, nystagmus, hypokinesia; *Rare:* dysphonia, coma, dyskinesia, hypotonia, ptosis, choreoathetosis, hyporeflexia.

**Disorders of Skin and Appendages**—*Infrequent:* pruritus, acne, urticaria, alopecia, dry skin, erythematous rash, photosensitivity reaction, maculopapular rash; *Rare:* follicular rash, eczema, dermatitis, contact dermatitis, bullous eruption, hypertrichosis, skin discoloration, pustular rash.

**Endocrine Disorders**—*Rare:* exophthalmos, gynecomastia.

**Gastrointestinal Disorders**—*Frequent:* appetite increased; *Infrequent:* dysphagia, tooth caries aggravated, eructation, esophagitis, gastroenteritis; *Rare:* melena, glossitis, gum hyperplasia, hiccup, stomatitis, tenesmus, colitis, diverticulitis, fecal incontinence, gastritis, rectum hemorrhage, hemorrhagic peptic ulcer, proctitis, ulcerative stomatitis, tongue edema, tongue ulceration.

**General**—*Frequent:* back pain, asthenia, malaise, weight increase; *Infrequent:* fever, rigors, generalized edema; *Rare:* face edema, aphthous stomatitis.

**Hearing and Vestibular Disorders**—*Rare:* hyperacusis, labyrinthine disorder.

**Hematopoietic and Lymphatic**—*Rare:* anemia, anterior chamber eye hemorrhage.

**Liver and Biliary System Disorders**—*Rare:* abnormal hepatic function.

**Metabolic and Nutritional Disorders**—*Infrequent:* thirst; *Rare:* hypoglycemia, hypoglycemia reaction.

**Musculoskeletal System Disorders**—*Frequent:* myalgia; *Infrequent:* arthralgia, dystonia, arthrosis, muscle cramps, muscle weakness.

**Psychiatric Disorders**—*Frequent:* yawning, other male sexual dysfunction, other female sexual dysfunction; *Infrequent:* depression, amnesia, paroniria, teeth-grinding, emotional lability, apathy, abnormal dreams, euphoria, paranoid reaction, hallucination, aggressive reaction, aggravated depression, delusions; *Rare:* withdrawal syndrome, suicide ideation, libido increased, somnambulism, illusion.

**Reproductive**—*Infrequent:* menstrual disorder, dysmenorrhea, intermenstrual bleeding, vaginal hemorrhage, amenorrhea, leukorrhea; *Rare:* female breast pain, menorrhagia, balanoposthitis, breast enlargement, atrophic vaginitis, acute female mastitis.

**Respiratory System Disorders**—*Frequent:* rhinitis; *Infrequent:* ...

rophthalmia, photophobia, diplopia, abnormal lacrimation, scotoma, visual field defect.

**Urinary System Disorders**—*Infrequent:* micturition frequency, polyuria, urinary retention, dysuria, nocturia, urinary incontinence; *Rare:* cystitis, oliguria, pyelonephritis, hematuria, renal pain, strangury.

**Laboratory Tests**—In man, asymptomatic elevations in serum transaminases (SGOT [or AST] and SGPT [or ALT]) have been reported infrequently (approximately 0.8%) in association with ZOLOFT® (sertraline hydrochloride) administration. These hepatic enzyme elevations usually occurred within the first 1 to 9 weeks of drug treatment and promptly diminished upon drug discontinuation.

ZOLOFT therapy was associated with small mean increases in total cholesterol (approximately 3%) and triglycerides (approximately 5%), and a small mean decrease in serum uric acid (approximately 7%) of no apparent clinical importance.

The safety profile observed with ZOLOFT treatment in patients with major depressive disorder, OCD, panic disorder and PTSD is similar.

**Other Events Observed During the Postmarketing Evaluation of ZOLOFT**—Reports of adverse events temporally associated with ZOLOFT that have been received since market introduction, that are not listed above and that have no causal relationship with the drug, include the following: acute renal failure, anaphylactoid reaction, edema, blindness, optic neuritis, cataract, increased coagulation times, bradycardia, AV block, atrial arrhythmias, QT interval prolongation, ventricular tachycardia (including torsade de pointes-type arrhythmias), hypothyroidism, agranulocytosis, aplastic anemia and pancytopenia, leukopenia, thrombocytopenia, lupus-like syndrome, serum sickness, hyperglycemia, , galactorrhea, hyperprolactinemia, neuroleptic malignant syndrome-like events, extrapyramidal symptoms, oculogyric crisis, serotonin syndrome, psychosis, pulmonary hypertension, severe skin reactions, which potentially can be fatal, such as Stevens-Johnson syndrome, vasculitis, photosensitivity and other serious cutaneous reactions, rare reports of pancreatitis, hepatic events—clinical features (which in the majority of cases appeared to be reversible with discontinuation of ZOLOFT occurring in one or more patients include: elevated enzymes, increased bilirubin, hepatomegaly, hepatitis, jaundice, abdominal pain, vomiting, liver failure and death.

**DRUG ABUSE AND DEPENDENCE**
**Controlled Substance Class**—ZOLOFT® (sertraline hydrochloride) is not a controlled substance.
**Physical and Psychological Dependence**—In a placebo-controlled, double-blind, randomized study of the comparative abuse liability of ZOLOFT, alprazolam and d-amphetamine...

PLAINTIFF'S EXHIBIT 28  08/10/2005  PENGAD-Bayonne, N.J.