Larry L. Hodge
-5293
Co A, 1st TC Bn(AMD)(SBN)
USNS CORPUS CHRISTI BAY(T-ARVH-1)
FPO San Francisco, 96601

Director of Admissions
North Carolina Central University
Durham, North Carolina 27707

Dear Sir:

    I am presently serving in the Armed Forces (Army) in the Repuvlic of Vietnam. Will you send information concerning your school's academic programs, necessary information and procedures for admittance, and information concerning the GI bill.
    If accepted, I plan to enter NCCU for the summer term 1972. I have sixty semester credit hours from Ohio University, Kalamazoo Valley Community College, and Western Michigan University. My home is in Kalamazoo, Michigan but I will be living in North Carolina after I ETS from the military.
    I am also interested in all other possible aid and scholarships that would be availiable to me from your school, and would like to contact the school's basketball coach for information concerning athletics at NCCU.
    Thankyou for your help and cooperation.

                                          Sincerely yours,

                                          Larry L. Hodge

---

### This 'n That

...The Harlem Globetrotters, who make an annual appearance here for the Milk Fund basketball show, have been named the national sports team for the 1973 Easter Seal campaign. Much-traveled Larry Hodge, who played prep ball here for both University and Hackett high schools, is now on the varsity court squad at Clark University...Among Ferris State College's swim standouts this winter is John Johnson, sophomore backstroke competitor from South Haven...

Valley CC, 8 p.m.
    SWIMMING
...Kalamazoo Val
at Henry Ford, 7 p.m
    WRESTLINC
...Wayne Stat
Kalamazoo Colle
p.m...Kalamazoo C
at Parchment, 6:30.
    HOCKEY
...Detroit vs. P
(TV, Ch. 5), 7:30.
vs. Atlanta (TV,
p.m.

PLAINTIFF'S EXHIBIT 29  08/10/2005