**NEUROLOGY CONSULTANTS OF CENTRAL ALABAMA**
217 Broad Street, Selma Alabama 36701

### HISTORY AND PHYSICAL EXAMINATION

**Name:** Larry Hodge
**Date:** 05/29/01
**Referring Source:** Self-referred.
**Source of history:** Patient.
**Reliability:** Poor.

**Chief Complaint:** Patient wants to find out if he had any brain injury in 1970.

**History of Present Illness:** This is a 52-year-old gentleman who was involved in the Vietnam War. He reports that while in training in October of 1970 he was made to smell tear gas as part of his training. At that time, according to him, the tear gas included benzene, which is a corrosive. He developed a headache afterwards that was on the left parietal region. He has not had any problems since that time. He describes no headaches, weakness, numbness, tingling sensation, double vision, or blurring of vision. Patient now is a student in cell biology. He depends on his living on SSI.

**Review of Systems:** No symptoms attributed to CV, GI, GU, pulmonary, hematological, or psychiatric systems.

**Previous Medical History:**

**Medications:** Centrum Silver qd.

**Allergy:** NKDA.

**Social History:** As mentioned above. There is no history of smoking, drinking, or abusing drugs. He is strict in his diet and eats beans, rice, and pasteurized orange juice

**Family History:** Non-contributory.

**Physical Examination:**
Vital Signs: BP 134/98. PR 72/min, RR 20/min.
General Appearance: In no acute distress.
H.E.ENT: No nasal polyps, no conjunctivitis.
Neck: No bruits, supple.
Lungs: Clear and resonant. No wheezing or rhonchi.
Heart: Normal S1, S2, no murmurs, gallops, or heave.
Abdomen: Soft with no tenderness or hepatosplenomegaly. Bowel sounds are heard.
Lymphatics: No lymph nodes.
Extremities: No deformities, edema, clubbing, or cyanosis.

**Neurologic Examination:**
Mental Status: Patient is awake, alert, and oriented x4. Language and speech are normal
Cranial Nerve exam:
I: NT.
II: Fundi are normal, visual fields are full in all quadrants.
III, IV and VI: Extraocular movements are normal in all directions with no nystagmus.
V: Facial sensation is normal in all divisions (V1, V2 and V3).
VII: No facial weakness or asymmetry.
VIII: Normal to finger rub.
IX and X: Normal swallowing and gag.
XI: 5/5 Trapezius and Sternocleidomastoid.
XII: Tongue is in midline and shows no weakness, atrophy or fasciculation.
Motor Power: 5/5 throughout.
DTR's: 2/5 allover. Toes are downgoing.
Sensory exam: Unremarkable to pinprick, light touch, vibration, and position sense
Coordination: Unremarkable finger to nose and heel to shins exams bilaterally.
Tandem, toe, and heel walking: Unremarkable.
Gait: Unremarkable.

**Assessment and diagnosis:**
1. I don't see any evidence of neurologic illness at this time.
2. The patient was reassured that whatever happened in 1970 did not seem to have left any neurologic deficits.

**Plan:** I will see him in six months for re-evaluation, but at that time if his neurologic exam remains to be normal, I will discharge him from his clinic.

Walid W. Freij, M.D.
Diplomate, American Board of
Psychiatry and Neurology

PLAINTIFF'S
EXHIBIT
30
08/10/2005