Hodge, Larry L
2019 Heather Lane

Kalamazoo, MI 49048-1441
Home: 616-██████    Work:
Primary Ins: ████████

Secondary Ins:

Pt Bal:  $0.00
Ins Bal: $0.00

| Med Rec#: | 174845 | | Old MR#: |
|---|---|---|---|
| DOB: | 04/07/1949 | Age: | 53 |
| Appt: | 08/28/2002 | | 10:00 am |
| Facility: | Kalamazoo Clinic | | |
| Clinician: | Walden, Kathy | | |

Referral:                              Ref Phone:

*COPY*

## OUTPATIENT PSYCHIATRIST CHARGE FORM

### EVALUATIONS

| | | |
|---|---|---|
| ____ | 99201MD | Psych Eval Brief — Prob focus Hx/Exam /Strtfwd MDM |
| ____ | 99202MD | Psych Eval Low — Expanded Prob Focus Hx/Exam/ Strtfwd MDM |
| ____ | 99203MD | Psych Eval Moderate — Detailed Hx/Exam / Low MDM |
| X | 99204MD | Psych Eval High — Comprehensive Hx/Exam / Moderate MDM |
| ____ | 99205MD | Psych Eval Comprehensive — Comprehensive Hx/Exam / High MDM |

Date of Service  *8/28/02*

Primary Dx Code  *309.81*

Secondary Dx Code _____

*Katherine Mary Walden, M.D. # 4301071371*
*Cont. Subj.-1 → 4301071370 → 11/01/1997 to 06/30/200*
*Cont. Sub-3 → 5315010464 → 06/07/2002 to 01/31/20*

### RE-EVALUATIONS

| | | |
|---|---|---|
| ____ | 99212MD | Psych Re-Eval Low — Prob Focus Hx/Exam / Strtfwd MDM |
| ____ | 99213MD | Psych Re-Eval Moderate — Expanded Prob Focus Hx/Exam / Low MDM |
| ____ | 99214MD | Psych Re-Eval High — Detailed Hx/Exam / Moderate MDM |
| ____ | 99215MD | Psych Re-Eval Comprehensive — Comprehensive Hx/Exam High MDM |

COMMENTS

_____
_____
_____
_____

*Pine Rest Christian Mental*
*Health Services*
*Kalamazoo Clinic*
*1530 Nichols Road*
*Kalamazoo, MI  49006*
*269, 343-6700*

### MEDICATION REVIEWS

| | | |
|---|---|---|
| ____ | 90862MD | Med Review  Moderate |
| ____ | 90862MDE | Med Review  Extensive (C&A only) — (Avg time 20 - 30 minutes) |
| ____ | M0064MD | Brief Med Revie- no psychotherapy |

### CONSULTATIONS

| | | |
|---|---|---|
| ____ | 99241MD | Consult  Brief — Prob Focus Hx/Exam /Strtfwd MDM |
| ____ | 99242MD | Consult  Low — Expanded Prob Focus Hx/Exam/ Strtfwd MDM |
| ____ | 99243MD | Consult  Moderate — Detailed Hx/Exam / Moderate MDM |
| ____ | 99244MD | Consult  High — Comprehensive Hx/Exam / Moderate MDM |
| ____ | 99245MD | Consult  Comprehensive — Comprehensive Hx/Exam / High MDM |
| ____ | 99271MD | Confirmatory Consult Brief — Prob Focus Hx/Exam /Strtfwd MDM |
| ____ | 99272MD | Confirmatory Consult Low — Expanded Prob Focus Hx/Exam/ Strtfwd MDM |
| ____ | 99273MD | Confirmatory Consult Moderate — Detailed Hx/Exam / Low MDM |
| ____ | 99274MD | Confirmatory Consult High — Comprehensive Hx/Exam/ Moderate MDM |
| ____ | 99275MD | Confirmatory Consult Comprehensiv — Comprehensive Hx/Exam / High MDM |

*Katherine M. (Mary) Walden, M.D.*
*BW 7878551 exp.05/31/2005*

### PSYCHOTHERAPY

| | | |
|---|---|---|
| ____ | 90805MD | Individual Therapy - Half |
| ____ | 90807MD | Individual Therapy - Full |
| ____ | 90847MDH | Family Therapy with Patient - Half |
| ____ | 90847MD | Family Therapy with Patient - Full |
| ____ | 90846MDH | Family Therapy without Patient - Half |
| ____ | 90846MD | Family Therapy without Patient - Full |

MISCELLANEOUS

| | | |
|---|---|---|
| ____ | Books | Books/Tapes $_____ |
| ____ | BRKAPPT | Broken appt/no show  $_____ |
| ____ | BroLate | Late Cancel  $_____ |

NEXT APPOINTMENT:  Date  *9-26-02*        Time  *10³⁰*        Type  ____

PLAINTIFF'S
EXHIBIT
31
CAD-Systems, N.J.