4001086 **PSYCHIATRY**



| ACCOUNT NO. | MED RECF/INSURANCE | FED TAX ID# | DATE | TIME (SCHED) | HOSPITAL |
|---|---|---|---|---|---|
| 719715 | 71971 05 | 93 136 | 12/02/02 | 9:30A | (1=BOR) (2=BRON) |

| PATIENT NAME (FIRST) | (MIDDLE) | (LAST) | AGE 53 | SEX | REASON | SS# 5299 | Appt Typ |
|---|---|---|---|---|---|---|---|
| LARRY L HODGE | | | 04/07/45 | M | PSY2 | NEW PT CONSULT | 38E |

ADDRESS
2019 HEATHER LANE    KALAMAZOO    MI 49048    3489 23

RESPONSIBLE PARTY
LARRY L HODGE    2019 HEATHER LANE    KALAMAZOO    MI 49048

INS. CO.    GROUP    POLICY    PHONE
269

12/02/2002    9:30 AM

| ARRIVAL | CALL BACK | DR. CONTACT | CHECK OUT | RETURN | DAYS | |
|---|---|---|---|---|---|---|
| 9:12A | | | | | 4 WKS    30' | |
| | | | | REASON: | | |

☐ GC    ☐ GE

Date of Injury:
**Please return to Receptionist**    Auto Work Comp. Other

| CPT | ✓ | HISTORY | EXAM | MDM | CPT | ✓ | DESCRIPTION |
|---|---|---|---|---|---|---|---|
| 99242 | | 30 Minute | Expanded | Expanded | Straight Forward | | MSU/KCMS Psychiatry |
| 99243 | | 40 Minute | Detailed | Detailed | Low Complexity | | MSU Kalamazoo Center for |
| 99244 | | 60 Minutes | Compreh | Comprehensive | Mod complexity | | Medical Studies |
| 99245 | | 80 Minutes | Compreh | Comprehensive | High complexity | | 1722 Shaffer Road |
| 90801 | ✓ | Psychiatric Diagnostic Interview Exam | | | | | Suite 3 (three) 3 |
| 90802 | | Interactive Dx Interview Exam using Equip/ Devices, Interpreter | | | | | Kalamazoo, MI 49048 |
| 90804 | | Individual Therapy 20-30 Min | | | | | 269, 337-6373 |
| 90805 | | Individual Therapy 20-30 Min w E / M Serv | | | | | |
| 90806 | | Individual Therapy 45-50 Min | | | | | fax: 269, 337-6376 |
| 90807 | | Individual Therapy 45-50 Min w E / M Serv | | | | | |
| 90808 | | Individual Therapy 75-80 Min | | | | | David C. Dunstone, MD, FAPA |
| 90809 | | Individual Therapy 75-80 Min w E / M Serv | | | | | |
| 90810 | | Interactive Ind Therapy 20-30 Min | | | | | |
| 90811 | | Interactive Ind Therapy 20-30 Min w E / M Serv | | | | | |
| 90812 | | Interactive Ind Therapy 45-50 Min | | | | | |
| 90813 | | Interactive Ind Therapy 45-50 Min w E / M Serv | | | | | |
| 90814 | | Interactive Ind Therapy 75-80 Min | | | | | |
| 90815 | | Interactive Ind Therapy 75-80 Min w E / M Serv | | | | | |
| 90847 | | Family - Medical Psychotherapy w/ Pt | | | | | |
| 90846 | | Family - Medical Psychotherapy w/o Pt | | | | | |
| 90849 | | Multiple - Group Med Psychotherapy w/ Family | | | | | |
| 90853 | | Multiple - Group Med Psychotherapy Other Than Family | | | | | |
| 90857 | | Interactive Group Psychotherapy | | | | | |
| 90847 | | Crisis Intervention ( 30 min. unit) | | | | | |
| 90801 | | Diagnostic Interview - Office | | | | | |
| 90862 | | Psychopharmacological Management | | | | | |
| 90802 | | Interactive Diagnostic Interview | | | | | |
| | | | | | | | |
| 99056 | | Home / School / Court Visit - request by patient | | | | | |
| | | | | | | | Jody William Reed, M.D. |
| | | | | | | | 11/01/2001 19 06/30/2003 |
| | | | | | | | → Jody Reed, M.D. |
| | | | | | | | # 4301079074 |

DIAGNOSIS: 309.81

PHYSICIAN'S SIGNATURE:

**PLAINTIFF'S EXHIBIT**
32
08/10/2005

PENGAD-Bayonne, N. J.