MED CENTER PHARMACY
101 MOSELEY DRIVE
(334) 874-9495

Patient: HODGE,LARRY
Doctor: DAS,SANTHI K
Drug: RISPERDAL TABS, 2MG

Rx #: 12459
Date: 06/04/2001
Page: 1 of 1

IMPORTANT NOTE: THE FOLLOWING INFORMATION IS INTENDED TO SUPPLEMENT, NOT SUBSTITUTE FOR, THE EXPERTISE AND JUDGMENT OF YOUR PHYSICIAN, PHARMACIST OR OTHER HEALTHCARE PROFESSIONAL. IT SHOULD NOT BE CONSTRUED TO INDICATE THAT USE OF THE DRUG IS SAFE, APPROPRIATE, OR EFFECTIVE FOR YOU. CONSULT YOUR HEALTHCARE PROFESSIONAL BEFORE USING THIS DRUG.

RISPERIDONE - ORAL

USES: This medication is used in the treatment of psychotic or mental conditions.

HOW TO TAKE THIS MEDICATION: Take this medication exactly as prescribed. During the first few days your doctor may gradually increase your dose to allow your body to adjust to the medication. Do not take this more often or increase your dose without consulting your doctor. Your condition will not improve any faster but the risk of serious side effects will be increased. Do not stop taking this drug without your doctor's approval.

SIDE EFFECTS: Dizziness, drowsiness, nausea, increased dreaming, nervousness, loss of appetite, dry mouth or fatigue may occur the first several days as your body adjusts to the medication. Weight gain, vision changes, decreased sexual desire and insomnia have also been reported. If any of these effects continue or become bothersome, inform your doctor. Notify your doctor if you develop: rapid/pounding/irregular heartbeat, skin rash, itching, difficulty moving, muscle stiffness, muscle spasms or twitching, sweating, involuntary movements (especially about the face or tongue), drooling, tremors, trouble swallowing, mental confusion, seizures. If you notice other effects not listed above, contact your doctor or pharmacist.

PRECAUTIONS: Tell your doctor your medical history, especially of: kidney disease, liver disease, heart disease, seizures, blood disorders, breast cancer, swallowing difficulty, allergies (especially drug allergies). Because this medication may cause drowsiness or dizziness, use caution operating machinery or engaging in activities requiring alertness such as driving. Dizziness on standing may occur. To avoid dizziness or lightheadedness when rising from a seated or lying position, get up slowly. This medication may make you more sensitive to the sun. Avoid prolonged sun exposure. Wear protective clothing and use a sunscreen when outdoors. Caution is advised when using this drug in the elderly because they may be more sensitive to the effects of the drug. This medication should be used only if clearly needed during pregnancy. Discuss the risks and benefits with your doctor. It is not known if this drug excreted into breast milk. Consult your doctor before breast-feeding.

DRUG INTERACTIONS: Tell your doctor of any over-the-counter or prescription medication you may take, especially of: sedatives, narcotic pain relievers (e.g., codeine), anti-anxiety agents, antidepressants, muscle relaxers, medication for seizures. It is recommended you avoid consuming alcohol while taking this medication. Do not start or stop any medicine without doctor or pharmacist approval.

OVERDOSE: If overdose is suspected, contact your local poison control center or emergency room immediately. Symptoms of overdose may include unusual drowsiness; rapid pulse; fainting; unusual muscle movement or rigidity of the face, neck, or limbs; tremor; seizures; and loss of consciousness.

NOTES: Laboratory tests may be done periodically while taking this medication to monitor the effects. See your doctor regularly.

MISSED DOSE: Try to take each dose at the scheduled time. If you miss a dose, take it as soon as remembered; do not take it if it is near the time for the next dose, instead, skip the missed dose and resume your usual dosing schedule. Do not "double-up" the dose to catch up.

STORAGE: Store this medication at room temperature between 59 and 86 degrees F (between 15 and 30 degrees C) away from heat and light. Do not store in the bathroom. Keep this and all medications out of the reach of children.

Diagnosis    66043

PLAINTIFF'S EXHIBIT 33
08/10/2005
PENGAD-Bayonne, N.J.