

SOUTH FAMILY HEALTH CENTER
A07204
HODGE, LARRY
DOB: 04/07/49   Sex: M
2019 HEATHER LANE
KALAMAZOO, MI 49048

PCP: OWENS, K MD

| 1st VISIT | APPT TIME | TIME IN |
|---|---|---|
| YES / NO (X) | 10:30am Date: 01/03/03 | |

Provider: K007006

### OFFICE VISITS-ESTABLISHED PT.
- Nurse — 99211
- ✓ Expanded Problem Focused — 99212
- ✗ Detailed Problem Focused — 99213
- Comprehensive — 99214
- Complex — 99215
- Post OP Care — 99024
- Prenatal Care — PRNTL
- Dietician Services — 99071

### OFFICE VISITS-NEW PATIENT
- Problem Focused — 99201
- Expanded Problem Focused — 99202
- Detailed Problem Focused — 99203
- Comprehensive — 99204
- Complex — 99205

### PREVENTIVE-ESTABLISHED PT.
- Under 1 Year — 99391
- 1-4 Years — 99392
- 5-11 Years — 99393
- 12-17 Years — 99394
- 18-39 Years — 99395
- 40-64 Years — 99396
- 65+ Years — 99397
- Hearing Screening — 92551
- Vision Screening — 99173
- Well Child Exam — V202
- HME — V700
- PPB — V723

### PREVENTIVE-NEW PATIENT
- Under 1 Year — 99381
- 1-4 Years — 99382
- 5-11 Years — 99383
- 12-17 Years — 99384
- 18-39 Years — 99385
- 40-64 Years — 99386
- 65+ Years — 99387
- Hearing Screening — 92551
- Vision Screening — 99173
- Well Child Exam — V202
- HME — V700
- PPB — V723

### CONSULTS
- Focused — 99241
- Expanded — 99242
- Detailed — 99243
- Comprehensive — 99244
- Complex — 99245

### SUPPLIES
- Unna Boot — 29580

### PROCEDURES
- Anoscopy — 46600
- Anoscopy w/Biopsy — 46606
- Callous Removal — 11065
- Colposcopy I Biopsy — 57454
- Ear Irrigation — 69210
- EKG w/Interpretation — 93000
- Endometrial Biopsy — 58100
- Flex Sigmoidoscopy — 45330
- Flex Sigmoidoscopy w/ Biopsy — 45331
- I & D Abscess
- Size _____ Site _____ — 10060
- Laceration:
- Size _____
- Simple/Complex _____ #Sutures _____
- Nail Trimming — 11719
- Nebulizer Treatment — 94640
- Peak Flow — 94200
- Pulse Oximetry — 94760
- Removal of Foreign Body Simple — 10120
- Removal of Foreign Body Complex — 10121
- Spirometry — 94010
- Toenail Excision — 11765
- IUD Service — J7300
- Fetal Non Stress — 59025
- Wart Destruction up to 14 Lesions — 17110
- Other

### IN-HOUSE LABORATORY
- Draw Fee — 36415
- Finger Stick (Glucose) — 82948
- Fungi Tissue Examination — 87220
- HCT — 85014
- Hgb A1-C — 83036
- Strep A, Screen — 87430
- Urinalysis, Non-Auto., w/o Microscopy — 81002
- Urine Pregnancy Test — 81025
- Wet Mount, Simple Stain — 87210

### IMMUNIZATIONS
- DTaP — 90700  1 2 3 4 5
- Hep B 0-19 yrs. — 90744  1 2 3
- Hep B 20+ Yrs. — 90746  1 2 3
- HIB; HbOC 4 Dose — 90645  1 2 3 4
- IPV — 90713  1 2 3 4
- MMR — 90707  1 2
- Td-7 yr. + — 90718  1 2 3 4
- Varicella — 90716  1 2
- Prevnar — 90669  1 2 3 4
- Influenza 6 mos. - 3 yrs. .25ml/2 Doses — 90658  1 2
- Influenza 3 yrs.-Adult — 90658  1 2
- Medicare Flu — 90658M  1 2
- Medicare Pneumovax — 90732M  1 2
- Pneumovax — 90732
- PPD/Tuberculosis Intradermal Skin Test — 86580
- Other
- Ready to Read

### INJECTIONS
- Allergy Single — 95115
- Allergy Multiple — 95117
- Depo-Provera — J1055
- Haldol/5mg — J1630
- Kenelog/40mg — J3301
- Rocephin ___mg — J0696
- Solu-Medrol 40mg — J2920
- Solu-Medrol 125mg — J2730
- Visteril/50mg — J3410
- Vitamin B-12/1000mcg — J3420
- Demerol 100mg — J2175
- Prolixin 25mg — J2680
- Insulin — J1820
- Other

### INSTRUCTIONS

### DIAGNOSIS: Number in Order of Severity

Erectile dysfunction

### TREATMENT/PAYMENT AGREEMENT:
I understand the course of Medical treatment recommended by FHC and therefore give my consent to allow the FHC to diagnose and treat my medical condition.

I also authorize the FHC to release any medical information, in any form, to my insurance company and any other Medical providers referred by the FHC for diagnosing and treating my Medical condition.

I fully understand that I will be held financially responsible for any deductibles, co-payments, and services not paid for by my insurance company.

The FHC has the legal right to refuse medical treatment should I refuse to sign this release.

X _____

Date: 01/03/2003

☑ Follow-Up ___Days ___Weeks 3 Months   Provider X
☐ PE
☐ WCB

62.00

| DATE LAST PAID | PREV PT BALANCE | TODAY'S CHARGE | DISCOUNT AMOUNT | AMO | BALANCE DUE |

PLAINTIFF'S EXHIBIT 34  08/10/2005

**MEDICAL ENCOUNTER FORM**

1549 REV 000628

Family Health Center of Kalamazoo • 117 West Paterson Street • Kalamazoo, MI 49007-2581 • (269) 349-2641