**CERTIFIED MAIL**

TAMMY JONES KING, TAX COLLECTOR
DALLAS COUNTY COURTHOUSE
P.O. BOX 987
SELMA, ALABAMA 36702-

7000 0520 0014 8327 4894

36900 — *handwritten* 37.46
3691 — ala — 350.20
3834 — ala 16.08    1/29/200?

Name
1st Notice
2nd Notice
Return

RESTRICT
DELIVER

RETURN RECEIPT REQUESTED

✓ TT
3734
1/29/200?
it take mail 7 days to
reach me

2019 Heather Ln.
Kalamazoo, MI. 49048

36702/9?

PLAINTIFF'S
EXHIBIT
35
08/10/2005
PENGAD-Bayonne, N.J.

**FROM:** TAMMY JONES KING
Tax Collector - Dallas County
P.O. Box 987 - Courthouse
Selma, Alabama 36702-0987

## The State of Alabama, Dallas County
# DELINQUENT TAX NOTICE

| DATE | ACCOUNT NUMBER |
|------|----------------|

Office of Probate Judge, Regular Term, _____ APRIL 2001

**TO:**

Address all inquiries to:   TAMMY JONES KING
Tax Collector - Dallas County
P.O. Box 987 - Courthouse
Selma, Alabama 36702-0987

The Tax Collector has filed in my office a list of Delinquent Tax Payers and of Real Estate upon which Taxes are due. You are reported as Delinquent, and your tax amounts to _____, with costs added. This is to notify you to appear before the Probate Court of said County, at the next term thereof, commencing on Monday, the ____ day of _____, then and there show cause, if any you have, why a decree for the sale of Property Assessed for Taxation as belonging to you, should not be made for the payment of the Taxes thereon and fees, cost and interest.