

**DALLAS COUNTY**
Tammy Jones King, Tax Collector

*TF 3734*
*Mailed January 28, 2001*
*Received back from Selma*
*March 3, 2001*

March 13, 2001

Nancy B. Hodge
3821 Doubleday Dr.
Richland, MI 49083

Dear Mrs. Hodge:

The property that you are trying to pay on, was sold at our tax sale on May 16th, 1997 because the tax were not paid. The period for redeeming this property has expired. You may able to talk to the person that purchased this property, and come to an agreement with her concerning this matter.

If you need more information, please contact this office at 334-874-2519.

Thank you,

Tammy Jones King
Tax Collector
Dallas County

PLAINTIFF'S
EXHIBIT
36
08/10/2005

*My staff and I will never forget that we work for the people of Dallas County!*