RECORDING OFFICE

JOHN W. JONES, JR. JUDGE OF PROBATE

P.O. BOX 987

SELMA, ALABAMA 36702-0987

334-874-2516

---

```
JOHN W. JONES JR
JUDGE OF PROBATE
DALLAS COUNTY, ALABAMA
-----------------------------------------
EVELYN COX


-----------------------------------------
Instrument Number    109304
Clerk                DALLAS
DEED (WARRANTY)
Real Property
Book Number            1287
Page Number             340
Date Filed        04/05/2004
Time Filed       09:11:01 AM
Number of Pages           1

Deed Value              600.00
Deed Tax                  1.00
Pages                     3.00
Clocking                  3.00
Special Fee 1             5.00
Total                    12.00
Cash                     12.00
Total                    12.00
```

PLAINTIFF'S EXHIBIT 37 08/10/2005