IN THE CIRCUIT COURT OF DALLAS COUNTY, ALABAMA

LARRY L. HODGE,
    Plaintiff,

against               CASE NO.

EVELYN COX,         BREACH OF CONTRACT
    Defendant.       BREACH BY DESIGN
                                 EXTORTION
                                 CONSPIRACY TO EXTORT



Filed SEP 2004
Cheryl Curtis Strong
Clerk
Dallas Co.
Circuit District

COMPLAINT

    Comes now the Plaintiff, Larry L. Hodge, and for his complaints against the Defendant, Evelyn Cox, 1725 Franklin St., Selma, Alabama 36701, states as follows:

    1. That the Defendant did breach a verbal agreement to sell property belonging to the Montgomery Heirs during a telephone communication...

    2. The Defendant turned her telephone answering machine off after agreement to sell said property for 500 dollars and commented on an attorney will be needed to do the paperwork...

    3. Many attempts later to contact Defendant by telephone and one letter, mailed at the Selma post office, given to the hand of the post office attendent, was not received by Defendant...Plaintiff then requested the assistance of the Tax collector's office to contact Defendant...

    4. Plaintiff finally met with Defendant, at the Selma Courthouse...the sale was completed...Defendant now asked for 600 dollars instead of 500 dollars, claiming Plaintiff's averment(s) of not being able to contact Defendant for the sale...

    5. Amended complaint to be provided after date of service...

    WHEREFORE, Plaintiff prays that the Court award him a judgment against the Defendant for damages, and such other relief as the Court deems just...

    Respectfully submitted this 28th day of September, 2004.

PLAINTIFF'S
EXHIBIT
38

Larry L. Hodge
Attorney Pro Se
P.O. Box 75, Safford, AL 36773-0075
(334)573-9664