# THE ANDERSON LAW FIRM, L.L.C.
### ATTORNEYS AND COUNSELORS

CHARLES L. ANDERSON
JESSICA DIANNE KIRK
J. MATTHEW WILLIAMS*
SARITA T. ATKINS
CHARLES B. HAIGLER, III
HOPE M. AYERS
BENJAMIN FARROW #
ROSEMARI CLAIBON HOPSON
W. MARK ANDERSON, IV
RICHARD F. MATTHEWS, JR.
NICOLE F. ROMANO

*also admitted in Florida
#also admitted in Louisiana

STERLING CENTRE, SUITE 304
4121 CARMICHAEL ROAD
MONTGOMERY, ALABAMA 36106
email: info@theandersonlawfirm.com
Tel (334) 272-9880
Fax (334) 272-2551

**BIRMINGHAM OFFICE**
COLONIAL PLAZA, SUITE 1125
2101 6TH AVENUE NORTH
BIRMINGHAM, ALABAMA 35203
Tel (205) 328-0660
Fax (205) 327-5383

June 14, 2004

Larry Hodge
P. O. Box 75
Stafford, AL 36737

Nancy Hodge
2019 Heather Lane
Kalamazoo, MI 49001

Re: **Purchase of Property by Evelyn Cox**
    **Our File No.: 76580**

Dear Mr. Hodge and Ms. Hodge:

Ms. Cox has contacted our office and provided documentation wherein you request $100.00 from her based on a "breach by design". Based on information and belief, Ms. Cox has complied with any and all provisions of the contract that she had with you for the repurchase of the property. Further, Ms. Cox has detailed to me that she purchased said property from a tax sale and that you discussed with her and repurchased the same from her for $600.00, which was consummated and completed. As such, there was no breach of contract and as far as I know under Alabama Law, there is no "breach by design". If you have any further information regarding this possible claim, I would appreciate you forwarding the same to me to evaluate.

If Ms. Cox is continued to be contacted regarding this matter, she may construe the same as harassment and contact local authorities in order to have her rights protected. As such, she requests that you cease and desist any and all attempts at collecting this payment as she disputes that it is owed.

Sincerely,

*Richard F. Matthews Jr.*
RICHARD F. MATTHEWS, JR.

RFM/mtb
cc:    Evelyn Cox
       1725 Franklin Street
       Selma, AL 36703-3301



PLAINTIFF'S EXHIBIT 39 08/10/2005