IN THE CIRCUIT COURT OF DALLAS COUNTY, ALABAMA

LARRY L. HODGE,  :

    Plaintiff,  :

against  :  CASE NO. CV-2002-152

BRUCE CARVER BOYNTON,  :

    Defendant.  :

### PLAINTIFF'S SUPPLEMENTAL LIST OF EXHIBITS PURSUANT TO APRIL 11, 2005, ORDER

1. State of mind...

2. Memory...

3. Anatomy and physiological chemistry and physiology and pathophysiology of the **functional areas of the brain**...

Plaintiff requests **Leave** to present writings setting forth further facts in support of documents...

Plaintiff's partial response to Defendants interrogatories...

4. Avis gave Defendant, Bruce Carver Boynton, "Defendant", money and Defendant **did not** request money for hospital bills...

5. The **wrongfull attachment**, case # 991222002, ID# 43, was a result of Defendant **not** representing Plaintiff as promised and pursuant to contract (**Summary Judgment granted**)...

6. Default sale of Defendant's property at 1902 LaForet Drive, Selma, on May 20, 2003, was prepared by **Chambless and Math, P.C.**, after first mortgage on June 13, 1994, and second mortgage on September 27, 2001, by Leonard M. Math...

7. **Wrongfull attachment** by Jackson Hospital (Rick Mann, business office director), by AmSouth Bank...AmSouth Bank is the Bank of Avis...Mark N. Chambless of **Chambless and Math, P.C.**, prepared the **wrongfull attachment** matter...

8. The individual who represents the Defendant in my conspiracy to extort claim has Law Offices next to **Chambless and Math, P.C.**, on Carmichael Road, Montgomery...



PLAINTIFF'S EXHIBIT 40