9. Plaintiff has not had an opportunity to talk to Defendant about if **April 15, 1995,** and subsequent tax years, **Section 40-18-5** of the 1975 Code of Alabama obligations have been resolved in Defendant's favor...

Dated: April 18, 2005

Respectfully submitted,

_____
Larry L. Hodge
Safford, Alabama   36773-0075

CERTIFICATE OF Service

I hereby certify that I have on this the 18th day of April, 2005, served a true and correct copy of the foregoing Initial List of Exhibits dated April 11, 2005, and Supplemental List of Exhibits, dated April 18, 2005, on P. Vaughan Russell, by mailing him a copy of same, first class, postage prepaid, addressed to 718 Alabama Avenue, P.O. Box 895, Selma, Alabama 36702-0895.

_____
Larry L. Hodge
Safford, Alabama   36773-0075

PLAINTIFF'S EXHIBIT 41 08/10/2005