OFFICER'S WORK PRODUCT MAY NOT BE PUBLIC INFORMATION

**INCIDENT/OFFENSE REPORT CONTINUED**

95 DATE AND TIME OF REPORT: 05 21 01  9:16 PM
96 CASE #: 11862

100 NAME (LAST, FIRST, MIDDLE): UNKNOWN

137 NARRATIVE:

On 05-21-01 Victim stated that some unknown person(s) entered his pump house at listed address and removed the water tank from the well at that location. Victim also stated that there had been bush hogging in front of that location and that there were tractor tire marks on the ground up close to his pump house. Victim stated that he had been in touch with Alabama Power trying to find out who was doing the bush hogging. Victim was advised if he got any futher information to contact one of our Inv.

149 REPORTING OFFICER: [signature]
151 SUPERVISOR APPROVAL: Roy Theune 040

PLAINTIFF'S EXHIBIT 42