# ALABAMA UNIFORM INCIDENT/OFFENSE REPORT

| Field | Value |
|---|---|
| Victim SSN | 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 |
| Complainant SSN | |
| 1 Incident/Offense/Supplement | Offense |
| 2 Case # | 99122002 |
| 3 SFX | |
| 4 ORI # | 027000 |
| 5 Date and Time of this Report | 12/20/99 3:42 PM |
| 6 Agency Name | Dallas Co. S.O. |
| 7 If Supplement Original Offense Date | |
| 8 Reported By | Victim |
| 12 Victim (Last, First, Middle Name) | Hodge, Nancy |
| 13 Address | 10250 Doubleday Dr. Richland MI 49083 |
| 14 Phone | (616) 629-9043 |
| 15 Employer/School | None |
| 16 Occupation | Retired |
| 17 Address | N/A |
| 19 Resident/Non-Resident | Non-Resident |
| 20 Injury | N |
| 21 Race | W |
| 22 Sex | Female |
| 25 DOB | 03/19/22 |
| 26 Age | 77 |
| 27 Offender Known to Victim? | N |
| 28 Victim Was | N/A |
| 30 Type Incident or Offense | Burglary |
| 31 Degree | 3 |
| 33 State Code/Local Ordinance | 13A-7-7 |
| 39 Place of Occurrence | RT 1 Box 112 Sanford |
| 40 Point of Entry | Door |
| 41 Method of Entry | Forcible |
| 44 Occurred on or Between | 9/7 – 12/18/99 |
| 45 Time | UNK |
| 49 Premise | Residence |

## Property Description

| Quantity | Description |
|---|---|
| (2) | Dressers — 4 gas heaters |
| (2) | Chest of Drawers |
| (2) | Chifferobe — 1 all wood |
| (1) | Wood Heater |
| (2) | Bed's — 3 beds |
| (1) | Desk |
| | Assorted Linens |

Continued in Narrative

PLAINTIFF'S EXHIBIT 43

TYPE OR PRINT IN BLACK INK

2 REV 8-96