# ALABAMA UNIFORM INCIDENT/OFFENSE REPORT SUPPLEMENT

OFFICER'S WORK PRODUCT MAY NOT BE PUBLIC INFORMATION

| Field | Value |
|---|---|
| 1 ORI # | 02 70000 |
| 2 AGENCY NAME | Dallas Co. S.O. |
| 3 DATE AND TIME OF REPORT | 12 20 99  3:12 PM |
| 4 CASE # | 99 12 2 2002 |
| 6 VICTIM'S NAME (ORIGINAL REPORT) | HODGE, NANCY |
| 7 ORIGINAL OFFENSE DATE | 12 20 99 |
| 8 TYPE REPORT | CONTINUATION |
| 9 ORIGINAL INCIDENT/OFFENSE | BURGLARY 3RD |
| 11 STATE CODE/LOCAL ORDINANCE | 13A-7-7 |
| 15 HAS AN ARREST BEEN MADE? | NO |

**NARRATIVE:**

- ASSORTED SILVERWARE
- ASSORTED COOKWARE
- (1) WOOD BURNING OVEN
- (1) ELECTRIC OVEN
- ASSORTED BOOKS
- CARPET
- SHELVING
- VISIONWARE COOKWARE
- (8) WATER HOSES
- ASSORTED GARDENING UTENSILS
- (1) DOUBLE ENAMEL WASHTUB  white
- CANING (FOR CHAIRS)  new
- (6) CANED CHAIRS  new
- (3) BOXES OF CHRISTMAS ORNAMENTS
- (?) ROLLS OF BLACK PLASTIC  1 large roll and many folded pieces 1½ to 2 feet long 8 to 10 feet wide
- (8) BAGS OF POTTING SOIL
- (8) BAGS OF FERTILIZER
- ASSORTED PLANTS

plus one complete set for 4 (→ ASSORTED SILVERWARE)

**46 REPORTING OFFICER:** BRETT HOWARD  D43
**47 ASSISTING OFFICER:** 1334  874 9530

44 CASE STATUS: PENDING

PLAINTIFF'S EXHIBIT 44

TYPE OR PRINT IN BLACK INK ONLY

ACJIC—33 REV. 11-94