IN THE CIRCUIT COURT OF MARENGO COUNTY ALABAMA

| | |
|---|---|
| STATE OF ALABAMA ) | |
| Plaintiff ) | |
| v. Larry Hodge ) | Case No.: CC94-336 |
| Defendant. ) | |

## ORDER FOR UNCONDITIONAL RELEASE

The matter of the proposed release of Larry Hodge from the Alabama Department of Mental Health and Mental Retardation was presented to this Honorable Court on a Noticed of Proposal for Unconditional Release by the Department of Mental Health and Mental Retardation pursuant to Rule 25.8, <u>Alabama Rules of Criminal Procedure.</u> It is the opinion of the professionals of the Department that Larry Hodge should be released from the custody of the Alabama Department of Mental Health and Mental Retardation. The Court finds that all required parties are in agreement with the proposed release of Larry Hodge set forth herein. After reviewing the evidence presented and determining that Larry Hodge has received maximum treatment from the Alabama Department of Mental Health and Mental Retardation.

It is THEREFORE, ORDERED, ADJUDGED AND DECREED by the Court that Larry Hodge is to be released from the custody of the Alabama Department of Mental Health and Mental Retardation.

Ordered this 7th day of December, 1998.

_____
Circuit Judge

PLAINTIFF'S EXHIBIT 45