# LabCorp

| Specimen # | Type | Lab | Report Status |
|---|---|---|---|

**Additional Information**

**Clinical Information**

| Physician ID | Patient ID |
|---|---|
| DAVIS | |

**Account:** GLENTON W DAVIS  MD   0108694
223 DALLAS AVENUE
SELMA, AL 36701-
334-874-0017   ALY

| Patient Name | Sex | Age (Yr/Mos) |
|---|---|---|
| HODGE, LARRY L | M | 052/06 |

**Patient Address:** P O BOX 75
SAFFORD, AL 36773-0000

| Date Collected | Date Entered | Date Reported | |
|---|---|---|---|
| 10/19/01 | 10/19/01 | 10/20/01 | 3508 |

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| HEPATIC FUNCTION PANEL (7) | | | | | |
| Protein, Total, Serum | 7.2 | | g/dL | 6.0 - 8.5 | MB |
| Albumin, Serum | 4.2 | | g/dL | 3.5 - 5.5 | MB |
| Bilirubin, Total | 1.0 | | mg/dL | 0.1 - 1.2 | MB |
| Bilirubin, Direct | 0.21 | | mg/dL | 0.00 - 0.40 | MB |
| Alkaline Phosphatase, Serum | 95 | | IU/L | 25 - 150 | MB |
| AST (SGOT) | 84 | | IU/L | 0 - 40 | MB |
| ALT (SGPT) | 23 | | IU/L | 0 - 40 | MB |

LAB: MB LABCORP BIRMINGHAM   DIRECTOR: JAMES DAVIS III, MD
1001 FIRST AVENUE SOUTH BIRMINGHAM, AL 35233-0000

IF YOU HAVE ANY QUESTIONS CONTACT - BRANCH: 1-800-859-3324   LAB: 205-581-3500
LAST PAGE OF REPORT

**PLAINTIFF'S EXHIBIT 46**

REPORT   ©2000 Laboratory Corporation of America® Holdings   All Rights Reserved