Standard Form 514
Rev. August 1954
Bureau of the Budget
Circular A-32 (Rev.)

☆ U.S. GOVERNMENT PRINTING OFFICE 1963 O—712-660

| CLINICAL RECORD | LABORATORY REPORTS |
|---|---|

ATTACH 3D REPORT ALONG HERE ↑ AND SUCCEEDING ONES ON ABOVE LINES

Hodge, Larry

| REGISTER OR UNIT NO. | WARD NO. | ☐ BED PATIENT ☒ AMBULATORY |
|---|---|---|
| REQUESTED BY AND DATE  JDS  23 Feb 72 | | DATE AND TIME COLLECTED |
| CLINICAL DATA  Feeling malaise & weakness x 1 week | | |

PATIENT'S LAST NAME—FIRST NAME—MIDDLE NAME

| W.B.C. | 8050 | R.B.C. | |
|---|---|---|---|
| DIFFERENTIAL COUNT | | HEMATOCRIT | 44 |
| NEUTROPHILES | 54 | HEMOGLOBIN | |
| BLASTS | | BLEEDING TIME | |
| MYELOCYTES | | COAGULATION TIME | |
| BANDS | | BLOOD MORPHOLOGY: REMARKS | |
| LYMPHOCYTES | 44 | | |
| MONOCYTES | | | |
| EOSINOPHILES | 2 | | |
| BASOPHILES | | | |
| PLATELETS | adequate | DATE OF REPORT 23 Feb 72 | SIGNATURE (Specify Lab. if not part of requesting facility) |
| SEDIMENTATION RATE | | NAME OF MEDICAL FACILITY  USNS CC Bay | |
| C.S.R. | | | |

Standard Form 514-B—Rev. Dec. 1964
Bureau of the Budget Circular A-32

HEMATOLOGY

PATIENT'S IDENTIFICATION (For typed or written entries give: Name—last, first, middle; grade; date; hospital or medical facility)

| REGISTER NO. | WARD NO. |
|---|---|

LABORATORY REPORTS
Standard Form 514
514-106

PLAINTIFF'S EXHIBIT 47  08/10/2005  PENGAD-Bayonne, N.J.