Standard Form 88
Revised April 1968
General Services Administration
Interagency Comm. on Medical Records
FPMR 101-11.809-3

# REPORT OF MEDICAL EXAMINATION

| # | Field | Value |
|---|---|---|
| 1. | LAST NAME—FIRST NAME—MIDDLE NAME | HODGE, LARRY L. |
| 2. | GRADE AND COMPONENT OR POSITION | HM3  USN |
| 3. | IDENTIFICATION NO. | ▓▓▓▓-5293 |
| 4. | HOME ADDRESS | Rt. 1 Box 112B, Safford, Ala. 36773 |
| 5. | PURPOSE OF EXAMINATION | Separation |
| 6. | DATE OF EXAMINATION | 28 Apr 80 |
| 7. | SEX | Male |
| 8. | RACE | Black |
| 9. | TOTAL YEARS GOVERNMENT SERVICE | MILITARY 9½ yrs. CIVILIAN |
| 10. | AGENCY | |
| 11. | ORGANIZATION UNIT | BRCL NAVORDSTA, Indian Head, Md. |
| 12. | DATE OF BIRTH | 7 Apr 49 |
| 13. | PLACE OF BIRTH | Kalomazoo, Mich. |
| 14. | NAME, RELATIONSHIP, AND ADDRESS OF NEXT OF KIN | Vince Hodge, (brother) 849 South Gramency, Los Angeles, Calif. |
| 15. | EXAMINING FACILITY OR EXAMINER, AND ADDRESS | BRCL NAVORDSTA, Indian Head, Md. 20640 |
| 16. | OTHER INFORMATION | |
| 17. | RATING OR SPECIALTY | |

## CLINICAL EVALUATION

| NORMAL | Item | ABNORMAL |
|---|---|---|
| X | 18. HEAD, FACE, NECK AND SCALP | |
| X | 19. NOSE | |
| X | 20. SINUSES | |
| X | 21. MOUTH AND THROAT | |
| X | 22. EARS—GENERAL (Int. & ext. canals) (Auditory acuity under items 70 and 71) | |
| X | 23. DRUMS (Perforation) | |
| X | 24. EYES—GENERAL (Visual acuity and refraction under items 58, 60 and 67) | |
| X | 25. OPHTHALMOSCOPIC | |
| X | 26. PUPILS (Equality and reaction) | |
| X | 27. OCULAR MOTILITY (Associated parallel movements, nystagmus) | |
| X | 28. LUNGS AND CHEST (Include breasts) | |
|   | 29. HEART (Thrust, size, rhythm, sounds) | X |
| X | 30. VASCULAR SYSTEM (Varicosities, etc.) | |
| X | 31. ABDOMEN AND VISCERA (Include hernia) | |
| X | 32. ANUS AND RECTUM (Hemorrhoids, fistulae) (Prostate, if indicated) | |
| X | 33. ENDOCRINE SYSTEM | |
| X | 34. G-U SYSTEM | |
| X | 35. UPPER EXTREMITIES (Strength, range of motion) | |
| X | 36. FEET | |
| X | 37. LOWER EXTREMITIES (Except feet) (Strength, range of motion) | |
| X | 38. SPINE, OTHER MUSCULOSKELETAL | |
| X | 39. IDENTIFYING BODY MARKS, SCARS, TATTOOS | |
| X | 40. SKIN, LYMPHATICS | |
| X | 41. NEUROLOGIC (Equilibrium tests under item 72) | |
|   | 42. PSYCHIATRIC (Specify any personality deviation) | X |
|   | 43. PELVIC (Females only) (Check how done) □ VAGINAL  □ RECTAL | |

**NOTES.** (Describe every abnormality in detail. Enter pertinent item number before each comment. Continue in item 73 and use additional sheets if necessary.)

29. Soft early systolic ejection type M at LLSB: no clicks or gallops.

42. Distant but cooperative

(Continue in item 73)

### 44. DENTAL

```
R  X 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 X L
     32 31 30 29 28 27 26 25 24 23 22 21 20 19 18 17   E
   X                                              X   F
                                                       T
```

REMARKS AND ADDITIONAL DENTAL DEFECTS AND DISEASES

Type 2
Class 1
Qualified

## LABORATORY FINDINGS

| # | Test | Result |
|---|---|---|
| | URINALYSIS: A. SPECIFIC GRAVITY | 1.015 |
| | B. (Sugar) Neg. | |
| | D. MICROSCOPIC | Essent. Neg. |
| | Specify test used and result — Reactive | |
| 48. | EKG | |
| 49. | BLOOD TYPE AND RH FACTOR | |
| 46. | CHEST X-RAY | film#5293 dtd: 3 Apr 80  see 73  BRCL NAVORDSTA, Indian Head, Md. 20640 |
| 50. | OTHER TESTS | HGB:14.0 RBC:4.70 HCT:42.9 MCV:91 WBC:2.5 DIFF:WNL Sickling Neg |

PPD(-)

88-116

PLAINTIFF'S EXHIBIT 48