# BAPTIST HOSPITAL LABORATORY

RICHARD R. OLDHAM, M.D.
DIRECTOR

MICHAEL B. BOTTOMY,
DANIEL D. CANALE, M.D
ROBERT G. HORN, M.D.
DAVID J. SWITTER, M.D.

2000 Church St.

Nashville, Tennessee 37236

| PATIENT NAME | | CASE NUMBER | NS/ROOM | DR | DATE | TIME |
|---|---|---|---|---|---|---|
| ODGE, LARRY L | 1233997 | 98/40 | FESSEY | | 10-NOV-82 | 7:01 AM |

\#\#\#\#\#\#\#\#\#\#\#\#\#\#\#\#\#\#\#\#\#\#\#\#\#\#\#\#\#\#\#\#\#\#\#\#\#\#\#\#\#\#\#\#\#\#\#\#\#\#\#\#\#\#\#\#\#\#\#\#\#\#\#

## * * * HEMATOLOGY * * *

-----------------------------CBC HEMATOLOGY-----------------------------

| ATE | TIME | WBC 5000-10000 /CUMM | RBC 4.6-6.2 MILLION | HGB 14-18 GRAMS% | PCV 42-52 % | MCV 78-96 CU MICRON | MCH 27-33 MCMCG | MCHC 32-36 % |
|---|---|---|---|---|---|---|---|---|
| 1/03 | 1112 | 4500 L | 4.81 | 14.6 | 43.8 | 91 | 30.4 | 33.5 |

\#\#\#\#\#\#\#\#\#\#\#\#\#\#\#\#\#\#\#\#\#\#\#\#\#\#\#\#\#\#\#\#\#\#\#\#\#\#\#\#\#\#\#\#\#\#\#\#\#\#\#\#\#\#\#\#\#\#\#\#\#\#\#

## * * * CHEMISTRY * * *

-----------------------------CHEMISTRY I-----------------------------

| ATE | TIME | GLUCOSE 70-115 MG% | BUN 0-18 MG% | CO2 24-31 MEQ/L | CL 96-106 MEQ/L | NA 138-146 MEQ/L | K 3.8-5.1 MEQ/L | CREA 0.9-1.5 MG% |
|---|---|---|---|---|---|---|---|---|
| 1/03 | 1112 | 81 | 14 | 24 | 104 | 143 | 4.2 | 1.2 |

-----------------------------CHEMISTRY II-----------------------------

| ATE | TIME | TP 6-8 GM% | ALB 3.5-5 GM% | GLOB 2-3 GM% | AG 1.5-2.5 /1.0 | CA 8.5-11 MG% | PO4 2.5-4.5 MG% | CHOLESTEROL 150-300 MG% | URIC 3.5-7.2 MG% |
|---|---|---|---|---|---|---|---|---|---|
| 1/03 | 1112 | 7.3 | 4.9 | 2.4 | 2.0 | 9.6 | 4.0 | 136 L | 5.2 |

-----------------------------CHEMISTRY III-----------------------------

| ATE | TIME | SGOT 0-40 MU/ML | LDH 0-250 MU/ML | CPK 0-83 U/L | SGPT 1-21 U/L | ALK PTASE 25-115 MU/ML | D BILI 0-0.3 MG% | T BILI 0.1-1.0 MG% |
|---|---|---|---|---|---|---|---|---|
| 1/03 | 1112 | 30 | 165 | | | 68 | .3 | 1.4 H |

\#\#\#\#\#\#\#\#\#\#\#\#\#\#\#\#\#\#\#\#\#\#\#\#\#\#\#\#\#\#\#\#\#\#\#\#\#\#\#\#\#\#\#\#\#\#\#\#\#\#\#\#\#\#\#\#\#\#\#\#\#\#\#

## * * * SEROLOGY * * *

-----------------------------SEROLOGY I-----------------------------

| ATE | TIME | STS | FTA | RUBELLA TITER | VIRAL STUDY | TOXOPLASMA DYE TEST | TULAREMIA 0-40 |
|---|---|---|---|---|---|---|---|
| 1/03 | 1112 | NREA | | | | | |
| 1/03 | 1113 | | | (1) | | | |

(1) IMMUNITY

PATIENT NAME HODGE, LARRY L

PLAINTIFF'S
EXHIBIT
49
08/10/2005

PAGE 1