**REGIONAL MEDICAL LABORATORIES, INC.**
175 College Street, Battle Creek, MI 49017

Patient: HODGE, LARRY
Account #: 00721206
DOB: 04/07/49   Age: 53 Years   Sex: Male

Location: FHC/KZ/Family Practice
Ordering Dr.: Boone, Amy-PA
Copy To:

## CHEMISTRY

Date Collected: 05/20/02
Time: 0930

| Test | Units | Expected Range | |
|---|---|---|---|
| Calcium | mg/dL | [8.5-10.5] | 9.4 |
| Glucose | mg/dL | [65-110] | 116 H |
| BUN | mg/dL | [5-25] | 11 |
| Creatinine | mg/dL | [0.5-1.2] | 0.8 |
| Sodium | mEq/L | [135-147] | 140 |
| Potassium | mEq/L | [3.4-5.0] | 3.9 |
| Chloride | mEq/L | [96-106] | 106 |
| CO2 | mEq/L | [24-32] | 27 |
| Bilirubin, Total | mg/dL | [0.1-1.2] | 0.9 |
| LDH | u/L | [100-225] | 129 |
| ALT | u/L | [5-40] | 59 H |
| AST | u/L | [0-40] | 42 H |
| Alkaline Phosphatase | u/L | [30-115] | 63 |
| Protein, Total | g/dL | [6.0-8.0] | 6.5 |
| Albumin | g/dL | [3.5-5.0] | 4.0 |
| CK Total | u/L | [15-228] | 146 |

*pull chart*
*Ab C*

**CONFIDENTIAL**

## HEMATOLOGY

Date Collected: 05/20/02
Time: 0930

| Test | Units | Expected Range | |
|---|---|---|---|
| WBC | thousand/mm3 | [4.0-11.0] | 3.8 L |
| RBC | million/mm3 | [4.20-6.00] | 4.73 |
| Hemoglobin | g/dL | [13.5-17.5] | 14.7 |
| Hematocrit | % | [39.0-52.0] | 44.1 |
| MCV | fl | [81.0-101.0] | 93.2 |
| MCH | pg | [27.0-36.0] | 31.1 |
| MCHC | g/dL | [32.0-36.0] | 33.4 |
| RDW | % | [11.5-14.0] | 13.6 |
| Platelet Count | thousand/mm3 | [150-450] | 150 |
| Seg Neutrophils % | | | 64 |
| Lymphocytes % | | | 26 |
| Monocytes % | | | 6 |
| Eosinophils % | | | 4 |
| Basophils % | | | 0 |
| Segs Absolute | | [1.80-7.00] | 2.43 |
| Lymphs Absolute | | [1.00-4.80] | 0.99 L |
| Monos Absolute | | [0.00-0.80] | 0.23 |

Date Collected: 05/20/02
Time: 0930

| Test | Units | Expected Range | |
|---|---|---|---|
| Eos Absolute | | [0.00-0.45] | 0.15 |
| Basos Absolute | | [0.00-0.20] | 0.00 |
| Platelet Estimate | | [Adequate] | Adequate |
| RBC Morphology | | [Normal] | Normal |

Outpatient Encounter
Printed: 5/21/2002 4:05 AM

RML, Inc., Karl F. Loomis, MD, Director
Patient: HODGE, LARRY

Page: 1 of 2

**PLAINTIFF'S EXHIBIT**
50
08/10/2005