**...AL MEDICAL LABORATORIES, I...**
175 College Street, Battle Creek, MI 49017

Patient: HODGE, LARRY
Account #: 00721206
DOB: 04/07/49   Age: 53 Years   Sex: Male

Location: FHC/KZ/Family Practice
Ordering Dr.: Boone, Amy-PA
Copy To:

## C H E M I S T R Y

Date Collected: 05/20/02
Time: 0930

| Test | Units | Expected Range | |
|---|---|---|---|
| Aldolase * | u/L | [1.1-7.6] | 0.6 L |

05/20/02 09:30:00 Aldolase:
*Test performed at Warde Medical Laboratory, 5025 Venture Drive, Ann Arbor, MI 48108

ALdoLase - enzymes found in muscle tissue that catalyze the step in anaerobic glycolysis involving the breakdown of fructose 1,6-biphosphate to glyceraldehyde 3-phosphate (GAP). The enzyme can also catalyze the reverse reaction. 3 to 8.2 → normal adult finding p.61 see also glycolysis (p.751)

Glycolysis - a series of enzymatically catalyzed reactions by which glucose and other sugars are broken down to yield lactic acid (anaerobic glycolysis) or pyruvic acid (aerobic glycolysis). The breakdown releases energy in the form of adenosine triphosphate. Also called ~~Emblen~~ Embden-Meyerhof pathway. see also aldolase, citric acid cycle, lactic acid.

AB
05/20/02


RECEIVED MAY 22 2002

Outpatient Encounter
Printed: 5/22/2002 4:01 AM

RML, Inc., Karl F. Loomis, MD, Director
Patient: HODGE, LARRY

Page: 1 of 1

PLAINTIFF'S EXHIBIT
51