

**blood cells:** (A) stained smear of normal blood showing a small **lymphocyte** (left) and a large lymphocyte (right); (B) **neutrophils** showing a somewhat granular cytoplasm and lobulated nuclei (arrows); (C) **eosinophils** with large pink granules and sausage-shaped nuclei (arrow); (D) **basophil** with dense, dark, large granules; (E) **monocyte** characterized by large size, acentric, kidney-shaped nucleus, and lack of specific granules

B1

PLAINTIFF'S EXHIBIT 52