# MOTION TO CONSIDER INFORMATION

1. Outpatient interview, August 16, 1996: I underlined womanizer on form provided by psychologist.

2. I emphatically declared: my WBC count is too low... my immune system is compromised/vulnerable.

3. I do not need medication...only a regular diet (nutrition).

4. I will continue to drink more than a gallon of whole milk a day - no H2O, only milk..

5. How can I be depressed when I am chasing 5 to 6 women... all close to 18 years old...they act like they are interested in me, regardless of all the rumors... Do not go against your mother or you will have serious problems...

6. I am too excited to be depressed... I only miss my children, very much, but they are in good hands and are being taken good care of.. I do miss my children, very much... I'll see them soon enough...

7. Am I acting like I'm depressed...don't I seem excited to you...I'm talking fast because I am scared to death, I am very happy because my friend's mother just wants me to wait until she graduates from highschool-one more year...

8. When I look for a woman, I go to the mall and look for a woman that is "alive

9. I grew up playing organized basketball since the 5th grade...one makes an NBA team if one plays well with the stars and a star must speak for you...when a woman smiles at me, I quickly return the smile and ask permission to ask a question...

→ 10. I need antibiotics for my ear...I have an ear infection...

11. I am very happy with risperdal, I am having no problems, I am very comfortable being on risperdal...

12. My RBC count is OK, its my WBC count that is too low...

13. My speech is logical, spontaneous, and coherent...

14. Risperdal has an inorganic tag at position 5 or 6 on the benezene ring...

. I am addicted to Opium...16. Why can't I read the PDR, what else am I supposed to rea

7. You should watch the NBA allstar game...there are a lot of good ball players playing

18. Why don't you come to the gym and work out...

19. VL and JH as VL I was walking by on the way to a meal, JH said to as VL was talking..."I do not know what you are talking about...

20. Stop turning around when people get near you (behind you)...

PLAINTIFF'S EXHIBIT 53