

UNITED STATES MARINE CORPS
HEADQUARTERS BATTALION
HEADQUARTERS U. S. MARINE CORPS
HENDERSON HALL
ARLINGTON, VIRGINIA 22214

IN REPLY REFER TO
3/JO/dmd
6100
27 APR 1978

From: Commanding Officer
To:   Officer-in-Charge, National Naval Medical Center, Branch Clinic, Navy Yard, Washington, D. C.

Subj: Medical Support for semi-annual physical fitness test

1. During the period 3-15 April 1978, this command conducted the subject test of all Marines stationed at Headquarters, U. S. Marine Corps.

2. Hospitalman L. L. HODGE 369 52 52 93 was assigned by you in response to our request for medical support.

3. I sincerely appreciate the professional manner in which Hospitalman HODGE accomplished his assignment. I commend him for his conduct and his readiness to respond to life-saving situations which may have occurred. Please relay my personal thanks to him on behalf of all the Marines that participated in the test.

BRUCE A. PIFEL
Acting

BRANCH CLINICS
WASHINGTON, DC 20374

NNMCBRCL:RP:fep
1000
03 May 1978

From: Officer in Charge, NNMC Branch Clinics, Washington, DC 20374
To:   HN Larry L. HODGE, USN, 369 52 5293

Subj: Medical Support provided to Hdqts USMC

Ref:  (a) Letter 3/JO/dmd 6100 dtd 27APR78

1. Reference (a) passed for you information with pleasure.

2. I also wish to thank you for the high quality assistance you rendered in providing medical support to the Marines of Headquarters Battalion, Headquarters U.S. Marine Corps, and extend my appriciation for a job well done.

PLAINTIFF'S EXHIBIT 54 08/10/2005