OMB Approval No. 0348-0006

# FEDERAL ASSISTANCE

| 1. TYPE OF SUBMISSION (Mark appropriate box) | 2. APPLICANT'S APPLICATION IDENTIFIER | 3. STATE APPLICATION IDENTIFIER |
|---|---|---|
| ☐ NOTICE OF INTENT (OPTIONAL)<br>☐ PREAPPLICATION<br>☒ APPLICATION | a. NUMBER: nA<br>b. DATE: 1987 7 14 | a. NUMBER: nA<br>b. DATE ASSIGNED: nA<br>NOTE: TO BE ASSIGNED BY STATE |

Leave Blank

**4. LEGAL APPLICANT/RECIPIENT**
- a. Applicant Name: LARRY HODGE — Medical-Legal Advisory
- b. Organization Unit:
- c. Street/P.O. Box: Medical - Legal Consultants, Inc. Post Office Box 51
- d. City: Alberta, Alabama 36720-0051
- e. County: Wilcox
- f. State:
- g. ZIP Code:
- h. Contact Person (Name & Telephone No.): Same   205, 573-2394

**5. EMPLOYER IDENTIFICATION NUMBER (EIN):** 63-0920490

**6. PROGRAM (From CFDA):**
- a. NUMBER: 13.130   MULTIPLE ☐
- b. TITLE: Primary Care Services

**7. TITLE OF APPLICANT'S PROJECT:** CHC for Marengo, Perry, Wilcox and Dallas Counties

**8. TYPE OF APPLICANT/RECIPIENT:**
- A—State
- B—Interstate
- C—Substate Organization
- D—County
- E—City
- F—School District
- G—Special Purpose District
- H—Community Action Agency
- I—Higher Educational Institution
- J—Indian Tribe
- K—Other (Specify): private non-profit

Enter appropriate letter: **K**

**9. AREA OF PROJECT IMPACT:** see map 1

**10. ESTIMATED NUMBER OF PERSONS BENEFITING:** 5,000

**11. TYPE OF ASSISTANCE:**
- A—Basic Grant
- B—Supplemental Grant
- C—Loan
- D—Insurance
- E—Other

Enter appropriate letter(s): **a**

**12. PROPOSED FUNDING**
| | |
|---|---|
| a. FEDERAL | $100,000.00 |
| b. APPLICANT | 5,000.00 |
| c. STATE | na .00 |
| d. LOCAL | na .00 |
| e. OTHER | na .00 |
| f. Total | $105,000.00 |

**13. CONGRESSIONAL DISTRICTS OF:**
- a. APPLICANT: West Central AL 7th
- b. PROJECT: state-wide

**14. TYPE OF APPLICATION:**
- A—New
- B—Renewal
- C—Revision
- D—Continuation
- E—Augmentation

Enter appropriate letter: **a**

**15. PROJECT START DATE:** 1985 10 23
**16. PROJECT DURATION:** 12 Months
**17. TYPE OF CHANGE:** na
**18. DATE DUE TO FEDERAL AGENCY:** 1987 7 15

**19. FEDERAL AGENCY TO RECEIVE REQUEST:** DHHS, PHS
- a. ORGANIZATIONAL UNIT: Bureau of Health Care Delivery and Assistance
- b. ADMINISTRATIVE CONTACT: Ms. Harriet Brown
- c. ADDRESS: Parklawn Building, Room 7A-20, Rockville, MD 20857

**20. EXISTING FEDERAL GRANT IDENTIFICATION NUMBER:** na

**21. REMARKS ADDED:** ☒ Yes  ☐ No

**22. THE APPLICANT CERTIFIES THAT:** To the best of my knowledge and belief, data in this preapplication/application are true and correct, the document has been duly authorized by the governing body of the applicant and the applicant will comply with the attached assurances if the assistance is approved.

a. YES, THIS NOTICE OF INTENT/PREAPPLICATION/APPLICATION WAS MADE AVAILABLE TO THE STATE EXECUTIVE ORDER 12372 PROCESS FOR REVIEW ON: DATE _____ nA

b. NO, PROGRAM IS NOT COVERED BY E.O. 12372 ☐ OR PROGRAM HAS NOT BEEN SELECTED BY STATE FOR REVIEW ☐

**23. CERTIFYING REPRESENTATIVE**
- a. TYPED NAME AND TITLE: LARRY HODGE — Medical-Legal Advisory
- b. SIGNATURE: [signature]

**24. APPLICATION RECEIVED:** 19 __ __ __
**25. FEDERAL APPLICATION IDENTIFICATION NUMBER:**
**26. FEDERAL GRANT IDENTIFICATION:**

**27. ACTION TAKEN:**
- ☐ a. AWARDED
- ☐ b. REJECTED
- ☐ c. RETURNED FOR AMENDMENT
- ☐ d. RETURNED FOR E.O. 12372 SUBMISSION BY APPLICANT TO STATE
- ☐ e. DEFERRED
- ☐ f. WITHDRAWN

**28. FUNDING**
| | |
|---|---|
| a. FEDERAL | $ .00 |
| b. APPLICANT | .00 |
| c. STATE | .00 |
| d. LOCAL | .00 |
| e. OTHER | .00 |
| f. TOTAL | $ .00 |

**29. ACTION DATE:** 19 __ __ __
**30. STARTING DATE:** 19 __ __ __
**31. CONTACT FOR ADDITIONAL INFORMATION:** JUL 16 1987 GMB/BHCDA
**32. ENDING DATE:** 19 __ __ __
**33. REMARKS ADDED:** ☐ Yes  ☐ No

PLAINTIFF'S EXHIBIT 55

STANDARD FORM 424 PAGE 1 (Rev. 4-84)
Prescribed by OMB Circular A-102