

**ALABAMA TOMBIGBEE REGIONAL COMMISSION**

GEORGE F. ALFORD JR.
EXECUTIVE DIRECTOR

POST OFFICE BOX 269 CAMDEN, ALABAMA 36726
TELEPHONE (205) 682-4234

March 30, 1988

Mr. Larry L. Hodge
Medical - Legal Consultant
Alberta, Alabama  36720-0051

Dear Mr. Hodge:

Thank you for your letter of March 21, 1988, concerning your proposal for Community Health Services.

The SF 424 and letter to Ms. Snowden was the same as we had received prior to our last clearinghouse review. We have not, as of this date, received the pre-application package. What you submitted to us is essentially a "Notification of Intent." There are no cost figures and breakdown, no funding amounts, no evidence of coordination with State Health Planning, etc. We have some concern about your intent to compete with existing health care providers since the purpose of the program is to serve medically unserved areas.

I look forward to receiving your pre-application package for review.

Sincerely,

ALABAMA-TOMBIGBEE REGIONAL COMMISSION

Paul T. Foxworth

Paul T. Foxworth
Clearinghouse Review Officer

PTFmn

PLAINTIFF'S EXHIBIT 56 08/10/2005