April 29, 1988

Larry Hodge
MLC
Alberta, Alabama   36720

Mr. Paul T. Foxworth
Box 269
Camden, Alabama   36726-0269

Dear Paul;

This letter is a reply to your request for additional information in your letter of March 30, 1988.

The funding ceiling for this project concern is five million dollars, for five years, and each year one must compete for a continuation grant. The Secretary mandates that I follow specific Quality Assured provision of services guidelines.

The costs of our support services will be approximately 2-350,000, and will include the purchase of X-ray department equipment, a full service laboratory, and emergency room/minor surgery room equipment. This estimate is probably high in that MLC mandates the purchase of the best equipment at the best price while spending money within the Alabama community first.

The staff will require approximately 1.5-250,000 per year to include supplies, equipment and maintenance. Other direct costs will be to support the CHC of West Central Alabama's required services and should not exceed 25-75,000, an approximate estimate. The indirect cost rate will be approximately 8% and this proposal is not due until 90 days after the grant is awarded.

Competition among health care providers is based on the Quality of services offered; every out patient facility has basic clinical capabilities and every in patient facility can assume basic capabilities. By the way, our physician was denied contact with the Camden hospital during a meeting in 1987 in which none of our physician's colleagues were notified or invited. Therefore, during the meeting, no one offered known positive comments in support of our physician. This form of chauvinism is not the way we will compete

Your continued concerns with this project is greatly appreciated.

Sincerely,

Larry L Hodge

We are hesitant on using donated/used equipment as this (many times) compromises quality control in the short and long term.

PLAINTIFF'S
EXHIBIT
57