# Dallas County Poverty Levels by Census Tract



N

Area
- Non Poverty
- Poverty
- Extreme Poverty

10  0  10  20 Miles

PLAINTIFF'S EXHIBIT 58

77