FAMILY PLANNING PROGRAM

MODEL SLIDING FEE SCHEDULE BASED ON FEBRUARY, 1987 POVERTY GUIDELINES

| Family Size/ Code | 0 (no charge) | 1 (20%) | 2 (40%) | 3 (60%) | 4 (80%) | 5 (100%) |
|---|---|---|---|---|---|---|
| 1 | 0 – 5,500 | 5,501 – 7,563 | 7,564 – 9,626 | 9,627 – 11,687 | 11,688 – 13,749 | 13,750 + |
| 2 | 0 – 7,400 | 7,401 – 10,175 | 10,176 – 12,950 | 12,951 – 15,725 | 15,726 – 18,499 | 18,500 + |
| 3 | 0 – 9,300 | 9,301 – 12,787 | 12,788 – 16,275 | 16,276 – 19,762 | 19,763 – 23,249 | 23,250 + |
| 4 | 0 – 11,200 | 11,201 – 15,400 | 15,401 – 19,600 | 19,601 – 23,800 | 23,801 – 27,999 | 28,000 + |
| 5 | 0 – 13,100 | 13,101 – 18,012 | 18,013 – 22,925 | 22,926 – 27,837 | 27,838 – 32,749 | 32,750 + |
| 6 | 0 – 15,000 | 15,001 – 20,625 | 20,626 – 26,250 | 26,251 – 31,875 | 31,676 – 37,499 | 37,500 + |
| 7 | 0 – 16,900 | 16,901 – 23,237 | 23,238 – 29,575 | 29,576 – 35,912 | 35,913 – 42,249 | 42,250 + |
| 8 | 0 – 18,800 | 18,801 – 25,850 | 25,851 – 32,900 | 32,901 – 39,950 | 39,951 – 46,999 | 47,000 + |



PLAINTIFF'S EXHIBIT 59 08/10/2005

PENGAD-Bayonne, N. J.