IN THE CIRCUIT COURT OF MONTGOMERY COUNTY, ALABAMA

| | |
|---|---|
| LARRY L. HODGE,  )  <br>    Plaintiff,  )  <br>  )  <br>v.  )  Case No: CV-2001-3300  <br>  )  <br>JAMES HOOPER IV, MD,  )  <br>    Defendant.  )  | |

### PETITION FOR RECONSIDERATION TO SET ASIDE ORDER

Comes now the Plaintiff, in the above styled cause, and moves this Honorable Court for an Order to reconsider and set aside the Order entered in this cause on February 25, 2002, for the following reasons:

1. The Court did not respond to Plaintiff's plea for an extension.
2. Plaintiff was Ordered on January 24, 2002, to respond in 10 days to Defendant's motion to dismiss.
3. Plaintiff filed plea for extension on February 4, 2002.
4. If Plaintiff would have received notice that his motion was denied, Plaintiff would have had one day to meet the deadline of the Court's Order (February 7, 2002).
5. This right was denied to Plaintiff.
6. Plaintiff respectfully requested an extension because Defendant hired the Law firm of Campbell, Waller and Loper, LLC of Birmingham ( notice of appearance submitted on January 31, 2002).
7. Defendant realized he is criminally liable, Wells v. State, 768 So. 2d 412 (Ala. Crim. App. 1999), for an attempt to commit murder with intent and conspiracy to commit attempted homicide, breach of contract and breach of duty, conspiracy to breach contract and duty.
8. Contract delineated in Taylor Hardin Secure Medical Facility: SMF Supplement to DMH/MR Policy 310-7; Conversion Cross Reference: SMF Policy 303.3.
9. Plaintiff will prove to a jury along with production of all documents of file # 502636 and file # 06 50 26 36 from Taylor Hardin Secure Medical Facility, a concerted effort to commit murder by a drug overuse/overdose directly by the malicious and deliberate actions of (i) James Hooper IV, MD (ii) Verona Lawson, MD (iii) Ljiljana Sepic, MD, and the collusive and deceptive inactivity of David E. Gay and the patient advocate assigned to THSMF - 1996 to 1999.
10. Plaintiff's father had a conversation with the director of the DMH/MR about Plaintiff's low white blood cell count and concentration problems due to forced inhalation of tear gas prior to Plaintiff going to Vietnam (word processor), and forced medications in Long Binh detoxification center.



PLAINTIFF'S EXHIBIT  
61