**ORIGINAL**

Circuit Court No. CV-01-3300
Supreme Court No. 1011799

*APPEAL*

*TO*

*SUPREME COURT*

*FROM*

**MONTGOMERY COUNTY CIRCUIT COURT**

**APPELLANT:** Larry L Hodge

**APPELLEE:** James Hooper IV, M.D.

PLAINTIFF'S EXHIBIT 63