IN THE CIRCUIT COURT OF DALLAS COUNTY ALABAMA

| | |
|---|---|
| LARRY L. HODGE, ) | |
|     Plaintiff, ) | |
| V. ) | |
| ) | CIVIL ACTION NO. CV-02-308 |
| PEOPLES BANK AND TRUST ) | |
| COMPANY, ) | |
|     Defendants. ) | |

### REQUEST FOR PRODUCTION OF DOCUMENTS UNDER ARCP RULE 34

Plaintiff requests Defendant to respond within ten days to the following requests:

1. That Defendant produce and permit Plaintiff to inspect and to copy each of the following documents:

    A. All checks written to L.Hodge or, Larry Hodge or, Larry L. Hodge and B. Boynton or, B.C.Boynton or, Bruce Boynton or, Bruce C. Boynton or, Bruce Carver Boynton or, unnamed secretary of Bruce Carver Boynton with the NSF check image, from 1990 to present..

    B. All notices of items with insufficient funds and NSF check images of same from account numbers 2771788206 and 2771954306, from March 29, 2001 to present date.

    C. A full copy of the revisions set forth on the revised date of December 27, 2001, on the Camellia checking account number 2771788206 - permanent account agreement.

    D. The date, time, and amount of all deposits made into the account numbers 2771788206 and 2771954306.

    E. The date, time, and amount of all withdrawals made from account numbers 2771788206 and 2771954306.

2. The time, place, and manner of making the copies and inspections shall be by notice of Defendant to Plaintiff by mail with a three week period of grace for Plaintiff to respond.

Respectfully submitted this the 15th day of April, 2003

Larry L. Hodge
Attorney Pro Se
Post Office Box 75
Safford, Alabama 36773-0075
(334) 573-9664

PLAINTIFF'S EXHIBIT 64