IN THE CIRCUIT COURT OF MONTGOMERY COUNTY, ALABAMA

LARRY L. HODGE, )
    Plaintiff, )
)
vs. )    CASE NO. CV-01-3528
)
VERONA LAWSON, M.D.. )
    Defendant. )

## COMPLAINT AND JURY DEMAND

Comes now the Plaintiff, Larry L. Hodge, and for his complaint against the Defendant, Verona Lawson, M.D., employee of the Department of Mental Health and Mental Retardation, 100 N. Union St., Montgomery, Alabama ( assignment of duty station - THSMF, 1301 Jack Warner Parkway, Tuscaloosa, Alabama 35404-1060), states as follows.

1. That the Defendant did breach a contract and breach a promise.

2. The Defendant did commit medication errors...

   A. Defendant did Improperly prescribe medications...

3. The aforementioned acts were done willfully, wantonly, maliciously, intentionally, and oppressively, thereby justifying an award of General damages and Exemplary damages.

   A. Amended complaint will specifically delineate all damages, dates of acts, and will provide documentation.

WHEREFORE, Plaintiff, Larry L. Hodge, prays that the Court award him a judgment against the Defendant in the Amount of (see amended complaint - to be provided after date of service), for General damages together with cost interest and attorney pro se fees. Additionally, Plaintiff requests (see amended complaint - to be provided after date of service), in exemplary damages.

1. For costs of suit and such other relief as the Court deems just.

DATED: November 29, 2001

Respectfully Submitted,

Larry Linstrone Hodge
Attorney Pro Se
P.O. Box 75
Safford, Alabama 36773-0075
(334) 875-6465

PLAINTIFF'S EXHIBIT 65