IN THE CIRCUIT COURT OF MONTGOMERY COUNTY, ALABAMA

LARRY L. HODGE, )

        Plaintiff,

vs.                                                           CASE NO. CV-01-3299

SOUTHEASTERN CAR & TRUCK RENTALS, INC.
FAMILY AVIS MONTGOMERY, INC.

        Defendants.

## COMPLAINT AND JURY DEMAND

    Comes now the Plaintiff, Larry L. Hodge, and for his complaint against the Defendant, Southeastern Car & Truck Rentals, Inc., Family Avis Montgomery, Inc., Southeastern Car & Truck, P. O. Box 92, Montgomery, Alabama 36195, states as follows.

    1. That the Defendant did breach contract, breach promise, willfully fail duty, wantonly, intentionally, and oppressively disregarded the safety of Plaintiff.

    2. The aforementioned acts occurred within the said County and State.

    3. The aforementioned acts were done willfully, wantonly, intentionally, and oppressively, thereby justifying an award of general damages and exemplary damages.

        A. Amended complaint will specifically delineate all damages, dates of acts, and will provide documentation.

    WHEREFORE, Plaintiff, Larry L. Hodge, prays that the Court award him a judgment against the Defendant in the Amount of (see amended complaint - to be provided after date of service), for General damages together with cost interest and attorney pro se fees. Additionally, Plaintiff requests (see amended complaint - to be provided after date of service), in exemplary damages.

    1. For costs of the suit and such other relief as the Court deems just.

Respectfully Submitted,

DATED: November 12, 2001

:

Larry Linstrome Hodge
Attorney Pro Se
P. O. Box 75
Safford, Alabama 36773-0075
(334) 875-6465

PLAINTIFF'S EXHIBIT 66 08/10/2005