STATE OF ALABAMA
BOARD OF APPEALS
DEPARTMENT OF INDUSTRIAL RELATIONS
MONTGOMERY, ALABAMA 36131

B. of A. Case No. 9616                    23                    AT Case No. 4076-94
B. of A. Case Decision No. 431
Hearing: Montgomery, AL                                        Date: 7-14-94

DECISION OF BOARD OF APPEALS

In re claim of                                    Social Security Number

Larry L. Hodge
former employee of
Southeastern Car & Truck Rentals, Inc.            ████-5293
Family Avis Montgomery, Inc.
Montgomery, AL

APPEARANCES: Claimant was present and testified. Employer representative
was present with a witness and testified.

FINDINGS: The Board of Appeals has carefully considered all the evidence in this cause and
after such consideration is of the opinion that the findings, conclusions and decision of the
Appeals Referee are correct.

DECISION: The decision of the Appeals Referee is affirmed. Claimant is entitled to receive
benefits.

Done this 22nd day of July, 1994 .
And service made on parties of interest
this date via U.S. mail.

Certified a true and correct copy:

_Samuel L. Law_ (signature)
Samuel L. Law, Clerk
Board of Appeals

_C. ajaitol Brason_ (signature)
Chairman

_Frank Parker_ (signature)
Associate Member

_Kenneth T. Tucker_ (signature)
Associate Member

PLAINTIFF'S
EXHIBIT
67
08/10/2005